IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MBSC Property South, LLC | ) | Civil Action No. 4:25-cv- 1475 JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| The City of Myrtle Beach, South Carolina, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant The City of Myrtle Beach, South Carolina (Mrytle Beach) files this Notice of Removal to remove this action from the Horry County Court of Common Pleas, Fifteenth Judicial Circuit for the State of South Carolina, (State Court) to this Court under 28 U.S.C. § 1441(a). In support of this Notice, Myrtle Beach would show the following:

1.     On February 5, 2025, Plaintiff filed an action in the State Court captioned *MBSC Property South, LLC, v. The City of Myrtle Beach, South Carolina* and designated as Case No. 2025-CP-26-00973. Ex. A. Myrtle Beach was served with the Summons and Complaint by process server on February 7, 2025. Ex. B.

2.     The Complaint alleges multiple claims for deprivation of Constitutional rights under 42 U.S.C. § 1983. In particular, the Complaint alleges that Myrtle Beach has denied Plaintiff due process and equal protection, and that Myrtle Beach's actions constitute a regulatory taking under the Fifth Amendment. Ex. A., Compl. ¶¶ 39-77. In addition, the Complaint alleges violations of the Fair Housing Act of 1968, 42 U.S.C. §§ 3604 and 3617. Ex. A., Compl. ¶¶ 78-94.

3.     Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or

1

the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4.      The Court has original jurisdiction over this civil action under 28 U.S.C. § 1331 because Plaintiff asserts causes of action for violation of 42 U.S.C. § 1983, the federal due process, equal protection, and takings clauses, and 42 U.S.C. §§ 3604 and 3617, all of which "aris[e] under the Constitution [or] laws . . . of the United States."

5.      This Court has supplemental jurisdiction over Plaintiff's remaining state law claim for declaratory judgment under South Carolina law pursuant to 28 U.S.C. § 1367, as that claim arises from a common nucleus of operative fact.

6.      This Notice of Removal has been filed within 30 days after the earliest date of service of the Summons and Complaint, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired.

7.      Attached to this Notice of Removal as Exhibits A and B are a copy of all process, pleadings, and orders which have been served upon Myrtle Beach in this action, including the summons and complaint.

8.      Written notice of the filing of this Notice of Removal will be promptly served on counsel for Plaintiff.

9.      A true and correct copy of this Notice of Removal will be filed with the State Court as provided under 28 U.S.C. § 1446(d).

**WHEREFORE**, having satisfied all the requirements for removal under 28 U.S.C. § 1446, Defendant Myrtle Beach respectfully serves notice that the above-referenced civil action, now pending in the Horry County Court of Common Pleas, Fifteenth Judicial Circuit for the State of South Carolina, is removed to the United States District Court for the District of South Carolina.

Respectfully submitted,

**WILLOUGHBY HUMPHREY & D'ANTONI, P.A.**

/s/ *R. Walker Humphrey, II*
R. Walker Humphrey, II, Fed. Bar No. 12524
James T. Johnson, SC Bar No. 14418
133 River Landing Drive, Suite 200
Charleston, South Carolina 29492
Telephone Number: 843-619-4426
whumphrey@whdlawyers.com
jjohnson@whdlawyers.com

Mitchell Willoughby, Fed. Bar No. 4702
Hunter R. Pope, Fed. Bar No. 13778
Post Office Box 8416
Columbia, South Carolina 29202
Telephone Number: 803-252-3300
mwilloughby@whdlawyers.com
hpope@whdlawyers.com

*Attorneys for Defendant City of Myrtle Beach,
South Carolina*

March 10th, 2025
Charleston, South Carolina

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MBSC Property South, LLC | ) | Civil Action No. 4:25-cv- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| The City of Myrtle Beach, South Carolina, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Walker Humphrey, as attorney of record for The City of Myrtle Beach, South Carolina, hereby certify that on the 10th day of March 2025, I served a copy of the foregoing **NOTICE OF REMOVAL** via electronic notice in accordance with the local rules and first class mail addressed as follows:

Ross A. Appel, Esquire
McCullough Kahn Appel
2036 eWall Street
Mount Pleasant, SC 29464
ross@mklawsc.com

March 10th, 2025

s/R. Walker Humphrey, II
R. Walker Humphrey, II
Willoughby Humphrey & D'Antoni, P.A.