

# HOUSING CONVERSION STUDY
# CITY OF MYRTLE BEACH



ARNETT MULDROW & ASSOCIATES

# Contents

- Converted Properties Revenue Impacts
- Economic Impact Modeling – Local Governments
- Economic Impact Modeling – Statewide
- Economic Impact Definitions
- Impact on Public Safety Calls
- Recommendations

# Converted Properties Revenue Impacts

- Used average of Chamber Dashboard, AirDNA, Chamber Annual Report, and Colliers to determine low, high, and overall average room rates and occupancy rate (64%)

- Calculated taxes on accommodations, tourism development fee, Capital and ECI County Local Option tax, state sales and accommodations tax, business license fees, and hospitality tax losses for converted properties

- The next slide outlines losses for the city, county, and state

# Converted Properties Revenue Impacts

## Revenue Loss Per Year

| Revenue Source | Low, Average, and High Estimate of Revenue Loss | Average of Averages across 821 Converted Rooms | Revenue Loss per Converted Room | Total Revenue Lost per 1000 Converted Rooms |
|---|---|---|---|---|
| Accommodations<br>State<br>Myrtle Beach<br>Horry County | $1.79m – $2.01m – $2.30m<br>$1.02m - $1.51m - $1.31m<br>$.513m - $.575m - $.658m | $2.04m<br>$1.16m<br>$.582m | | |
| Prepared Food and Bev<br>State<br>City of Myrtle Beach<br>Horry County | $.575m – $1.28m - $1.72m<br>$.335m - $.751m - $1.00m<br>$.191m - $.429m - $.575m | $1.19m<br>$.698m<br>$.398m | | |
| Business License Fees (City of Myrtle Beach Only) | $.154m - $.172m - $.197m | $.174m | | |
| **Total City of Myrtle Beach Revenue Loss** | $1.51m - $2.07m – $2.52m | $2.03 million lost across 821 converted rooms | $2,483 lost per converted room | $2.48 million |
| **Total Horry County Revenue Loss** | $.705m - $1.00m - $1.23m | $.981 million lost across 821 converted rooms | $1,195 lost per converted room | $1.19 million |
| **Total State of SC Revenue Loss** | $2.37m - $3.30m - $4.03m | $3.23 million lost across 821 converted rooms | $3,942 lost per converted room | $3.94 million |
| *Total Combined Revenue Loss for Myrtle Beach, Horry County, and SC* | *$4.58m - $6.37m - $7.78m* | *$6.24 million across 821 rooms* | *$7,620 per room converted* | *$7.61 million total per 1000 rooms* |

# Economic Impacts – Local Governments

## Local Governments – City of Myrtle Beach and Horry County

| Impact Category | Units | 2024 |
|---|---|---|
| Employment | Jobs Supported/(Lost) | (48) |
| Compensation | Thousands of Dollars Gained/(Lost) | ($3,278) |
| Output with Indirect and Induced Effects | Thousands of Dollars Gained/(Lost) | ($7,634) |
| Local Government Revenue | Thousands of Dollars Gained/(Lost) | ($3,826) |
| Local Government Expense | Thousands of Dollars Gained/(Lost) | ($65) |
| Net Local Government Revenue | Thousands of Dollars Gained/(Lost) | ($3,761) |

**Exhibit B**
**Page 5 of 9**

# Economic Impacts – Statewide

| Impact Category | Units | 2024 |
|---|---|---|
| Employment | Jobs Supported/(Lost) | (53) |
| Compensation | Thousands of Dollars Gained/(Lost) | ($4,025) |
| Output (w/ Indirect and Induced Effects) | Thousands of Dollars Gained/(Lost) | ($9,283) |
| State Government Revenue | Thousands of Dollars Gained/(Lost) | ($4,323) |
| State Government Expense | Thousands of Dollars Gained/(Lost) | ($115) |
| Net State Government Revenue | Thousands of Dollars Gained/(Lost) | ($4,207) |

# Economic Impact Definitions

*Employment* – jobs lost due to revenue losses from converted properties

*Compensation* – wages lost due to revenue losses from converted properties

*Output w/ Indirect and Induced Effects* – total negative economic impact due to revenue losses from converted properties

> Indirect Effect – money spent by businesses, governments, and other organizations

> Induced Effect – wages spent by employees of businesses, governments, and other organizations

*Local/State Government Revenue* – gross revenue in form of taxes, fees, etc. lost by government entities due to conversions

*Local/State Government Expenses* – money governments spend on administration, infrastructure, etc.

*Net Local/State Government Revenue* – gross revenue minus expenses

# Public Safety Impacts

- Used average call data to determine a cost per unit for converted and comp properties for police calls

- Total time spent on incident was used to compare fire calls between converted and comp properties




| Agency | Converted Properties | Comp Properties | Difference | Percent Difference |
|---|---|---|---|---|
| Police | $65.09/call | $33.66/call | $31.43/call | **+93% difference** in cost per call for converted properties |
| Fire | 46:10:00 | 35:51:00 | 10:19:00 | **+28.7% time spent** on converted property calls |

# Recommendations

Make residential multi-family in MUH zones a conditional use as a near-term solution

- Must be purpose built for multi-family and not a conversion from short-term/hotel/motel style properties to multi-family
- Determine what is what in MUH, A, Ocean Front PUDs

Overlay District?

Updating Zoning Code