**MB NEXT**

# CITY OF MYRTLE BEACH
# COMPREHENSIVE PLAN - 2024





THIS PAGE IS INTENTIONALLY LEFT BLANK

# TABLE OF CONTENTS

**A1-6**

### ABOUT MYRTLE BEACH
| | |
|---|---|
| Vision Statement | A-1 |
| Strategic Initiatives | A-2 |
| Our Path Forward | A-3 |
| Comprehensive Plan Implementation Strategy | A-4 |
| Supplement Plans | A-5 |

**POP1-4**

### POPULATION ELEMENT
| | |
|---|---|
| Population Characteristics | POP-1 |
| Age | POP-1 |
| Race and Birthplace | POP-1 |
| Income | POP-1 |
| Educational Attainment | POP-1 |
| Non-Resent Population | POP-2 |
| Homeless Population | POP-2 |
| Population Goal and Objectives | POP-5 |

**ED1-39**

### ECONOMIC DEVELOPMENT ELEMENT
| | |
|---|---|
| Economic Data and Context | ED-2 |
| Economic Development Guiding Principle | ED-8 |
| Economic Pillars | ED-11 |
| Policy Guide Page | ED-14 |
| Policy Pages | ED-15 |
| Public Input Data | ED-31 |
| Economic Development End Notes | ED-38 |

**NR1-11**

## NATURAL RESOURCES ELEMENT

| | |
|---|---|
| Natural Resources Background | NR-1 |
| Coastal Resources | NR-1 |
| Agriculture and Forest Land | NR-1 |
| Animal Habitats | NR-2 |
| Climate | NR-2 |
| Floodplain | NR-3 |
| Air Quality | NR-4 |
| Natural Resources Goal | NR-4 |
| Stormwater Management Objectives | NR-4 |
| Floodplain Management and Mitigation Objectives | NR-6 |
| Parks Objectives | NR-7 |
| Conservation Objectives | NR-8 |

**CF1-19**

## COMMUNITY FACILITIES AND SERVICES ELEMENT

| | |
|---|---|
| Utilities | CF-1 |
| Solid Waste | CF-2 |
| Public Safety and Emergency Medical | CF-3 |
| Education | CF-3 |
| Communications and Quality of Life | CF-3 |
| Community Facilities and Services Goal | CF-4 |
| General Government Services and Facilities Objectives | CF-4 |
| Water and Sewer Objectives | CF-7 |
| Solid Waste Collection and Disposal Objectives | CF-8 |
| Quality of Life Objectives | CF-9 |
| Public Safety and Emergency Medical Objectives | CF-10 |
| Recreation and Sports Tourism Objectives | CF-13 |
| Library Objectives | CF-15 |
| Education Facilities Objectives | CF-17 |
| Communications Objectives | CF-18 |

## CR1-7

### CULTURAL RESOURCES ELEMENT

| | |
|---|---|
| Historic Preservation | CR-1 |
| Arts | CR-2 |
| Cultural Resources Goal | CR-3 |
| Historic Preservation Goal | CR-3 |
| Arts and Culture Objectives | CR-5 |

## H1-4

### HOUSING ELEMENT

| | |
|---|---|
| Household and Family Status | H-1 |
| Housing Type | H-1 |
| Housing Occupancy and Affordability | H-2 |
| Regulations, Incentives, and Programs | H-2 |
| Housing Goal and Objectives | H-3 |

## RES1-8

### RESILIENCE ELEMENT

| | |
|---|---|
| Impacts of Flooding/High Water | RES-1 |
| Other Local Impacts of Natural Disasters | RES-1 |
| Inventory of Resiliency Conditions by Lifeline | RES-2 |
| Resilience Goal and Objectives | RES-5 |
| Disaster Recovery Goal and Objectives | RES-6 |

## PL1-6

### PRIORITY INVESTMENT ELEMENT

| | |
|---|---|
| Analysis of Projected Federal, State, and Local Funds | PI-1 |
| Intergovernmental Coordination | PI-4 |
| Capital Improvements Plan | PI-4 |
| Priority Investment Goal and Objectives | PI-5 |

## LAND USE ELEMENT

L1-9

| | |
|---|---|
| Zoning | L-1 |
| Residential Land uses | L-1 |
| The Cabana Section | L-2 |
| Gateway and Downtown Opportunity Zones | L-2 |
| Development Incentives | L-2 |
| Land Use Goal | L-3 |
| General Land Use Objectives | L-3 |
| Residential Land Use Objectives | L-5 |
| Commercial land Use Objectives | L-6 |
| Industrial Land Use Objectives | L-6 |
| Agricultural Land Use Objectives | L-7 |
| Public and Quasi-Public Land Use Objectives | L-7 |
| Parks and Recreation Land Use Objectives | L-8 |
| Open Space Objectives | L-9 |
| Objectives for Vacant or Undeveloped Land | L-9 |

## TRANSPORTATION ELEMENT

T1-13

| | |
|---|---|
| Roadway Network | T-1 |
| Evacuation Routes | T-2 |
| Bicycle & Pedestrian Facilities | T-2 |
| Transit Services | T-2 |
| Air Travel | T-2 |
| Parking | T-3 |
| Transportation Goal | T-3 |
| General Transportation Objectives | T-3 |
| Roadway Objectives | T-5 |
| Bicycle & Pedestrian Objectives | T-7 |
| Golf Cart Objectives | T-11 |
| Transit Objectives | T-11 |
| Air Travel Objectives | T-12 |
| Parking Objectives | T-13 |

REF1-2

## COMPREHENSIVE PLAN REFERENCES

REF1-2

## ABOUT MYRTLE BEACH

Myrtle Beach is a residential community and vacation destination at the heart of the Grand Strand, a 60-mile stretch of natural beauty on South Carolina's northeastern coast.  The Myrtle Beach city limits cover 23.74 square miles (15,196 acres). Myrtle Beach is South Carolina's 13th largest municipality, the largest municipality in Horry County, and the 1017th largest city in the United States. Our 36,064 permanent residents and millions of visitors enjoy the wide beaches, the warm weather and an incredible range of entertainment, nightlife, golf, shopping, and dining.

The City of Myrtle Beach was incorporated as an official South Carolina town on March 12, 1938.  The vote in favor of incorporation was 133 to 8.  Myrtle Beach became a city in 1957 when the permanent population first topped 5,000.  The City operates under a council-manager form of government. City Council is the legislative body of government, comprising seven elected members, including the Mayor, each serving four-year teams. A professional City Manager is appointed by City Council and serves at the pleasure of the Council on a contractual basis. The Manager administers the daily operations of the City through appointed executive staff members and department heads. The city's 1050 staff members are dedicated to being "First in Service."

**Vision Statement**
The City of Myrtle Beach balances the socioeconomic needs of our citizens, business owners, and visitors, connects with community roots, and grows harmoniously, capitalizing on our ideal oceanfront location to create an environment where all can live, work, and play with pride and pleasure in the best resort, business, and residential community on the East Coast.

## Strategic Initiatives



**Organizational Mission Statement**

The employees of the City of Myrtle Beach are a diverse group of individuals who blend their unique talents to create the most effective, elite team of public servants in South Carolina.

**First in Service**

**S**afety -- Comes First

**E**xcellence -- Constantly Improving

**R**espect -- For Ourselves and Others

**V**alue -- The Individual and the Organization

**I**ntegrity -- Fairness and Honesty

**C**ommunication and Courtesy -- To All

**E**ducation -- Knowledge to Help

**Our Plan Forward – 2024**

In the past, the Comprehensive Plan suffered from a lack of relevancy due to two human factors. First, the extensive "to-do" lists were cumbersome and unrealistic, offering little motivation for completion, and even less methodology for tracking successes. Second, the sheer size of the 2-volume document proved to be impractical as a tool for reference. Without need or reason to pick the document up again, it was often relegated to the bookshelf indefinitely.

To address these concerns, the 2024 update to the Comprehensive Plan is the first step in creating an agile, living document that is less focused on a checklist of items to do. Updated elements will inform and guide decision making within and throughout our community. As demonstrated in the Economic Development Element, the Comprehensive Plan is focused on policies. These policies are the core foundation of the decision-making process for City Council, volunteer boards, and city staff. An accompanying City of Myrtle Beach Strategic Plan will be the directive document for the City Manager and administrative staff to assign appropriate tasks, staff, and resources to city departments for implementation and execution.

**Comprehensive Plan Implementation Strategy**

Each Comprehensive Plan Element includes goals, objectives and actions, with timeframes for accomplishing each. The City Manager will assign implementation actions to optimal staff. In carrying out these tasks, staff will seek out the expertise of area governments, local organizations, stakeholders and concerned citizens.

**Comprehensive Plan Revisions**

| Objective | Action | Timeframe |
|---|---|---|
| 1. Update a minimum of one Element annually. | 1a. Identify the Element timeliest for an update. | *Annually* |
| | 1b. Identify stakeholders, including sitting city boards, committees and commissions; outside agencies; area governments; neighborhoods; and interested citizens. | *Annually* |
| | 1c. Research and implement safe and equitable public outreach techniques. | *Annually* |
| | 1d. Create methods for extracting straight-forward and creative ideas. | *Annually* |
| | 1e. Pull consensus ideas into a unified vision for Future Myrtle Beach pertaining to the specific element. | *Annually* |
| | 1f. Utilize the vision as the basis of the Comprehensive Plan Element Update | *Annually* |
| 2. Adopt a City of Myrtle Beach Strategic Plan, to be updated annually. | 1b. Identify the Strategic Plan goals for an update | *Annually* |
| | 2b. Identify relevant organizational groups, verticals, and employees to collaborate on the development of a strategic plan. | *Annually* |
| | 3b. Conduct exercises and analysis of asset inventory and future state of the community the Strategic Plan will capitalize on. | *Annually* |

| | 4b. Deploy the Strategic Plan and track Key Performance Indicators to ensure progress is continuing. | *Annually* |
|---|---|---|

## Supplemental Plans

The following plans are adopted by reference and will be implemented as indicated in each:

*Beach Management Plan of the City of Myrtle Beach,* prepared for the Myrtle Beach Planning Commission, dated 2012.

*Plan for the Air Base Planning Area,* prepared for the Myrtle Beach Planning Commission, dated March 1993 and most recently revised in June 1998 *(Urban Village Redevelopment Master Plan).*

*Community Tree Planting Plan for Myrtle Beach, South Carolina – 2nd Edition* prepared for the Myrtle Beach City Council, dated September 2001.

*Supplement to the Community Tree Planting Plan for Myrtle Beach, South Carolina* – USDA Forest Service Fact Sheets for Recommended Tree Species" prepared for the Myrtle Beach City Council, dated July 1998.

*A Neighborhood Development Plan for Planning Area 3 – 2000-2020 and Mr. Joe White Avenue Corridor Development Design Guidelines* prepared by the Myrtle Beach Planning Department, dated March 2004.

*The Floodplain Management and Hazard Mitigation Plan,* prepared for the Myrtle Beach City Council, adopted April 13, 2021.

*Withers Swash District Plan, Myrtle Beach, South Carolina* prepared for the City of Myrtle Beach, dated March 2010.

*Kings Highway Corridor Study* prepared by The LPA Group, Haden Stanziale, and Thomas & Hutton for the Grand Strand Area Transportation Study (GSATS) and the City of Myrtle Beach, dated March 2008.

*Bicycle and Pedestrian Master Plan* prepared by the City of Myrtle Beach Bicycle & Pedestrian Advisory Committee, dated 2018.

*City of Myrtle Beach Downtown Master Plan* prepared by Benchmark Associates for the Downtown Redevelopment Corporation, dated March 2019.

*City of Myrtle Beach Arts and Innovation District Advanced Planning and Architecture* prepared by LS3P for the City of Myrtle Beach, adopted by City Council December 8, 2020.

*S-215 Mr. Joe White Avenue Bicycle and Pedestrian Road Safety Audit* prepared by Stantec for SCDOT December 2019.

*S-241 21st Avenue North Bicycle and Pedestrian Road Safety Audit* prepared by Stantec for SCDOT December 2019.

*Road Safety Assessment, US 17 Business (South Kings Highway) from MP 9.0 (29th Ave S) to MP 13.0 (27th Avenue N)* prepared by AECOM for SCDOT February 2020.

*Charting a Course to 2040: South Carolina Multimodal Transportation Plan* prepared by CDM Smith for SCDOT November 2014.

*GSATS 2045 Metropolitan Transportation Plan* prepared by the Grand Strand Area Transportation Study dated October 2013.

*Myrtle Beach Complete Streets Policy* adopted by Resolution 2015-35 June 23, 2015.

*Ocean Boulevard Bicycle Safety Audit Report* prepared by VHB for the City of Myrtle Beach 2015

*Ocean Boulevard & US 501 Transportation Study: Wayfinding Analysis* prepared by Stantec for the City of Myrtle Beach 2020

*City of Myrtle Beach Disaster Recovery Plan* prepared by Adkins for the City of Myrtle Beach and adopted by Resolution R2021-029 October 26, 2021.

*Walkable Myrtle Beach: Envisioning a More People-Friendly & Prosperous Kings Highway* prepared by Blue Zones for the City of Myrtle Beach 2016

**Population Element**

**Myrtle Beach Population Characteristics**

Native Americans first called the Grand Strand the "Land of Chicora."  It was home to the Waccamaw, Chicora, Winyaw, Santee, Edisto, Catawba, Pee Dee, Cheraw, Chickasaw, Lower Eastern Cherokee and Beaver Creek Native Americans.  The indigenous peoples' descendants live on in our community today, as do many of the place names.

Myrtle Beach was incorporated as an official South Carolina town on March 12, 1938, and became a city in 1957 when the permanent population first topped 5,000. According to the US Census, Myrtle Beach's 2020 population was 35,682.  Estimates for 2023 put the city's population at 39,162.  Population estimate for 2024 is 40,236, with an 11.43% growth rate from 2020. Census figures by decade:

| | |
|---|---|
| 2020 | 35,682 |
| 2010 | 27,109 |
| 2000 | 22,759  (The drop in population was due to closure of the Myrtle Beach Air Force Base in 1993.) |
| 1990 | 24,848 |
| 1980 | 18,737 |
| 1970 | 9,035 |
| 1960 | 7,834 |
| 1950 | 3,345 |
| 1940 | 1,597 |

- Growth rate: 2.74% annually
- Population increase: 34.49% 2010-2020
- Population increase: 8.45% since 2020
- Population density: 1,662 people per square mile.

| | 2010 | 2020 | 2023 | % Increase |
|---|---|---|---|---|
| Permanent, full-time population | 27,109 | 36,459 | 39,162 | 42.95% |

Pop-1

**Age**

The average age of the community has continued to increase as the entire Grand Strand region has increasingly become a retiree magnet. According to the American Community Survey 2019:

- The 65 and older population in Myrtle Beach is 21.5% of the total (approximately one out of every five Myrtle Beach residents)
- Since 2010 the median age of the population increased by 9.8 years (35.4 to 45.2).

2022 median age is 47. Ages 60-69 have the highest population rate.

**Race and Birthplace**

- Myrtle Beach has a predominantly non-Hispanic white population of 68% of the total.  The number of white (non-Hispanic) residents declined by 1.8% between 2010 and 2019. In 2021, the non-Hispanic white population was 65.2%.

- Myrtle Beach's 2019 non-Hispanic Black population is 14.5% of the total (a 2% increase since 2010). In 2021, 17.3%.

- In 2019, the Hispanic or Latino population was 13%, which had increased by 2.4% in the City between 2010 and 2019.   In 2021, 13.2%

- In 2019, 33.8% of City residents were native-born in the State of residence.

- In 2019, 52.7% of City residents were in a different state.

- In 2019, 1.4% of City residents were born outside of the U.S. In 2021, 11.4%.

**Income**

| 2022 | Myrtle Beach | Horry County |
|------|--------------|--------------|
| Median Household Income | $50,558 | $59,880 |

| 2022 | Myrtle Beach | South Carolina |
|------|--------------|----------------|
| Residents living below the poverty level | 15.3% | 14.4% |

**Educational Attainment**

In 2019, 88.4% of adult Myrtle Beach residents had attained a High School education, with the following breakdown:

Pop-2

28.5% High School or equivalent degree

19.1% Bachelor's degree

20.9% Some college, no degree

9.7% Graduate or Professional degree

10.2% Associate's degree

As of 2022:

- 11.18% Master's degree or higher
- 35.45% Bachelor's degree
- 9.66% Some college or associate's degree
- 41.13% Highschool diploma or equivalent
- 2.58% less than Highschool diploma

| 2019 | Myrtle Beach | South Carolina | USA |
|---|---|---|---|
| Average 3-part SAT Score | 1044 | 1021 | 1039 |

**Non-Resident Population**

The influences of tourism on public facilities and services are not overlooked. Many visitors stay a few days, while others remain for an extended period. There are a large number of persons living in transient accommodations for six months or longer. Many are families with children attending schools in Myrtle Beach.

While the US Census Bureau does not count non-resident populations, such as persons living in hotel rooms and other transient accommodations, with these additional numbers, the public facilities, services, and infrastructure must accommodate the fluctuating population. The non-resident or tourist composition is:

| Age (yrs) | Percentage of Adult Myrtle Beach Travelers |
|---|---|
| 35 to 44 | 16% |
| 45 to 54 | 24% |
| 55 to 64 | 30% |

Pop-3

| Annual Household Income | Percentage of Myrtle Beach Travelers |
|---|---|
| Less than $45k | 22% |
| $45k-$75,999 | 28% |
| $76k-$99,999 | 32% |
| $100k or more | 18% |

- 77% of travelers took a leisure trip.
- 66% of travelers are traveling as a couple or family
- $3,280: Average economic impact per party per vacation
- $827: Average spent on accommodations per party per vacation
- $156: Average nightly accommodations cost
- 5.3 nights: Average length of stays for a median party of four (two adults, two children)

**Homeless Population**

As of January 2020, South Carolina had an estimated 4,287 (0.74% of the total population) experiencing homelessness on any given day, as reported by Continuums of Care to the U.S. Department of Housing and Urban Development (HUD). Characteristics include:

- 279 family households
- 202 unaccompanied young adults (aged 18-24)
- 428 Veterans
- 864 chronically homelessness

In 2022, The National Alliance to End Homelessness declared there were 1,034 people homeless in Myrtle Beach.

| South Carolina public school data, reported to the U.S. Department of Education during the 2017-2018 school year, shows that an estimated 12,545 public school students experienced homelessness over said year. | |
|---|---|
| 2,098 students | unsheltered |
| 960 | in shelters |

| 1,864 | in hotels/motels |
| 7,621 | doubled up |

According to the 2019 South Carolina State of Homelessness Report PIT Count, Horry County has the highest rate of persons experiencing homelessness in the state. The debilitating effect on those that are homeless is observed in the surrounding community. The existence of homeless camps has a significant negative impact on the quality of life for the adjacent residents, and the tourism economy.

In 2011 the City Council adopted an official homelessness policy and umbrella agency, New Directions, intending to aid homeless individuals committed to breaking out of the homelessness cycle and those who cannot escape said cycle due to physical or mental impairment. As of 2018, New Directions established more than 30 local partnerships for job and education programs, counseling, transportation and long-term housing, while consistently operating the shelters more economically than previously.

|  | Horry County | Served by New Directions |
|---|---|---|
| Sheltered Homeless | 196 | 92% |
| Unsheltered Homeless | 600 | |

**Population Goal: Population growth is accommodated through a well-designed growth management program that meets the needs of current and future residents, businesses and visitors to the area.**

| Objective | Action | Timeframe |
|---|---|---|
| 1. Research and analyze accurate and reliable information to improve population projections, including the number of tourists, and long-term temporary residents not counted by the U S Census. | 1a. Collaborate with the US Bureau of the Census, SC Budget and Control Board and other sources analyzing the most up-to-date demographic data. | *Annually* |

Pop-5

**Exhibit D**

| | | |
|---|---|---|
| 2. End homelessness in Myrtle Beach. | 2a. Support New Directions and the faith-based community in their efforts to assist those in need by providing shelter, a meal, and basic necessities. | *Monthly* |
| | 2b. Aid and assist New Directions and the faith-based community to implement their strategies to reintegrate our homeless population to society, to raise hope and desire in individuals, and to breed positive change in our community. | *Annually* |
| 3. Research and analyze annual income and poverty rate comparisons for the city's neighborhoods, neighboring municipalities, Horry County, SC, and US. | 3a. Collaborate with the US Bureau of the Census, SC Budget and Control Board, and other sources analyzing the most up-to-date annual income and poverty data and trends including determining problems areas and issues to address. | *Annually* |
| 4. Design and build an environment that meets the needs of our growing Senior population to be as independent as possible. | 4a. Activate the Senior Citizen Advisory Committee in matters of public and private facilities design. | *Monthly* |
| | 4b. Identify facilities and infrastructure design standards that unintentionally require dependency. | *2023* |
| 5. Ensure that city policies and procedures foster equity across all population sectors, including but not limited to ages, income levels, races, ethnicities, genders, and religions. | 5a. Listen to those in underserved communities to identify policies and procedures that directly or indirectly lead to inequitable opportunities. | *2022* |
| | 5b. Examine longstanding policies and procedures through a modern, learned lens, and change those that need changing. | *2022* |



Economic Development

ED1

# Adapting to Change

The development of Myrtle Beach over the past decade has been significant and dynamic. The entirety of the Myrtle Beach Metropolitan Statistical Area has experienced a 32% population growth from 2010-2019.[1] Along with this explosive growth, the unemployment rate continued to decrease. As of April 2024, the unemployment rate of Myrtle Beach was 3.3%.[2] This is a 1.8% decrease from April 2021.[3] Myrtle Beach has also seen growth in average income per household, increasing 10.6% from 2021, to $50,558 in 2022.[4]

While the rate of growth has changed the landscape of our community, private corporation investment and presence has contributed to this change too.  The location of a DC BLOX data center and subsea cable landing station in the International Technology and Aerospace Park (ITAP) has unlocked greater tech opportunities for Myrtle Beach. Both Google and Meta have announced subsea cables into the facility, connecting Myrtle Beach with Portugal, Brazil, Uruguay, and Argentina.[5] This significant investment creates new opportunities in digital commerce for tech companies to consider Myrtle Beach as a potential home for relocation, expansion, or launch.

Recognizing the unique opportunity before Myrtle Beach, the economic development element policies create opportunities for further economic diversification. Economic diversification will broaden the opportunities for employment, with higher wages, for both our current residents and those who are moving here in rapid fashion. Economic diversification also promotes resiliency as a diverse economy is less susceptible to unforeseen circumstances such as pandemics, natural disasters, or economic downturn. Myrtle Beach will expand economic opportunities to include technology, healthcare, finance, and professional service market sectors.



## Workforce Growth

Since 2011, Myrtle Beach has undergone shifts in its workforce dynamics, marked by slow, but steady growth and diversification. Currently, Horry-Georgetown Technical College (HGTC) has approximately 10,000 students enrolled in degree and certification programs.[6] Coastal Carolina University (CCU) had a Fall 2023 enrollment of 10,829 students across all degree programs.[7] A combined 20,829 students located in our community represents a significant opportunity of talent generation and workforce potential.

Economic Development cannot be accomplished within a vacuum. Increased workforce skill sets run the risk of prospective employee flight to other communities if job opportunities, incomes, and cultural/social amenities do not arise simultaneously. Improving workforce development pipelines and opportunities will help to capture larger shares of these students that are molded by our local higher education partners.

The capacity and expertise of Myrtle Beach's local workforce development partners provide our community with unparalleled talent to attract. To properly plan for the future, Myrtle Beach must ensure that a homegrown workforce has ample opportunities within our community. These opportunities are created in conjunction with other focus areas of this document, namely economic diversification. Workforce growth, in conjunction with the other focus areas of this document, aims to keep those students in Myrtle Beach to build their careers and lives.

# Our Home

Myrtle Beach, per the 2022 American Community Survey, had a population of 36,064.[8] Assuming a growth rate of 3%, as of 2024 Myrtle Beach has an estimated permanent population of 37,144 residents.[9] Yet, the unique characteristics of our community impact this relatively small population drastically. First, Myrtle Beach sees approximately 19 million visitors per year.[10] Second, Horry County as a whole has exploded with growth, now reaching an estimated 397,478 residents in 2022.[11] This drastic growth has contributed to new opportunities for small, local, and family-owned businesses to be supported by a larger customer base than a typical city of our size.

One of the key difficulties with any community is the connectivity between the residential neighborhoods, the existing and developing commercial and cultural spaces. Increasing the availability of multi-modal transportation opportunities, creating interesting spaces and places, and developing mixed-use communities, alleviates many of the factors that contribute to economic difficulties in Myrtle Beach.

Connectivity between residential and commercial spaces plays a crucial role in economic growth by fostering a more integrated and efficient urban environment. When residents can easily access businesses, shops, and services, it boosts local commerce by increasing foot traffic and customer engagement. This proximity encourages spending within the community. Additionally, reducing the distance between living and working areas can decrease transportation costs and time, enhancing productivity and attracting and maintaining a talented workforce. Enhanced connectivity also stimulates real estate development, as it creates a natural incentive to infill and redevelop properties located in prime places. Overall, seamless connectivity between residential and commercial spaces creates a thriving ecosystem where economic activities can flourish, benefiting both businesses and residents.

## Thriving Tourism

Myrtle Beach area features a thriving tourism industry that hosts over 19 million visitors per year.[12] These visitors are split into two groups. First, Myrtle Beach attracts over 15 million day-trips per year which adds $1.348 billion in direct spending in our community.[13] Second, Myrtle Beach attracts 16 million overnight visitors per year.[14] The average overnight visitor to Myrtle Beach stays 4.6 nights away from home and collectively contributed $5.24 billion dollars in local spending.[15] Most importantly, 83% of overnight travelers are repeat visitors to Myrtle Beach.[16] Tourism provides a continuous economic boon for our community and contributes significantly to the fiscal health and cultural well-being of our city, county, and state.

The thriving tourism industry in Myrtle Beach presents significant opportunities for the city and its residents. With a consistent influx of visitors, there is a growing demand for hospitality services, which in turn stimulates the local economy. This demand creates job opportunities in hospitality industries such as hotels, restaurants, retail, and entertainment, providing employment for thousands of people. The popularity of Myrtle Beach as a top tourist destination encourages investment in infrastructure and development projects. These investments not only enhance the visitor experience but also contribute to the overall growth and modernization of the city.

Revenue generated from tourism supports local businesses and helps fund public services and infrastructure improvements. Encouraging continued efforts in modernizing hospitality, hosting new special events, growing attractions, and improving our national image, will position Myrtle Beach as a prime vacation destination for visitors. Ultimately, the sustained growth of tourism will lead to higher standards of living for residents and a more vibrant, prosperous community.



## Community Engagement

Community engagement is equally important for economic development as it fosters collaboration, builds trust, and aligns economic strategies with community desires. By involving the community in shaping economic development initiatives, we not only ensure that economic growth is inclusive and beneficial to all residents, but also creates a more supportive environment for businesses, which can thrive and contribute to the overall prosperity of the area.

## Engagement Approach

In our community engagement approach, we implemented a series of three drop-in sessions to encourage active participation and open dialogue among community members. These sessions were designed to accommodate busy schedules and diverse interests, allowing residents to join the discussions at their convenience. During each session, residents and visitors were asked to visit five total stations to provide feedback on various topics of economic development. Participants were prompted with questions such as "What type of economic activity is best for Myrtle Beach?", "What skills should our schools, colleges, and universities be teaching?", "What types of businesses do you want within walking distance of your home?", "What offerings appeal to both tourists and residents?", and more. The questions were designed to stimulate thoughtful, open-ended responses that would be actionable within a comprehensive plan.

Additionally, we launched an economic development survey that was accessible via the internet and mobile devices, which was available for a month. This approach recognized the importance of reaching the widest range of community members, including those who may not be able to attend in-person sessions. The survey included the same questions and prompts as the in-person sessions.

# What We Learned



- **27%** of responses indicated that the **Tech** Industry is our **best opportunity** for **economic diversification**

- **10%** of responses suggested that our **focus** should be on **stable, year-round jobs**

- **9%** of responses preferred **museums**, the **arts**, and **festivals** to help economic diversification

- **30%** of responses suggested **vocational** programs for students for **workforce development**

- **15%** of responses indicated that **technology training** and **education** should be a **focus** for educational institutions

- **12%** of responses suggested **attainable housing** as a critical **need** in our working neighborhoods

- **15%** of responses wanted to focus on our **bus** and **trolley** system

- **14%** of responses indicated that **walkability** and **connected sidewalks** would improve our economy

- **40%** of responses preferred **more entertainment** options to improve our tourism industry

- **15%** of responses suggested focus on more **outdoor recreation activitie**s in Myrtle Beach

## Selected Quotes

*"The DC Blox project, smart city initiative, and the redevelopment of the Arts and Innovation district are a great start and need to continue to be prioritized."*

*"Invest in cultural and high-end experiences and accommodations."*

*"Market Common is a fun place to go because of the live/work component. I think more of the city should work like that."*

*"Continue to do this (workforce development) for sure. I think we can position ourselves as a great place to learn a trade."*

*"I believe that the city would benefit the most from moving toward a tech-based economy. Tourism will live here forever as long as the beach stays so we need more stuff for younger workers to do. Something that pays them a wage they can start a family with."*

*Percentages of responses are the number of responses per pillar, not of the total volume of responses



## Our Guiding Principle
## for Economic Development

Myrtle Beach will advance as a dynamic city offering unparalleled opportunities, backed by an experienced and skilled workforce, providing residents with an attainable, distinct, secure, and prosperous community to reside in.



ED9



THIS PAGE IS INTENTIONALLY LEFT BLANK



**Pillars & Policies**

# ECONOMIC PILLARS

The four Economic Pillars are the key focus areas in which economic development in Myrtle Beach will be directed. Each of the individual Economic Pillars below serves as a guide to decision making on planning, land use, development, budgeting, and more.



## ED
## ECONOMIC DIVERSIFICATION

### Success Looks Like

- Reduced economic vulnerability
- Improved standard of living
- Development of innovation and job creation
- Increased market competitiveness
- Supported entrepreneurship field
- Regional partnerships devoted to increased opportunities for residents



## WD
## WORKFORCE DEVELOPMENT

### Success Looks Like

- Improved wages, income, and earnings
- Reduced unemployment
- Enhanced economic and social mobility
- Closed skill gaps and strengthened employability
- Increased talent attraction and retention

# OUR PATH FORWARD

Following this overview of the four Economic Pillars are 16 policy recommendations. By acting upon these policies, the City of Myrtle Beach will be positioned to execute on proper economic growth, improve resident quality of life, increase economic opportunities, and create innovative solutions for challenges facing our community in the next decade and beyond.



## NCD

## NEIGHBORHOODS & COMMERCIAL DISTRICTS

### Success Looks Like

- Enhanced community well-being
- Raised cultural and social vitality
- Increased availability of attainable housing
- Community revitalization driving positive revenue generation
- Safe, connected, and enjoyable multi-modal paths



## MT

## MODERNIZING TOURISM

### Success Looks Like

- Enhanced visitor experience and retention
- Community empowerment and job creation
- Expanded competitiveness of our tourism product
- Improved resiliency of the tourism industry
- Elevated occupancy rates and revenue



# A GUIDE TO THE FOLLOWING POLICY PAGES

 →  **Pillar Abbreviation & Policy # (e.g., ED.1)**

**Description:** Policies are adopted to provide organizational alignment and rules that govern decision-making. Each policy within the blue box highlights a key approach to fundamentally shape the future of Myrtle Beach's economy.

**PILLAR**

## Community Opportunities

*The right side of each page consists of opportunities that are unique to Myrtle Beach. These opportunities, capitalized on, support the policies that are presented in this plan. Opportunities are listed in the form of partnerships, examples to emulate, steps to develop programming, and more. Pursuing the opportunities must be a community driven endeavor as a single organization or business will not achieve success alone.*

### National Trends & Data

*Data points are below each policy. Data points were collected from various sources, representing trends that may shape our local economy over the next decade or more. The data points are not used to compare Myrtle Beach to another locality or region, but rather to highlight why each policy was chosen for implementation.*

**EXAMPLE**



**18M** — People visit the Myrtle Beach area every year, on average.

**EXAMPLE**



Offers ways to eliminate corporate income taxes, sales tax exemptions, property tax incentives, and other discretionary incentive opportunities .





# Policy ED.1

**Bolster local, regional, and global innovation and entrepreneurism that will advance and secure the future of our community through investment for the Myrtle Beach Living Lab; smart cities technology; and modernized and resilient infrastructure.**

## Innovation Labs in the U.S.


**$2T**

Federal Funding for new tech hubs focused on innovation, competitiveness, and national security.[10]




**Higher Education**


**25.8%**

Expected compounded annual growth rate for the Smart Cities technology market from 2023-2030.[11]





**Public Enterprise**


**$3.7T**

Anticipated global smart cities market size by 2030.[12]






**Private Sector**

**ED15**



## Policy ED.2

**Strengthen the local economy through effective business regulations, processes, and communications, ensuring the public understands their positive impact.**



**$11K** — Average per year cost, per employee, that a small business incurs in regulatory costs.[7]



**$83K** — Average cost a startup or small business incurs in its first year due to federal, state, and local regulations.[8]



**44%** — Of small businesses surveyed spend 40 or more hours per year on federal regulation compliance.[9]

## Potential Improvements

1. County Partnered Portal for Business Development

2. Regulatory Flexibility for New Businesses and Startups

3. Business Support Programming & Information

4. Leverage Federal and State Funding to Support Industry

5. Business Friendly Zoning Codes



 ## Policy ED.3

**Utilize incentives at the local, state, and federal level to attract new businesses, including start-ups, underrepresented business owners, and the expansion of existing businesses in target economic sectors.**

## Incentive Opportunities

 **25%**

Higher wages paid by incentivized industry vs non-incentivized industry.[4]



Offers ways to eliminate corporate income taxes, sales tax exemptions, property tax incentives, and other discretionary incentive opportunities.

 **3.7%**

Of all incentive money spent addresses workforce training and development.[5]



Incentive options include Special Source Revenue Bonds, property tax abatements, industrial revenue bonds, the Horry County Closing Fund, and many more options.

 **$3K**

Average cost per created job, per year, for job training incentive packages.[6]



In 2020, Myrtle Beach City Council updated financial incentive options to include vouchers for redevelopment that are targeted in designated areas and for specific types of redevelopment projects.

**Exhibit D**
**Page 35 of 154**



# Policy ED.4

**Drive economic growth through innovative and emerging markets that emphasize the creation, testing, and deployment of appropriate alternative energies and green infrastructure.**



## Energy Research Opportunities


**3rd**

South Carolina's national rank in energy generation by nuclear power; 54% of our electricity is nuclear derived. [13]


**50%**

Santee Cooper's targeted goal of carbon emission reduction by the year 2050. [14]


**$2T**

Predicted market size of green and renewable energy demand by 2030. [15]

**Battery Technology:** Exciting discoveries are still to be had in the energy storage technology space. Lithium tungsten, metal hydrogen, and graphene aluminum-ion batteries all have the potential to revolutionize energy storage and deployment capabilities.

**Green Technology:** Research into green technology innovations has widely expanded to include things like green cement, clean steel, sustainable aviation fuel, small-modular nuclear reactors, and hydrogen fuel cells.

**Carbon Capture Technology:** New options exist for carbon removal and air purification including cutting-edge systems that connect directly into HVAC networks on offices and buildings to provide cleaner air for residents, workers, and anyone else within the facility.



 **Policy WD.1**

Encourage workforce programs and pipelines through partnerships with educational institutions that are focused on specific skills and trades.

## Potential Partners

 **2.2%**

Rate of unemployment for those with a bachelor's degree. It is 4% for those who graduate high school.[16]

 **$152**

Average weekly earning difference between having an associate's degree and a high school education.[17]

 **$796B**

Predicated industry market size of software development and publishing in 2032.[18]

  

State Organizations

 

 

Regional Organizations

ED19





# Policy WD.2

**Promote participation in apprenticeships, vocational training, and adult-education throughout our community, to strengthen our local workforce with the skills necessary for high-tech and in-demand professions**



**$60K** Median annual income for a skilled electrician. [19]



**16%** Predicted job growth from 2021 to 2031 for Industrial Machinery Mechanics. [20]



**$50K** Average wage for an employee who has completed an apprenticeship program. [21]

## Creating an Apprenticeship Program

1. Select Target Occupation for Your Program

2. Identify Key Stakeholders, Sponsors, and Partners

3. Connect with Industry Experts and Leaders

4. Develop Core Components of the Apprenticeship

5. Launch, Track, and Manage the Apprenticeship Program



 ## Policy WD.3

**Develop strong, accessible mentorship and entrepreneurship programs with businesses and education institutions for aspiring individuals to drive socio-economic mobility in our community.**

## Mentoring

**One-on-One Mentoring:** One-on-one mentoring allows for an understanding of the mentee's specific strengths, challenges, and aspirations. This personalized attention fosters a sense of trust, creating an environment where the mentee may seek advice to achieve their realistic goals.

**Group Mentoring:** This model allows mentors to efficiently disseminate knowledge to multiple mentees but builds an environment where individuals can learn from one another. The group setting builds a sense of community, a professional network, and a space for peer support and development.

**Reverse Mentoring:** This innovative approach tasks younger mentors to bring fresh insights, technological expertise, and contemporary perspectives to their more experienced mentees. The significance of reverse mentoring lies in its ability to create a two-way learning street benefitting both parties.

 **500%**

The rate an employee with a mentor is likely to be promoted over an employee without a mentor.[22]

 **37%**

Average in-industry mentorship rates.[23]

 **22%**

The difference in rates of retention for an employee who has a mentor above an employee without a mentor.[24]



# Policy WD.4

**Expand affordable access to high-speed internet, making online education more attainable while increasing digital literacy to address the digital divide.**



## Broadband Initiatives



The Federal Communications Commission offers an affordable connection opportunity for qualifying households to receive discounted access to broadband internet as well as desktops, laptops, and tablet options.



**100%**

The rate of Myrtle Beach residents that can access fiber-optic infrastructure.[25]



South Carolina's State Broadband Office has created the Broadband Equity, Access, and Deployment Program. This program will seek to accomplish the five-year action plan to increase opportunity and access to high-speed broadband for residents.



**3.1 hrs**

Average hourly increase in student learning time in households with access to broadband internet and technology.[26]



Horry County Schools has a program which allows middle and high school students to take home their laptop to complete assignments and participate in digital learning for a fee of $25 dollars per year.



**8.7%**

The rate of higher test scores on the SAT as a result of having at-home broadband internet access.[27]



 

**Prioritize multimodal transportation opportunities and paths linking our neighborhoods to cultural, educational, and commercial districts.**

## Multi-Modal Opportunities

**12%** — More millennials prefer to live in close, walkable neighborhoods compared with the Baby Boomers. [28]

 **85%** — Respondents said that sidewalks and connectivity are contributing factor to their real estate decisions. [29]

 **31%** — Decline in bicycle-vehicular fatalities over the past two decades. [30]

1. Bike Share Programs

2. Fully Integrated Sidewalk Connectivity

3. Micro-Transit Services

4. Expanded Automobile Ride-Sharing Services

5. Focused Development toward 15-Minute Neighborhoods

ED23



# Policy NCD.2

**Employ placemaking campaigns to attract target market sectors into commercial districts that blend with our neighborhoods.**



## Eight Elements of Quality Places



The amount of private investment the city of Buffalo garnered after a $20 million dollar placemaking campaign.[31]



Increase in property values that Ft. Worth experienced after finishing their downtown placemaking campaign.[32]



Cost of streetscaping that brought Broken Arrow, Oklahoma, $10 in private investment to the Downtown District.[33]

 **Mixed Uses**

 **Broadband Enabled**

 **Variety of Transportation**

 **Dense Housing Mix**

 **Preservation of Historic Spaces**

 **Recreation Opportunities**

 **Arts, Culture, and Creativity**

 **Open, Green Spaces**



 **Policy NCD.3**

Prioritize targeted, low-cost revitalization initiatives in workforce neighborhoods to enhance their appeal to working families.

## Revitalization Campaign Options

**25%** Increase in civic engagement and voting participation by homeowners compared with renters.[34]

**96%** Of renters aged 34 and younger report that they want to own a home in the future.[35]

**19%** Higher graduation rate for students whose parents own a home compared to those who rent.[36]

 **Fix-It Clinics**

 **Community Tool Libraries**

 **Youth Engagement Programs**

 **Neighborhood Gardens**

 **Community Clean-Up Days**

 **Policy NCD.4**

Utilize creative zoning opportunities to encourage an appropriate blend of residential and commercials spaces to maximize our limited land mass.

 **45%** — Amount of per acre tax revenue increase as a result of mixed-use development.[37]

 **10%** — Lower costs to operate municipal services in a mixed-use development over large subdivisions.[38]

 **38%** — Cost savings on infrastructure servicing compact development vs. large-lot subdivisions.[39]



## Successful Mixed-Use Developments

   

State-Wide Examples

   



National Examples



## Policy MT.1

**Facilitate Myrtle Beach's year-round tourism industry by targeting new attractions based on evolving consumer preferences while being mindful of our natural, cultural, and historical spaces.**



## Evolving Tourism Preferences

**69%** Of travelers spend more during vacation if they know it supports the local community. [40]

**56%** Of travelers plan to increase per person travel spending over 2019 (last pre-pandemic year). [41]

**34%** Of respondents rate restaurants and dining experiences as their highest financial priority while traveling. [42]

1. Experiential Travel Events and Classes

2. Eco-Friendly Excursions

3. Niche Neighborhood Experiences

4. Leveraging Technology for Enhanced Experiences

5. Wellness and Retreat Based Tourism



 **Policy MT.2**

Continue to improve the national hospitality image of Myrtle Beach by continuing to attract top quality accommodations and experiences.

## Engaging Visitor Accomodations

 **62%**

Visitor spending growth within Horry County from 2009 to 2018.[43]

 **$12B**

In direct visitor spending in 2022, representing a 10.6% increase over 2021.[44]

 **15M**

Day trips were conducted in Myrtle Beach in 2022.[45]

 **Centrally Located**

 **High Quality Cuisine**

 **Innovative Technology**

 **Modern, Unique Design**

 **Limited Rooms, Intimate Size**



 **Policy MT.3**

**Promote Myrtle Beach as a premier special events destination, catering to both visitors and residents.**

## Special Event Opportunities

 **$1.5T** Global event tourism market share as of 2022.[46]

 **Music Festivals**

 **Charity Galas & Fundraisers**

 **4.1%** Anticipated compound annual growth rate of the market share for event tourism.[47]

 **Sporting Events**

 **Food & Drink Festivals**

 **20%** Of the event tourism market is cultural events.[48]

 **Trade Shows & Expos**

 **Conferences & Seminars**

 **Arts & Film Festivals**

 **Cultural & Heritage Celebrations**



 **Policy MT.4**

**Cultivate high standards in the hospitality industry for cleanliness, safety, and service quality to provide a world class vacation for every visitor.**

# Opportunities for New Standards

 **78%**

Of polled hotel guests indicated that cleanliness was the most important factor in choice of stay.[49]

 **70%**

Of subjects who are frequent travelers, self-describe as risk averse, who avoid travel where criminality is present.[50]

 **39%**

Average revenue increase for a hotel if their rating on TripAdvisor increases by one point.[51]

**Service Excellence Programs:** Implementing training programs focused on enhancing customer service skills for hospitality staff can significantly raise standards. Emphasizing the importance of guest satisfaction and providing ongoing training can make a noticeable difference.

**Technological Innovations:** Embracing technology to improve guest experiences, such as implementing mobile check-ins, interactive apps for visitors, or personalized services based on data analytics, can enhance convenience and efficiency.

**Cleanliness Standards:** Maintaining high cleanliness and safety standards is crucial, especially in the post-pandemic era. Implementing rigorous hygiene protocols, increasing availability of proficient sanitation companies, and ensuring compliance with health regulations can boost trust and confidence among visitors.



Public Input & Analysis



# Public Engagement Prompts & Questions

The following lists the prompts and questions, for each pillar, given to participants at our public engagement sessions. Each prompt and question was also listed in the online survey. Following this page and the next are the results of the feedback provided.




## ECONOMIC DIVERSIFICATION

### Prompts & Questions

- What types of economic activity, businesses, and/or venues are the best for Myrtle Beach?
- What are the biggest economic needs in our community?
- What economic activity is harmful to Myrtle Beach?
- What types of businesses do we have too much of?




## WORKFORCE DEVELOPMENT

### Prompts & Questions

- What skills should our schools, colleges, and universities be teaching?
- What career opportunities does Myrtle Beach have today?
- What types of careers do your kids and grandkids want?
- What career options should Myrtle Beach have?




## NEIGHBORHOODS & COMMERCIAL DISTRICTS

### Prompts & Questions

- What is your favorite part of town? Why?
- What types of businesses do you want withing walking distance of your house?
- What lifestyle offerings (restaurants, shopping, leisure, etc.) attract a workforce?
- What attainable housing styles would you prefer in our community?




## MODERNIZING TOURISM

### Prompts & Questions

- What are the significant benefits of tourism?
- When your friends and family come to visit, what do you take them to do? Where do you go?
- What offerings appeal to both tourists and residents?
- What part(s) of our tourism industry is outdated?

# % of Economic Diversification Responses



*Percentages of responses are the number of responses per pillar, not of the total volume of responses

# % of Workforce Development Responses



*Percentages of responses are the number of responses per pillar, not of the total volume of responses

Exhibit D
Page 53 of 154

# % of Neighborhood and Commercial District Responses



# % of Modernizing Tourism Responses



*Percentages of responses are the number of responses per pillar, not of the total volume of responses

# Economic Development End Notes

1. MYRTLE BEACH CITY, SOUTH CAROLINA; United States Census Bureau, 2022
2. INDUSTRY RESEARCH; Myrtle Beach Area Convention and Visitors Bureau, 2022
3. NEW REPORT: 92% OF JOBS REQUIRE DIGITAL SKILLS, ONE-THIRD OF WORKERS HAVE LOW OR NO DIGITAL SKILLS DUE TO HISTORIC UNDERINVESTMENT, STRUCTURAL INEQUITIES; National Skills Coalition, Feb 2023
4. BUILDING INNOVATION ECOSYSTEMS: ACCELERATING TECH HUB GROWTH; McKinsey & Company, Feb 2023
5. SMART CITIES MARKET SIZE WORTH $3,728.3 BILLION BY 2030; Grand View Research, Dec 2022
6. Ibid
7. HOW REGULATIONS AT EVERY LEVEL HOLD BACK SMALL BUSINESSES; US Dept. of Commerce, Mar 2017
8. THE $83,000 QUESTION: HOW MUCH DO REGULATIONS REALLY COST SMALL BUSINESSES; FORBES, Jan 2017
9. Ibid
10. EXAMINING THE LOCAL VALUE OF ECONOMIC DEVELOPMENT INCENTIVES; Brookings Metro, Mar 2018
11. Ibid
12. THE REALITIES OF ECONOMIC DEVELOPMENT SUBSIDIES; CAP 20, Nov 2018
13. STATE BRIEF: SOUTH CAROLINA; Colorado State University, Center for the New Energy Economy, 2022
14. 2023 SUSTAINABILITY REPORT; Santee Cooper, 2023
15. RENEWABLE ENERGY MARKET SIZE WORLDWIDE IN 2021, WITH A FORECAST FOR 2022 TO 2030; Statista, Jan 2023
16. EDUCATION PAYS; US Bureau of Labor Statistics, Sep 2023
17. Ibid
18. INDUSTRIES WITH THE FASTEST GROWING OUTPUT; US Bureau of Labor Statistics, Sep 2023
19. WHAT IS A SKILLED TRADE? TOP-PAYING JOBS TO CONSIDER; Forbes, May 2023
20. Ibid
21. HOW STATES ARE EXPANDING APPRENTICESHIP; CAP 20, Feb 2016
22. CASE STUDY: WORKFORCE ANALYTICS AT SUN; Gartner, Oct 2006
23. 76% OF PEOPLE THINK MENTORS ARE IMPORTANT, BUT ONLY 37% HAVE ONE; Forbes, Jul 2019
24. CASE STUDY: WORKFORCE ANALYTICS AT SUN; Gartner, Oct 2006
25. HTC Fiber Stats, HTC, Oct 2023

# Economic Development End Notes

26. **STUDENT ACCESS TO TECHNOLOGY AT HOME AND LEARNING HOURS DURING COVID-19 IN THE US; NIH, May 2023**

27. **OVERCOMING MICHIGAN'S HOMEWORK GAP: THE ROLE OF BROADBAND INTERNET CONNECTIVITY FOR STUDENT SUCCESS AND CAREER OUTLOOKS; Michigan State University, Sep 2020**

28. **MILLENNIALS FAVOR WALKABLE COMMUNITIES, SAYS POLL FROM NATIONAL ASSOCIATION OF REALTORS AND TREC; Portland State University, Jul 2015**

29. **Ibid**

30. **IN BID FOR MILLENNIALS, CITIES AND STATES PROMOTE CYCLING; Stateline, Jun 201**

31. **PLACE MATTERS: THE ROLE OF PLACEMAKING IN ECONOMIC DEVELOPMENT; International Economic Development Council, Jun 2017**

32. **Ibid**

33. **Ibid**

34. **WORKFORCE HOUSING STRATEGIC PLAN; City of Myrtle Beach, Jan 2022**

35. **Ibid**

36. **MYRTLE BEACH LEASEHOLDERS ARE 'STRUGGLING WITH APARTMENT, HOME RENTAL PRICES SURGING; WPDE, Feb 2022**

37. **MIXED-USE DEVELOPMENT: A LOOK AT WHAT'S DRIVING THE TREND IN CITIES AND SUBURBS ALIKE; Reonomy, Jan 2017**

38. **Ibid**

39. **Ibid**

40. **TRAVEL AND TOURISM STATISTICS: THE ULTIMATE COLLECTION; Access Development, Jul 2022**

41. **Ibid**

42. **Ibid**

43. **INDUSTRY RESEARCH; Myrtle Beach Area Convention and Visitors Bureau, 2022**

44. **Ibid**

45. **TRAVEL USA VISITOR PROFILE; Longwoods Travel USA, 2022**

46. **EVENT TOURISM MARKET; Future Market Insights, Jul 2023**

47. **Ibid**

48. **Ibid**

49. **TRAVEL AND TOURISM STATISTICS: THE ULTIMATE COLLECTION; Access Development, Jul 2022**

50. **WHICH TRAVEL RISKS ARE MORE SALIENT FOR DESTINATION CHOICE? AN EXAMINATION OF TOURIST'S DECISION-MAKING PROCESS; Journal of Destination Marketing and Management, Dec 2020**

51. **HOTEL PERFORMANCE IMPACT OF SOCIALLY ENGAGING WITH CONSUMERS; Center for Hospitality Research, May 2016**



**MB NEXT**





**2024 COMPREHENSIVE PLAN UPDATE**

Economic Development

Exhibit D
Page 58 of 154

## Natural Resources Element

### Natural Resources Background
Myrtle Beach has many natural resources that add to the quality of life:

| | |
|---|---|
| Ocean | Scenic Areas |
| Beach | Wildlife |
| Swashes | Recreational Paths |
| Trees | other Outdoor Places |
| Parks | |

Challenges of rapid urbanization can lead to sprawl, destruction of wildlife habitat, water pollution, and heavy traffic. The commitment to conservation secures finite resources' ongoing availability while also ensuring a vibrant economy for the community.

### Coastal Resources
Coastal environments such as beaches, barrier islands, wetlands, and estuarine systems are all elements of the Grand Strand's coastal resources. Action must be taken to ensure the longevity of these resources.

The City of Myrtle Beach adopted a Coastal Protection Zone in Article 18 of the Zoning Ordinance. The purpose of the coastal protection zone is to provide supplementary regulations for oceanfront property seaward of the projected 50-year erosion control line. Essentially, the regulations:

| | |
|---|---|
| Help Control Erosion | Safeguard Property |
| Preserve & Maintain a Recreational Beach | Promote Public Safety |

In collaboration with the Myrtle Beach Area Chamber of Commerce and South Carolina Department of Health and Environmental Control, the "Check My Beach" campaign educates beachgoers about beach safety and water quality.  Public outreach includes brochures, signage, social media messaging, and a website (www.checkmybeach.com).

NR-1

The South Carolina Department of Natural Resources offers an oyster shell drop-off location at 1860 21st Avenue North (follow the gravel road).  Recycled shells are used to replant our state's oyster beds to grow new oysters.  Oysters play an important role in cleaning our water, creating fish habitats and, of course, appearing on our dinner tables.

South Carolina has weathered several notable storms over the last several years, which ate away at the sacrificial berms that protect the dunes and everything behind it, including infrastructure. The Army Corps of Engineers, via its Federal Emergency Funding Account, invested close to $86 million for beach renourishment projects to repair the damage. Within the 26 miles of coastline along the Grand Strand, the Corps returned approximately 4.2 million cubic yards of sand, the equivalent of 420,000 dump trucks, for the beach to be brought back to design specification.

### Agriculture and Forest Land

In 2022 the City of Myrtle Beach received its 26th consecutive Tree City U.S.A. Award. Tree City U.S.A. is sponsored by The National Arbor Day Foundation, the U.S. Forest Service and the National Association of State Foresters. The award recognizes excellence in urban forestry management. One of the benefits of being a Tree City USA is to receive grants from the SC Forestry Commission's Urban and Community Forestry Assistance program funded by the US Department of Agriculture Forest Service. The grant funds are traditionally used to plant trees in public spaces.

In order to enhance the natural environment and quality of life, Myrtle Beach has had in place a Community Tree Planting Plan since 1998. The Plan establishes tree themes for the area and serves as a guide for:

- Community developers and landscapers in selection of trees for new projects.
- The Community Appearance Board in their review of landscape plans.
- The expenditure of Capital Improvement and Tree Preservation Account funds for planting, maintenance, and the replacement of trees on public lands.

Agricultural production has not been a major part of the Myrtle Beach economy for many years.

### Animal Habitats

The Grand Strand area is home to many native and invasive species. Assistance and management are needed for some animals to survive in the web of life in urban areas as they adjust to human-altered environments.

Loggerhead turtles depend on SC's sandy beaches for nesting. Fourteen sea turtles nested inside the Myrtle Beach city limits during the 2021 nesting season.  All of the nests were spotted by city staff (Beach Patrol and Parks Division), who alerted rangers at Myrtle Beach State Park.  In addition, eight "false crawls" were reported where the turtle came ashore, but changed her mind and didn't lay

eggs on that trip. All of the nests were relocated to less-busy parts of the beach. Sea turtles typically live between 30 and 50 years, although some have been documented at more than 100 years old. When it's time to lay eggs, sea turtles return to the same spot on the beach where they were hatched to start the life cycle all over. It is illegal to disturb or harass sea turtles, with steep monetary fines for violations.

Horry County Federal Endangered Species:
- Shortnose Sturgeon
- Red-cockaded Woodpecker
- Atlantic Sturgeon
- Chaffseed plant

Horry County Federal Threatened Species:
- Loggerhead Sea turtle
- Wood Stork
- West Indian Manatee
- Seabeach Amaranth
- Black Rail Bird
- Bald Eagle

In our urbanizing area, three types of habitat could be managed for indigenous and migratory wildlife:
- Habitat connections via streams, ditches, and utility corridors
- Pockets of natural vegetation within developed areas (large parks and reserves)
- Yards, small parks, and roadsides planted to provide food, shelter, and nesting areas.

**Climate**
The weather is greatly influenced by the Atlantic Ocean, which typically keeps the city cooler in the summer and warmer in the winter compared to inland cities. The hottest day ever recorded in Myrtle Beach was August 22, 1983, when the mercury reached 105 degrees, while the coldest day on record was January 21, 1985, with a low of four degrees.

Globally, upper ocean heat content reached record highs in 2020 in the upper layer measured from the surface to 2,300 feet (700 meters), according to four of the five datasets analyzed in the NOAA 2020 State of the Climate report. This record heat reflects the continuing accumulation of thermal energy in the top 2,300 feet of the ocean. Ocean heat content was also record high in the deeper layer beneath, from 700 to 2,000 meter depth, according to all five datasets. Oceans absorb more than 90% of Earth's excess heat from global warming. The warmer upper ocean waters can drive stronger hurricanes and increase melting rates of ice sheet glaciers around Greenland and Antarctica.

For the ninth consecutive year, global average sea level rose to a new record high and was about 3.6 inches (91.3 millimeter) higher than the 1993 average, the year that marks the beginning of the satellite altimeter record. Global sea level is rising at an average rate of 1.2 inches (3.0 centimeter) per decade due to changes in climate. Melting of glaciers and ice sheets, along with warming oceans, account for the trend in rising global mean sea level.

Despite being right on the Atlantic, hurricanes rarely make direct landfall in Myrtle Beach. Historically speaking, Myrtle Beach is most prone to tropical systems in August and September.

**Floodplain**

Floodplains are hydrologically important, environmentally sensitive, and ecologically productive areas that perform many natural functions. Maintaining healthy floodplains is a challenge along this heavily developed coast, where much of the polluted stormwater runoff flows into tidal basins and creeks that traverse beaches to connect directly to the ocean. Known locally as "swashes," these floodplains fuel hypoxia in coastal waters, provide wildlife habitats, provide breeding and feeding grounds for fish, and are rich in vegetation. Five main swash areas exist within the City of Myrtle Beach:

- Bear Branch Swash
- Cane Patch Swash
- Deep Head Swash
- Midway Swash
- Withers Swash

The City is undergoing a multi-phased Citywide Watershed-based Stormwater Master Plan. Phase 1 in 2019 involved Withers Watershed; phases 2 and 3 are underway. The key objectives of the project are to:

- o Evaluate hydrologic and hydraulic capacity for the existing stormwater conveyance systems
- o Develop a citywide and select sub-basin water quality model
- o Identify and prioritize stormwater management programmatic and capital needs
- o Evaluate and integrate existing city stormwater utility inventory data
- o Integrate relevant portions of the CRS, NPDES, and EPA 319 programs/protocols into the final watershed master plan

**Air Quality**

Air quality in Myrtle Beach meets or exceeds the State requirement for total suspended particulates. Particulate matter can come from natural resources or human activity. New developments will increase the population, so emissions and pollution are expected to increase.

**Natural Resources Goal:** To integrate the natural and developed environments creating a sustainable urban habitat with clean air and water, habitable for indigenous wildlife, that provides comfortable and secure places for people to live, work, play, and raise a family.

**Stormwater Management**

| Objective | Action | Timeframe |
|---|---|---|
| **1. Upgrade the infrastructure of the public stormwater management system.** | **1a. Assess the current system through routine operation and maintenance activities and identify necessary upgrades.** | *Monthly* |
| | **1b. Budget for operational needs and associated upgrades of capital assets.** | *Annually* |
| **2. Evaluate the city's public utility (*stormwater management*) system.** | **2a. Development of a Citywide Watershed-based Stormwater Master Plan with Phase 1 of Withers Watershed complete.** | *Remainder of the city: 2026* |
| | **2b. Inventory and evaluate the condition of current infrastructure to identify and prioritize repairs and upgrades based upon the needs of our growing city.** | *Annually* |
| | **2c. Determine the optimal balance of in-house crews and contractor services to inventory and evaluate the utility system and identify the repair/rehabilitative and expansion project to include within annual operational maintenance activities or the capital improvement plan.** | *2028* |
| **3. Plan for periodic and emergency rehabilitative nourishment of the Federal Myrtle Beach Shore Protection Project – Reach 2 (Myrtle Beach) and northern extent of our jurisdictional beachfront (Bear Branch to Singleton Swash).** | **3a. Collaborate with Army Corps of Engineers (Charleston District) and Horry County representatives on renourishment needs.** | *Annually* |
| | **3b. Take into consideration seasonal project impairing impacts associated with storm events and the availability of qualifying Flood Control and Coastal Emergencies (FCCE) funding to support rehabilitative efforts** | *Annually* |
| | **3c. Take into consideration State of South Carolina grant funding opportunities in support of beach renourishment activities** | *Annually* |

| | 3d. Budget for local sponsor cost-share for beach renourishment activities – sand placement, sand fencing, and dune vegetation | *Annually* |
|---|---|---|
| **4. Plan for beach walkover renovations.** | 4a. Survey the condition of the beachfront walkovers. | *Monthly* |
| | 4b. Budget for annual repair/rehabilitation needs of the walkovers within the capital plan. | *Annually* |
| **5. Assess encroachments (ex. fences, landscaping, and structures) within existing public utility easements and communicate corrective action to mitigate.** | 5a. Utilize Pictometery to identify encroachments throughout the city. | *2022* |
| | 5b. Communicate to residents/businesses about how hard and soft encroachments can impede utility operation and maintenance access. | *2022* |
| | 5c. Determine if encroachments installed without an approved permit issued by the City of Myrtle Beach. | *Monthly* |
| | 5d. Evaluate the impact of each encroachment to the operation of the utility and determine corrective action to be taken by property owner. | *Monthly* |
| | 5e. Communicate with the property owner of required corrective action. | *Monthly* |
| **6. Evaluate the routine maintenance needs and construction prioritization of future ocean outfalls.** | 6a. Reference the City of Myrtle Beach Master Plan for Potential Ocean Outfalls (2009) and recent beach monitoring water quality data to provide recommendations for the next phase of outfalls to construct. | *Annually* |
| | 6b. Design, budget for within the capital plan, and construct ocean outfalls where needed. | *Annually* |
| | 6c. Establish, and budget for within the capital plan, a long-term ocean outfall maintenance schedule. | *Annually* |
| **7. Evaluate the needs for inland water quality improvements.** | 7a. Reference the Citywide Watershed-based Stormwater Master Plan to identify prioritized stormwater management programmatic and capital | *Annually* |

| | | |
|---|---|---|
| | needs of the stormwater system; water quality-based stormwater improvement project focus. | |
| | **7b.** Implement post-construction stormwater inspections, key outfall inspections, and illicit discharge detection and elimination (IDDE) inspections associated with minimum control measures of our NPDES Phase 2 MS4 permit through SCDHEC to detect observable non-stormwater discharge activities. | *Monthly* |
| | **7c.** Design, budget for within our capital plan, and construct water quality improvement projects where needed and budget for associated water quality monitoring pre- and post-construction to evaluate success of the project. | *Annually* |

**Floodplain Management and Mitigation**

| Objective | Action | Timeframe |
|---|---|---|
| **8. Prevent and reduce natural hazard impacts to residents and businesses, including the risk from flooding.** | **8a.** Inform and educate residents and business owners about natural hazards that exist in the city and how to reduce the risk that such hazards may pose, as identified in the city's Floodplain Management and Hazard Mitigation Plan. | *Monthly* |
| | **8b.** Make information readily available about high natural hazard risks such as the location of floodplain areas as indicated on the Federal Insurance Rate Maps (FIRM) and as identified in the plan; and wetland areas as identified by the Department of Natural Resources. | *2022* |
| **9. Avoid or mitigate increased risk from natural hazards to persons or property that are caused by development.** | **9a.** Limit new development in flood-prone areas. | **As plans are submitted for review** |

| | | |
|---|---|---|
| | **9b. Continue to implement development standards that require stormwater control features in new subdivisions and new commercial and industrial development.** | *As plans are submitted for review* |
| | **9c. Establish development buffer zones along all waterways and drainages subject to flooding (i.e. the natural floodplain and floodway areas).** | *2022* |

**Parks**

| Objective | Action | Timeframe |
|---|---|---|
| **10. Identify and secure additional green/open space properties so that growth and development will not outpace the city's ability to provide and protect passive recreational resources.** | **10a. Evaluate underutilized city properties for recreational opportunities.** | *2022* |
| | **10b. Conduct an ecological survey of the city to identify properties with significant and irreplaceable properties.** | *2023* |
| | **10c. Seek out opportunities to create a large passive park on the north end of the city.** | *2023* |
| | **10d. Work with property owners on mutually beneficial means of conservation** | *As plans are submitted for review* |
| | **10e. Identify funding sources for property and easement acquisitions.** | *Annually* |
| **11. Utilize a minimum of 50 percent native landscaping in City-owned green space and parks.** | **11a. Create and maintain a list of native materials conducive to various environmental conditions.** | *2022* |
| | **11b. As opportunities arise to new planting or re-plantings, refer to the list for materials choices.** | *As plans are submitted for review* |
| **12. Incorporate park-like amenities into the green space of public stormwater ponds or other such features.** | **12a. Inventory and prioritize city facilities that have the potential to be duel-purposed as passive parks.** | *2024* |
| | **12b. Identify funding sources and establish an annual budget.** | *2025* |
| | **12c. Design each co-park in a minimalist manner, utilizing CPTED principles to maximize safety in design.** | *Annually* |

| 13. Maintain the beach as a healthy leisure environment for residents and visitors. | 13a. Provide American Disabilities Act (ADA) compliant beach access every half mile. | *2025* |
| | 13b. As dune walkovers need major repairs, review placement and determine if any should be relocated. | *Monthly* |
| | 13c. Maintain all emergency beach access points. Where possible, create small dunes to retain stormwater and reduce beach erosion down-slope of the emergency access points. | *Monthly* |
| | 13d. Enforce the prohibition of unauthorized vehicles using emergency access points to gain access to the beach. | *Daily* |
| | 13e. Develop and maintain beach access signs that include international symbols identifying parking permitted or prohibited, handicapped access, emergency access, surfing permitted or prohibited and keeping off the dunes. | *Develop:2022 Maintain: Annually* |
| | 13f. Provide beach patrol, water safety, and ocean rescue along the nonresidential portions of the beach. | *Daily* |
| | 13g. Provide automobile, golf cart, and bicycle parking near beach access points. | *Annually* |

## Conservation

| Objective | Action | Timeframe |
|---|---|---|
| 14. Reduce bacteria levels at the Wither's watershed beach outlet by 50%. | 14a. Restore natural buffers. | *2023* |
| | 14b. Enhance existing ponds with wetland features. | *2025* |
| | 14c. Design and build new wetland facilities. | *2027* |
| | 14d. Re-establish and maintain floodplain reconnections. | *Annually* |
| 15. Maintain the City's Arbor Day Foundation designation as a Tree City USA. | 15a. Maintain a Parks Division responsible for the care of all trees on city-owned property. | *Annually* |

| | | |
|---|---|---|
| | 15b. Maintain and enforce the City's Tree Protection Ordinance. | **As plans are submitted for review** |
| | 15c. Budget a minimum $2 per capita for urban forestry. | ***Annually*** |
| | 15d. Celebrate Arbor Day. | ***Annually*** |
| **16. Require a minimum of 50 percent native landscaping at businesses and other developments.** | 16a. Drawing from the Community Tree Planting Plan, draft an ordinance defining "native landscaping" and requiring as stated. | ***2022*** |
| | 16b. Hold a public hearing and adopt said ordinance. | ***2022*** |
| **17. Protect life and property from storms by utilizing the beach and dune system.** | 17a. Control erosion through periodic beach renourishment in accordance with Reach 2 of the Myrtle Beach Shore Protection Project | ***As needed and funded*** |
| | 17b. If proposed land use is subject to the permitting requirements of the SC Coastal Management Act, withhold all permits for improvements seaward of the 40-year setback line until a permit for such land use is granted by OCRM. | **As plans are submitted for review** |
| | 17c. Maintain a setback line based on erosion over a 50-year period. | **As plans are submitted for review** |
| | 17d. Offer and participate in educational opportunities through the Coastal Waccamaw Stormwater Education Consortium, the Coastal Training Program, DHEC, NOAA and other agencies that are addressing beach management. | ***Quarterly*** |
| **18. Retreat from the beach.** | 18a. Implement the objectives and strategies of the Floodplain Management and Hazard Mitigation Plan. | **As plans are submitted for review** |

| | | |
|---|---|---|
| | **18b. Require that buildings, parking lots and swimming pools destroyed by natural and man-made causes be reconstructed as far landward as possible.** | **As plans are submitted for review** |
| | **18c. Prohibit temporary or permanent seawalls, bulkheads, revetments or other erosion control structures or devices.** | **As plans are submitted for review** |
| | **18d. Replace destroyed utilities only if needed to serve nearby properties and, whenever possible, relocate the replacement utilities as far landward as possible.** | **As plans are submitted for review** |
| **19. Manage the region's premier natural resource, the beach, so as to promote safety, water quality, and access within the context of the beach's critical role in the tourism economy.** | **19a. Maintain ocean water quality that meets or exceeds Federal standards.** | *Continually* |
| | **19b. Maintain and enforce the city stormwater management ordinance.** | *Continually* |
| | **19c. Monitor ocean water quality and present results to the public to help ensure that adverse impacts are noted and acted upon.** | *Monthly* |
| | **19d. Ensure that building standards are adequate to control nonpoint source pollution.** | *2022* |
| | **19e. Regulate encroachments of exclusive private land uses on City-owned beachfront property to minimize stormwater drainage problems at the dunes and active beach.** | *2022* |
| **20. Provide protected habitat for native plants and animals.** | **20a. Manage development so that it respects trees, vegetative communities and wildlife, including rare species in the area.** | **As plans are submitted for review** |
| | **20b. Identify loggerhead turtle nests and take steps necessary to protect them.** | *Daily during nesting season* |
| **21. Reduce the risk of wildfires.** | **21a. Adopt an ordinance restricting the use of pine straw as mulch on commercial properties.** | *2022* |
| | **21b. Engage the SC Forestry Commission's Firewise Communities program.** | *2022* |

| | | |
|---|---|---|
| | **21c. Conduct a community wildfire assessment.** | *2022* |
| | **21d. Complete a Myrtle Beach Wildfire Plan to prevent loss of lives, property and resources to wildfire.** | *2023* |

## Community Facilities and Services Element

**Management**

Myrtle Beach's City Hall was completed in 1949 and opened in 1950.  Funds for construction were approved by President Roosevelt in 1941 as part of the Works Progress Administration.

The City of Myrtle Beach invests heavily in human capital within our city workforce. Services require skilled labor certifications and licensures to:

- work on and operate equipment
- manage water distribution and wastewater collection systems
- manage roadway and traffic systems
- manage development and construction activities
- manage solid waste services
- manage stormwater systems
- manage citywide fleet services
- adhere to a variety of associated regulatory requirements

As technology advances, these positions are becoming more skilled and operations become faster paced. Employees benefit from annual training and professional networking opportunities, career growth, and a promote-from-within philosophy to retain high performing employees and retain historical/operational knowledge.

Myrtle Beach city staff members speak seven additional languages besides English. Here are the second languages that our staff members offer:  Albanian, Arabic, German, Greek, Italian, Russian and Spanish.

The City of Myrtle Beach performs various renewal and replacement projects, as growth results in increased maintenance requirements. Infrastructure projects conducted annually include:

- Intersection improvements, resurfacing, and signalization throughout the City.

- Neighborhood enhancements including sidewalk, curb and guttering, infrastructure restoration, and signage.

- Construction, replacement, and extension of the water delivery system and the sewer system infrastructure and pump station upgrades.

- Facility maintenance and upkeep on its 97 existing structures/facilities, including several major roof replacement projects.

- Maintenance of 50 City playgrounds, passive and active parks, dog parks, and picnic shelters.

CF-1

Myrtle Beach's city-owned structures and their contents are insured for a total of $411,069,539. The 447 structures – administration buildings, pump stations, water tanks, dune walkovers, dugouts, scoreboards, picnic shelters, storage sheds, static airplanes, recreation centers, the boardwalk, Chapin Memorial Library, etc. – are valued at $350,261,580, while the contents are valued at an additional $60,807,959. These totals do not include the city-owned Sheraton Hotel at the Convention Center or the hotel parking deck, which are insured by the hotel management company. The totals also do not include the value of the underlying land or any underground items, such as water and sewer lines. Public amenities that position Myrtle Beach among the best resort, business, and residential location on the East Coast include:

- 1.2-mile Oceanfront Boardwalk featuring shops, cafes, and an oceanfront park.
- 12.5 miles of the East Coast Greenway.
- 37 City Parks including 17 playgrounds and 18 ball fields.
- 3 full-service recreation centers
- 9.25 miles of beaches that include 141 public beach accesses.
- 18-hole championship Whispering Pines Golf Course.
- Myrtle Beach Convention Center with over 250,000 square feet, with the neighboring 402-room Sheraton Myrtle Beach Convention Center Hotel.
- Myrtle Beach Colored School, Historic Train Depot, historical sites, and community centers.
- The Myrtle Beach Sports Center, a 100,000 square foot indoor sports facility.

**Finance**

The City of Myrtle Beach received its 35th consecutive Certificate of Achievement for "Excellence in Financial Reporting" from the Government Finance Officers Association of the United States and Canada. The award is for Myrtle Beach's Annual Comprehensive Financial Report (ACFR) for the fiscal year which ended June 30, 2022. The Certificate of Achievement is the highest form of recognition for excellence in state and local government financial reporting. In order to be awarded a Certificate of Achievement, a government must publish an easily readable and efficiently organized annual comprehensive financial report. This report must satisfy both generally accepted accounting principles and applicable legal requirements. A Certificate of Achievement is valid for a period of one year only. We believe that our current annual comprehensive financial report continues to meet the Certificate of Achievement Program's requirements and we are submitting it to GFOA to determine its eligibility for another certificate.

Myrtle Beach's Annual Comprehensive Financial Report (ACFR) is available online at:
https://www.cityofmyrtlebeach.com/departments/docs/FY2022ACFR.pdf.

**Risk Management**

Myrtle Beach's city-owned structures and their contents are insured for a total of $312,991,149. The 435 structures – administration buildings, pump stations, water tanks, dune walkovers, dugouts, scoreboards, picnic shelters, storage sheds, static airplanes, recreation centers, the

boardwalk, Chapin Memorial Library, etc. – are valued at $246,746,885, while the contents are valued at an additional $66, 244,264.  These totals do not include the city-owned Sheraton Hotel at the Convention Center or the hotel parking deck, which are insured by the hotel management company.  The totals also do not include the value of the underlying land or any underground items, such as water and sewer lines.

**Utilities**

The City operates under a 10-year plan of prioritized water, sewer, and stormwater infrastructure projects to assist with long-range financial planning.

The city is made up of a series of integral stormwater management facilities, some public and some private. A portion of our public infrastructure is located off the right-of-way, often out of sight and encroached upon with fences, landscaping, and in some cases structures/buildings. In order to keep stormwater flowing, the City operates under a policy that establishes various public/private stormwater facilities maintenance agreements.

The Myrtle Beach water treatment plant, operated by the Grand Strand Water and Sewer Authority, treats up to 40 million gallons of water from the Atlantic Intracoastal Waterway each day. The Atlantic Intracoastal Waterway is our essential watercourse, classified as:

- suitable for drinking water supply after treatment
- primary and secondary contact recreation
- fishing
- industrial and agricultural uses

The City of Myrtle Beach water and sanitary sewer system includes:

- 406 miles of water mains
- 257.8 miles of gravity sewer lines
- 187 miles of storm sewers
- 99.7 miles of sewer force-mains
- 6,596 manholes
- 5,972 clean-out locations
- 520 force-main valves
- 165 air release valves

In all, that's 357.5 miles of underground sewer lines serving residents, businesses and visitors. Despite Covid-19, water and sewer operating indicators changed little in 2020:

CF-3

- **Average Water Daily Consumption in FY2020 was 9.8 million gallons, compared to 10 million gallons in FY2019.**
- **Average Sewer Daily Treatment in FY2020 was 8 million gallons, compared to 8.1 million gallons in FY2019.**

**In order to manage the flow, the City utilizes residential and commercial water meters that allow for remote water meter readings.**

**Drinking water costs Myrtle Beach city residents only a quarter of a penny. That's the price-per-gallon for the first 4,000 gallons of water each month, beginning August 1, 2022. The cost includes a $3.30 base charge per month and the new use charge of $1.73 per 1,000 gallons, per month. Put another way, Myrtle Beach residents get four gallons of water for just a penny, delivered on-demand, directly to their home, around-the-clock. Residential customers who live outside the city limits pay twice as much as in-city residents, so a gallon of water costs them half a cent, and 100 gallons is about 51 cents.**

**Solid Waste**
**The City of Myrtle Beach's Solid Waste and Recycling Division processed 41,336 tons of solid waste in 2022 including:**

- **32,330 tons of garbage**
- **4,037 tons of yard waste**
- **3,104 tons of recyclables**
- **1,800 tons of bulk waste**
- **55 tons of scrap metal**
- **10 tons of electronics**

**To do so the City utilizes:**

- **A six-position Solid Waste crew**
- **32 collection trucks, two rear loaders, and two knuckle booms**
- **The state-of-the art top-loading Jake Abraham Solid Waste Transfer Station supports collection of four waste streams (yard waste, household waste, recycling, and bulk waste).**
- **A regulatory team of two staff members who address illegal dumping and enhance city-wide beautification efforts.**

**Public Safety and Emergency Medical**
**The City has adopted a Public Safety Initiative to continuously implement the Police recruitment and retention plan, increase the utilization of technological tools in the public safety departments, maintain Emergency Service presence and encourage development in underutilized areas of the City. Supporting this initiative, the following steps were taken:**

- **In 2020, 10 Police Officer positions were added, providing additional resources for the Department and allowing deployment of the resources throughout the City.**

**CF-4**

- Expansion of the K-9 unit, with the addition of a patrol K-9 officer.
- Continued support for the Seven Year Staffing, Deployment, Recruitment, and Retention Plan to create and retain a police force sized adequately for the community.
- The introduction to the Crash Data Retrieval System (CDRS), assisting with major collision investigations.

The previous measures were considered and taken as the 2020 operating indicators were released for the City. There are three police stations in the City, including the main headquarters, police annex, and joint use of Fire Station #4.

- Police Calls for Service: 119,084
- Arrests: 25,651
- Calls for service to Fire patrol per Engine Company was 15,047.

As part of the School Resource Officer (SRO) Program, uniformed officers with the Myrtle Beach Police Department are assigned to each of Myrtle Beach's four public schools. The SROs serve and protect students, teachers and staff at Myrtle Beach Primary, Elementary, Middle and High Schools. The program was first introduced in September 1999.

Myrtle Beach Municipal Court, one of the busiest city courts in South Carolina, handled a total of 25,229 cases during the 2022 calendar year.

There are a total of six fire stations in the City. The Myrtle Beach Fire Department responded to a total of 14,965 calls for service in 2022, down from 15,905 calls in 2021. In 2022, the department received a total of 331 active fire calls with zero fire fatalities. Here's the breakdown of the remaining 2022 total: 8,992 rescue and EMS calls; 3,385 good intent calls; 1,993 false alarms; 196 hazardous material calls; 31 special type calls; 10 overheating (no fire) calls; and, 10 weather related calls.

Sixty-two signalized intersections in the City of Myrtle Beach are equipped with emergency vehicle traffic preemption. In an emergency, you want the fire truck or ambulance to get there as soon as possible. Using a GPS-based system installed in all city fire trucks and ambulances, traffic signals at 62 intersections know when those vehicles are approaching and automatically give the emergency responders the green light. The remaining lights at the intersection will turn red until the emergency vehicle passes. The sending unit onboard the vehicle tells the signal when the unit is approaching in time to change the lights. Once the emergency vehicle clears the intersection, the signals return to their normal cycles.

Myrtle Beach has 24 public-access automated external defibrillators (AEDs) available in various city buildings, should someone experience sudden cardiac arrest. The devices detect a patient's heart rhythm and deliver a defibrillation shock, as needed. The AEDs are available at City Hall, Chapin Memorial Library, Myrtle Beach Tennis Center, Pepper Geddings Recreation Center, General Robert H. Reed Recreation Center, Mary C. Canty Recreation Center, Crabtree Memorial Gymnasium, Grand Park Athletic Complex, Ned Donkle Field, Myrtle Beach Convention Center, John T. Rhodes Myrtle Beach Sports Center and Ted C. Collins Law Enforcement Center. City staff have been trained to use an additional 16 AEDs available to them in public buildings, making a total of 40 devices.

2022 was Myrtle Beach Fire Department's busiest year yet in terms of community outreach, with team members participating in more than 250 events and engaging with more than 160,000 residents and visitors. In 2023, a new Junior Firefighter Academy and CPR Program will further the Fire Department's outreach mission to educate and engage with the Myrtle Beach community.

CF-5

## Code Enforcement

The City of Myrtle Beach tagged 569 abandoned or derelict vehicles on public and private property during calendar year 2021. The vehicles were either inoperable or unregistered. Once tagged, the owner has seven days to remove the vehicle or bring it into compliance (make it operable, with current registration and insurance). The goal is to improve the appearance of commercial and residential neighborhoods by ridding them of such vehicles. Of those tagged last year, 62 vehicles eventually were towed away. Once towed, they may be reclaimed by the owner upon payment of the applicable towing and storage fees. If not claimed within 30 days, the tow company may sell the vehicle and keep the proceeds as compensation.

## Library

Chapin Memorial Library celebrated its 74th anniversary on June 1, 2023. A public library originally opened in 1939 on North Kings Highway in the old Chamber of Commerce building, which was unused at the time. That library started with 501 books. During World War II, the library moved to the Chapin Company building as part of the government recreation program for soldiers stationed at the Myrtle Beach Army Air Field. The library returned to the Chamber building following the war, but relocated in May 1947 to the old USO building in the 1200 block of North Ocean Boulevard, before briefly moving back to the Chapin Company. In August 1948, the Chapin Foundation provided $40,000 for a library building on city parkland and $2,000 more for landscaping. The city's Chapin Memorial Library opened June 1, 1949, in its current location and has been expanded four times. It's the only city-owned library in the state.

Chapin Memorial Library offers free library cards to city residents and U.S. military members or veterans. Plus, library cards are free to residents of Horry County, as well as residents of Darlington, Dillon, Georgetown, Marion, Marlboro and Sumter Counties, which are part of the Palmetto Overdrive Consortium. Non-city residents of any of the above locations are welcome to a 90-day library card for $8, or a yearly library card for just $20. Chapin Memorial Library patrons receive a running tab on their savings each time they check out a book from the library. The savings in this case is the retail cost of the book had it been purchased at a bookstore, instead of borrowing it from the library. One local family that makes good use of Chapin Memorial Library saved more than $17,000 in 2023 by checking out books instead of purchasing them.

Nearly 20,000 people have a Chapin Memorial Library card. City residents (and city staff) are the largest group of card-holders at 8,199, followed by 5,752 card-carrying Horry County residents (anyone in Horry County who doesn't live inside the City of Myrtle Beach). Here are the remaining numbers:  192 non-resident city property owners; 129 Canadian and international card-holders; 637 South Carolina residents outside of Horry County; 1,995 U.S. residents outside of South Carolina; and, 3,044 library patrons with digital school cards.  "Cards" includes full-service library cards, as well as digital and computer-access cards.

## Convention Center

The Myrtle Beach Convention Center was built in 1967 and has been expanded three times. The building, 2101 North Oak Street, functioned as a civic center until 1976, when it was expanded to add more than 55,000 square feet to accommodate a growing need for convention space. It was

expanded again in 1994 to add an extra 100,000 square feet of exhibit hall space.  Its most recent expansion, completed in 2003, included a 400-room Sheraton hotel, parking garage and special events plaza.

## Schools

In addition to three religious-based private schools, Myrtle Beach is home to a cluster of public Horry County Schools that shares recreational facilities with the City:

| | |
|---|---|
| Myrtle Beach Primary School | Myrtle Beach Intermediary School |
| Myrtle Beach Elementary School | Myrtle Beach High School |
| Myrtle Beach Middle School* | Myrtle Beach Continuing Education Center |

* This energy positive school features thermal energy storage, centralized geothermal HVAC, solar panels, LED lighting, natural daylight, enhanced building HVAC automation, and indoor air quality monitoring to produce more energy than it consumes.

## Parks and Recreation

The City of Myrtle Beach's Parks Division maintains 653 acres of recreational greenspace year-round for residents and visitors to enjoy.  The acreage includes 144 city-owned beach access points, nearly 50 parks, 20 playgrounds, three dog parks, a disc golf course and 47 miles of bicycle, pedestrian and multiuse pathways and trails.  In 2023 several parks will receive enhancements, such as restroom facilities, new playground equipment and a splash pad.

City of Myrtle Beach recreation staff are CPR-certified.  Aquatics team members are qualified American Red Cross CPR course instructors and provide training to fellow recreation employees for certification and certificate renewals.  Re-certifications are required on a two-year basis by the American Red Cross.

Hurl Rocks Park on Ocean Boulevard at 20th Avenue South was the city's first oceanfront park, acquired in the 1970s.  The name comes from the unusual, cementitious rock formations that used to be visible on the beach near 21st Avenue South.  Originally, the area was known as Hearl Rocks, referring to the Hearl family that farmed in the Socastee area in the late 1800s.  In 1913, Margaret Ann Klein purchased the property and reportedly changed the spelling to "Hurl" because it more aptly described the wave action against the rocks.  The rock formations have been covered by sand for many years.

Whispering Pines Golf Course celebrated its 60th anniversary in July 2022.  Whispering Pines Golf Course was carved out of the woods under the leadership of Brigadier General Gil Myers, when he became commander of the Myrtle Beach Air Force Base.  The course opened in July 1962 with just nine holes.  A new clubhouse was built in 1985, and nine additional holes were added in 1987, for today's total of 18.  Whispering Pines is on

the former Myrtle Beach Air Force Base and was used exclusively by Air Force personnel until the base closed in 1993. The City of Myrtle Beach acquired it in 1993 from the U.S. Department of the Interior through the Federal Lands to Parks Program. It was the first golf course located on a former military base in the U.S. to be transferred to a local government. Today, Whispering Pines Golf Course is a spectacular gem right in the heart of the City of Myrtle Beach, across from Myrtle Beach International Airport on Harrelson Boulevard.

**Communications and Quality of Life**

The City operates under a Communication Initiative to be open and transparent in deliberations and decision-making, welcome public input and involvement, and remain responsive to our community. Proactive initiatives include:

- "Beachside Chats" hosted by the City's Neighborhood Services Department to openly discuss race and healing.

- "Homebound Delivery" launched by Chapin Library, delivering library items to shut-ins or people with health or physical impairments.

- "Unparalleled Quality of Life Initiative" focusing on three objectives to help residents and businesses achieve their goals: crime reduction, economic development, and neighborhood enrichment. Programs established to attain an unparalleled quality of life include the Quality of Life Court, the Guardian Academy, Community Fire Risk Reduction, No-Questions-Asked Drug Disposal Service, and Gold Cap Ambassadors.

- Responsive to residents' speeding concerns by installing a series of driver feedback signs within the Market Common area to capture traffic data and hopefully improve driver behavior

- The Traffic Engineering team in collaboration with our Fire Department installed traffic preemption devices on a number of traffic signals. Traffic preemption devices improve the quality of life for our residents through enhanced response times of our public safety teams.

- The citywide Watershed-based Stormwater Master Plan involves a community stakeholder engagement element. Creation of the plan assists with improving our Community Rating System (CRS) status. The CRS is a voluntary incentive program through FEMA that recognizes and encourages community floodplain management practices that exceed the minimum requirements of the National Flood Insurance Program (NFIP). Our participation and status provides flood insurance discounts to our residents/business owners within our community.

- The Neighborhood Watch Program was initiated to increase communication, provide information about crimes occurring in specific neighborhoods as well as establish a direct liaison within the police department. The Crime Prevention Officer coordinates the Neighborhood Watch Program and works with community members to facilitate communication among all community members. Currently, the Myrtle Beach Police Department works with over 32 active Neighborhood Watch programs throughout the city.

**Community Facilities and Services Goal: Through sound management and strategic investments, community facilities and services promoting health, safety, and an enhanced quality of life are provided and maintained efficiently, responsively and sustainably.**

**General Government Services and Facilities**

| Objective | Action | Timeframe |
|---|---|---|
| 1. Rebalance revenue allocations. | 1a. Evaluate revenue shortfalls resulting from Covid-19. | *2022* |
| | 1b. Prioritize funds that fell short during the pandemic. | *2022* |
| | 1c. Reformulate revenue allocations accordingly. | *2022* |
| 2. Maintain strong unassigned fund balances. | 2a. Study the effects of Covid-19 on the 2019-2020 and 2020-2021 budgets. | *2022* |
| | 2b. Extract lessons learned to determine necessary "emergency" fund balances; budget accordingly. | *2022* |
| 3. Keep pace with infrastructure maintenance and developer-contributed capital expansion. | 3a. Create and maintain a database of zoning, subdivision, and building plans submitted for review and approval. | *Create:2022* *Maintain: Monthly* |
| | 3b. Calculate trends to determine future needs for expansion and maintenance. | *Annually* |
| | 3c. Budget necessary resources to meet projected needs. | *Annually* |
| 4. Transition from reactive to a proactive needs-based maintenance program. | 4a. Budget for additional staffing and equipment to support growing workloads. | *2022* |
| 5. Develop a plan for renovating or replacing numerous aging city facilities, infrastructure, and technology. | 5a. Evaluate existing conditions and estimate life expectancy of aging infrastructure, technology, and facilities. | *Annually* |
| | 5b. For each, determine the best course of action: renovation or replacement. | *Annually* |
| | 5c. Identify funding sources and budget accordingly. | *Annually* |
| 6. Ensure city buildings have adequate office and meeting space. | 6a. Utilize Pictometry to create floorplans for each city building, complete with room dimensions. | *2023* |
| | 6b. Survey staff to determine current and future needs for office and meeting space. Prioritize Quality of Life in planning for these spaces. | *2024* |

| | | |
|---|---|---|
| | **6c.** Create a plan that meets current and future needs through existing use, reconfiguration, expansion, and building replacement. | *2024* |
| | **6d.** Estimate costs, prioritize improvements, and budget accordingly. | *Annually* |
| **7.** Establish a maintenance plan for non-city owned infrastructure (eg. gateway improvements, corridors and residential neighborhoods). | **7a.** Document above-standard improvements. Establish and maintain a database. | *2022* |
| | **7b.** Identifying any maintenance or funding agreements established at the time of installation. | *2022* |
| | **7c.** Decide if each will be maintained into the future, and if so by whom. | *2023* |
| | **7d.** Draft a maintenance procedure and schedule, including budget, for reference by staff. | *2023* |
| **8.** Provide social and human services, public safety, and health services as disasters impact the community. | **8a.** Work with private and non-profit partners to provide and/or restore basic services needed to sustain the community. | *Within a week of the disaster* |
| | **8b.** Provide support and coordinate unmet needs and other ongoing needs remaining from the response phase. | *Within 6 months of the disaster* |
| **9.** Sustain lifelines and restore infrastructure and private facilities after a community disaster. | **9a.** Facilitate continuity of lifeline utilities and services and infrastructure restoration. | *Within a week of the disaster* |
| | **9b.** Maintain operations related to debris clearance and disposal. | *Within a week of the disaster* |
| **10.** Establish realistic level of service expectations. | **10a.** Determine acceptable response times for issues raised by the public. Establish a standard to be applied across all departments. | *2022* |
| | **10b.** Draft standard operating procedures that prioritize hierarchy levels of response. SOP shall identify specific decision-makers within each department, responsible for prioritizing each request. | *2022* |

| | | |
|---|---|---|
| 11. Accomplish a great deal with limited staff. | 11a. Poll staff to identify unintended inefficiencies in city policies. | *2022* |
| | 11b. Identify ways in which departments can work together to eliminate redundancies. | *2022* |
| | 11c. Compare comp time and overtime policies to the cost of hiring additional employees, and adjust policies accordingly. | *2022* |
| 12. Recruit qualified job candidates. | 12a. Research existing area- and nation-wide salaries and expectations. | *Annually* |
| | 12b. Maintain a current and realistic assessment of moving and local living expenses. | *Annually* |
| | 12c. Work with local realtors to locate housing for potential job candidates. | *Monthly* |
| | 12d. Create and maintain a dossier Describing Myrtle Beach and the benefits of living here. | *Create:2022*<br>*Maintain: Annually* |
| | 12e. Create a marketing campaign touting Myrtle Beach as a great place to live and work, so top candidates seek out Myrtle Beach jobs. | *Create:2022*<br>*Update: Annually* |

## Water and Sewer

| Objective | Action | Timeframe |
|---|---|---|
| 13. Upgrade the infrastructure of the public water distribution and sanitary sewer collection systems. | 13a. Assess the current systems through routine operation and maintenance activities and identify necessary upgrades. | *Annually* |
| | 13b. Budget for operational needs and associated upgrades of capital assets. | *Annually* |
| 14. Plan for required utility relocations associated with redevelopment and major roadway improvement projects. | 14a. Track subdivision and building permit approvals to identify trends. | *Monthly* |
| | 14b. Communicate with regional water system partners (GSWSA and City of North Myrtle Beach) to identify water demand needs and establish standard | *Annually* |

| | operating procedures of water system interconnections. | |
|---|---|---|
| | 14c. Work closely with SCDOT and Horry County in the planning phases of major roadway projects to ensure necessary utility relocations are considered during the engineering/construction phase. Should the City not have prior rights of utilities, estimated values for proposed utility relocation shall be considered within the capital plan. | *Quarterly* |
| | 14d. Identify and budget for needed right-of-way acquisition and utility easements. | *Annually* |
| 15. Evaluate the city's public utility (water distribution and sanitary sewer collection) systems. | 15a. Inventory and evaluate the condition of current infrastructure to identify and prioritize repairs and upgrades based upon the needs of our growing city. | *Annually* |
| | 15b. Determine the optimal balance of in-house crews and contractor services to inventory and evaluate the utility systems and identify the repair/rehabilitative and expansion projects to include within annual operational maintenance activities or the capital improvement plan. | *2026* |
| 16. Assess encroachments (ex. fences, landscaping, and structures) within existing public utility easements and communicate corrective action to mitigate. | 16a. Utilize Pictometery to identify encroachments throughout the city. | *2022* |
| | 16b. Communicate to residents/businesses about how hard and soft encroachments can impede utility operation and maintenance access. | *Quarterly* |
| | 16c. Determine if encroachments were installed without an approved permit issued by the City of Myrtle Beach. | *Monthly* |
| | 16d. Evaluate the impact of each encroachment to the operation of the utility and determine corrective action to be taken by property owner. | *Monthly* |

| | 16e. Communicate with the property owner of required corrective action. | *Monthly* |

**Solid Waste Collection and Disposal**

| Objective | Action | Timeframe |
|---|---|---|
| **17. Anticipate future solid waste collection route adjustments based upon the growth of the city.** | **17a. Track subdivision and building permit approvals to identify trends.** | *Monthly* |
| | **17b. Identify needed route adjustments and resource needs.** | *Monthly* |
| | **17c. Budget for necessary resources.** | *Annually* |
| **18. Plan for enforcement of compliant collection.** | **18a. Provide fee structure for cost of services delivered over and above the standard level of service.** | *2022* |
| | **18b. Track violations and identify problem areas; utilize the Quality of Life Court as necessary.** | *Monthly* |
| | **18c. Use public education hang tags to notify customers and encourage involvement at Neighborhood Watch, HOA/POA meetings, or other public meetings to educate the public on solid waste management issues.** | *2022* |
| | **18d. Consider an in-truck software solution to monitor solid waste service routes and verify service, extras, and compliance issues.** | *2022* |
| | **18e. Budget for resources necessary to educate and enforce.** | *Annually* |
| **19. Plan for infrastructure upgrades and smart technology advancements.** | **19a. Transition from existing compaction units to an open-top solid waste transfer station to afford operational efficiencies gained from the ability to segregate recycling materials, stage multiple waste streams on the tipping floor, and manage multiple trucks.** | *2022* |

| | | |
|---|---|---|
| | 19b. Replace infrastructure that has reached the end of useful life, such as the joint use compactors in 2020 with upgraded units having load sensing technology, solid waste containers along Ocean Blvd in 2022-2023, and plan for future renovations to compactor unit enclosures. | *Annually* |
| | 19c. Budget for resources necessary to educate and enforce. | *Annually* |

### Quality of Life

| Objective | Action | Timeframe |
|---|---|---|
| 20. Train and educate city staff regarding the city's enforcement policies and Quality of Life Court. | 20a. Identify staff who will be directly involved in the program. | *2022* |
| | 20b. Create a uniform training program to insure training across departments is consistent. | *2022* |
| | 20c. Host information sessions for staff not directly involved, so all departments are aware of program details and can communicate accurately and effectively when asked. | *2022* |
| 21. Educate the public regarding the city's enforcement policies and Quality of Life Court. | 21a. Identify key points to be conveyed. | *2022* |
| | 21b. Create a promotional campaign explaining what the program is, why we have the program, how the program may affect members of the public, and how members of the public can help. Instill realistic expectations for the timeframe of noticeable change. | *2022* |
| | 21c. Disseminate information through the Neighborhood Watch program. | *2022* |
| | 21d. Provide a point of contact for questions and concerns. | *2022* |

| | | |
|---|---|---|
| 22. Create and maintain an inventory of aging private buildings and infrastructure. | 22a. Research city and county records to identify, if possible, construction dates for buildings and accompanying infrastructure. | *2023* |
| | 2b. Identify areas of the city in which existing structures are typically older than 25 years. | *2023* |
| | 22c. Create and maintain a database of buildings and infrastructure that do not meet current building and zoning codes. | *Create:2023* *Maintain: Annually* |
| | 22d. As permit and license applications are received, look for opportunities to work with the property owner to bring property improvements up to code. | *Monthly* |
| 23. Address challenges from long time offenders. | 23a. Create and maintain a database of long time offenders, to be used as reference by current and future staff. | *Create:2022* *Maintain: Monthly* |
| | 23b. Utilize diplomatic measures to determine the reasons and possible solutions for noncompliance. | *Monthly* |
| | 23c. Maintain accurate records of offences and communications for use in court if necessary. | *Monthly* |

## Public Safety and Emergency Medical

| Objective | Action | Timeframe |
|---|---|---|
| 24. Replace aging public safety equipment and facilities. | 24a. Analyze existing facilities and equipment to determine adequacy of quantity, condition, and effectiveness. | *2024* |
| | 24b. Apply best and current practices to establish an expansion/replacement plan. | *2024* |
| | 24c. Once needs are assessed, establish a budget, identify funding sources, and establish a schedule. | *2025* |
| 25. Establish the impact of Covid-19 on local crime. | 25a. Study the impact of Covid-19 on the 2020 and 2021 tourism seasons, and identify any correlations to crime rates and types. | *2022* |

| | | |
|---|---|---|
| | 25b. Analyze and project any long-term Covid-19 effects on crime. | *2022* |
| | 25c. Adjust practices for any lasting Covid-19 effects. | *2022* |
| 26. Meet the community's expectations of Public Safety. | 26a. Conduct a Public Safety Visioning Process to discuss issues with community members and stakeholders, to establish clear communications regarding realistic expectations. | *2022* |
| 27. Maintain all required training. | 27a. Establish a clear and concise training schedule for each police officer, dispatcher and records keeper. | *2022* |
| | 27b. Establish a clear and concise training schedule to maintain emergency response team requirements for EMS and ISO certification, and to meet minimum national standards. | *2022* |
| 28. Meet the future public safety needs of the Country's 2nd fastest growing Metropolitan Statistical Area. | 28a. Study geographical and demographic growth data to recognize trends and their effect on local crime. | *2023* |
| | 28b. Calculate projections for increased crime rates, adequate staffing, emergency responses, beach responsibilities, community outreach, and code enforcement; develop a plan meet the public safety needs of projected growth. | *2024* |
| 29. Suppress the opioid epidemic. | 29a. Document and analyze local data related to the illegal opioid trade. | *2022* |
| | 29b. Develop a short-range plan for tackling the immediate problem, and a long-range plan for keeping similar crimes from reoccurring. | *2023* |
| 30. Transact with mental health populations in an effective manner. | 30a. Develop policies specific to situations involving those suffering with mental health issues. | *2022* |
| | 30b. Focus training on the specifics of communicating with, and deescalating dangerous situations involving, those suffering from mental illness. | *2022* |

| Objective | Action | Timeframe |
|---|---|---|
| **31. Transact with homeless populations in an effective manner.** | **31a. Develop policies specific to situations involving homeless people.** | *2022* |
| | **31b. Focus training on the specifics of communicating with, and deescalating dangerous situations involving, the homeless.** | *2022* |
| **32. Recruit and retain the best fire and law enforcement personnel in the country.** | **32a. Determine the factors affecting employment decisions, looking beyond salary and benefits.** | *2022* |
| | **32b. Develop recruitment and retention plans to attract and maintain the best of the best.** | *2023* |
| **33. Prepare for mass casualty incidents.** | **33a. Study mass casualty incidents, looking for commonalities in response across varying incident types.** | *2023* |
| | **33b. Create and implement a general plan for mass casualty response, and specific plan variations for the most likely of incidents.** | *2024* |
| **34. Balance adequate special event staffing with service to the overall community.** | **34a. Study similar communities to determine the standard expected levels of public safety services provided for special events.** | *2023* |
| | **34b. Develop standard policies for level of service, to be applied consistently for tiered event levels.** | *2024* |
| | **34c. Determine the monetary and personnel costs of providing special event services and budget accordingly.** | *2024* |
| **35. Examine the utilization of public safety personnel for non-emergency needs.** | **35a. Research man hours used over the past five years for non-emergency tasks. Calculate associated tangible and intangible costs. Identify inefficiencies.** | *2025* |
| | **35b. Develop a list of alternatives to eliminate inefficiencies.** | *2025* |

## Recreation and Sports Tourism

| Objective | Action | Timeframe |
|---|---|---|

| | | |
|---|---|---|
| **36. Renovate or replace aging equipment and infrastructure in our city parks.** | **36a. Evaluate equipment and infrastructure in each park for short- and long-term safety concerns.** | *2022* |
| | **36b. Create and update a maintenance and replacement schedule.** | *Create:2022* *Update: Annually* |
| | **36c. Project cost estimates (including personnel), identify funding sources, and budget accordingly.** | *Annually* |
| **37. Connect recreational facilities by expanding existing walking and bicycle trails/trail networks, including the East Coast Greenway, the A10 Mountain Bike Trail, and other assets.** | **37a. Update and study the city's Bicycle & Pedestrian Facilities Map and the Parks map to identify opportunities for connecting existing recreational facilities.** | *Annually* |
| | **37b. Identify any engineering obstacles to potential connections.** | *2023* |
| | **37c. Identify opportunities to leverage expansions with private development.** | *Monthly* |
| | **37d. Prioritize, estimate costs and budget accordingly.** | *Annually* |
| **38. Developing 4 additional areas with outdoor basketball courts, volleyball courts, bocce ball, and other free-play activities that are available for open, public use.** | **38a. Identify areas of the city lacking opportunities for free play.** | *2026* |
| | **38b. Identify needed free-play activities for which the city is deficient in facilities.** | *2026* |
| | **38c. Identify specific locations adequate to meet the needs, working with property owners and developers as necessary.** | *2027* |
| | **38d. Estimate costs, identify funding sources, and budget accordingly.** | *2027* |
| | **38e. Design and construct facilities.** | *Design:2028* *Construct:2031* |
| **39. Build a new park consisting of a trail along the unutilized rail from the Train Depot to the Intracoastal Waterway, and a riverwalk-type experience along the Intracoastal Waterway.** | **39a. Work out an arrangement with Horry County for use of their railway.** | *2022* |
| | **39b. Work with the Army Corps of Engineers to design the "Waterwalk."** | *2024* |

| | 39c. Estimate costs and identify funding sources. | *2025* |
|---|---|---|
| | 39d. Design and build. | *2025* |
| **40. Provide balanced access to all facilities, amenities, programs, and services to and across all socio-demographic groups.** | **40a. Utilize the results of the 2019 Myrtle Beach Parks, Recreation, and Sports Tourism Department Need Assessment to identify deficiencies.** | *2022* |
| | **40b. Reach out to underrepresented socio-demographic groups to gain ideas for new programs and facilities.** | *2023* |
| | **40c. Develop and launch a promotional campaign targeting underrepresented socio-demographic groups.** | *2024* |
| **41. Meet customer demand for recreational facilities and field space.** | **41a. Estimate revenue lost due to inadequate facilities.** | *2022* |
| | **41b. Analyze the cost of providing additional facilities vs the revenues lost to maximize the return on future investments.** | *2022* |
| | **41c. Explore the possibility and potential of developing a  football/soccer 15-field complex to include a championship-level field.** | *2026* |
| | **41d. Explore the possibility and potential of developing a 32-tennis-court and 12- dedicated-pickleball-court facility to include a championship/ spectator court.** | *2028* |
| | **41e. Explore the possibility and potential of developing a competitive aquatics complex.** | *2030* |
| | **41f. Explore the possibility and potential of developing an additional rectangle field and warm-up track at Doug Shaw Stadium.** | *2032* |
| | **41g. Explore the possibility and potential of creating a beach sports venue.** | *2034* |

| | | |
|---|---|---|
| **42. Create standard operating procedures for Special Events, in order to be pro-active instead of reactive.** | **42a. Conduct an analysis of special events over the past five years, list all city resources need for each, and tally the dollar and in-kind costs to the city.** | *2022* |
| | **42b. Assess the effects of special events on the community, including the effects of street closures on traffic congestion, increased crowds in concentrated areas, and effect on adjacent businesses.** | *2022* |
| | **42c. Establish and adopt criteria for event approval.** | *2023* |
| | **42d. Adopt a policy establishing basic levels of service to be provided by the city for all special events.** | *2023* |
| | **42e. Draft a fee schedule for special events services offered over and above the basics, with a corresponding staff overtime policy.** | *2023* |

## Library

| Objective | Action | Timeframe |
|---|---|---|
| **43. Provide support for reading, writing, comprehension, evaluation, and ideas across many topics and platforms, including digital, media, health, and early learning literacies.** | **43a. Incorporate whole-child approach to instruction and Every Child Ready to Read early literacy skills.** | *2022* |
| | **43b. Incorporate and promote foundational literacy skills across all age groups.** | *2022* |
| | **43c. Obtain and share emerging technologies to prepare our community for the future.** | *Annually* |
| | **43d. Expand e-book offerings.** | *Annually* |
| | **43e. Empower individuals to use digital tools safely, responsibly, and productively.** | *2023* |
| | **43f. Encourage individuals to obtain and understand general health, nutrition, and wellness information.** | *2022* |
| | **44a. Incorporate programs that reflect our diverse community.** | *Annually* |

| | | |
|---|---|---|
| **44. Build enduring relationships through services and programs that respect, empower, and embrace the community.** | **44b.** Curate a diverse collection to support the interests and demographics of our residents comprising of own voices and reviewed works. | *Annually* |
| | **44c.** Program beyond the library building through expanding mobile services. | *2024* |
| | **44d.** Focus on residential areas of library non-use and improve equitable access to library services. | *2022* |
| | **44e.** Solicit community input to elevate library offerings and fortify relationships. | *2025* |
| **45. Embrace our local history and growing community identity by expanding digital access to archived historical documents, photos, and recorded interviews to preserve for generations to come.** | **45a.** Complete digitization of all historical items in local collection. | *2025* |
| | **45b.** Facilitate the accessibility of the local digital collection from outside the library building through a digital platform with offsite storage. | *2026* |
| **46. Provide youth with resources and opportunities that inspire a thirst for knowledge, spark creativity, celebrate diversity, and encourage active participation in our community.** | **46a.** Provide life skill training for teens. | *Monthly* |
| | **46b.** Expand volunteer opportunities to include empowerment and leadership projects that model excellence to younger children. | *2023* |
| | **46c.** Build lasting relationships with local organizations serving school-age students. Use partner information and resources to formulate and execute impactful programming with intentional outcomes. | *Monthly* |
| **47. Plan a new library facility that includes multi-use spaces that can be used for expanding existing and new programming including recreational, leisure, and lifelong learning offerings and a variety of programs, services, and experiences that support holistic wellness including intellectual, spiritual, social, and occupational development.** | **47a.** Research best practices for providing new programs. | *2023* |
| | **47b.** Estimate facility and staffing needs. | *2023* |
| | **47c.** Estimate costs, identify funding sources, and budget accordingly. | *2024* |

| 48. Plan the repurpose of the existing historic library facility. | 48a. Evaluate the building's potential to provide needed office and meeting space. | *2023* |
| | 48b. Work with Coastal Carolina University to evaluate potential use for a downtown campus. | *2023* |

**Educational Facilities**

| Objective | Action | Timeframe |
|---|---|---|
| 49. Assist Horry County Schools' with their vision to be a premier, world-class school system in which every student acquires an excellent education. | 49a. Establish points of contact at both HCS and the City of Myrtle Beach for matters regarding Myrtle Beach schools. | *2022* |
| | 49b. Work in conjunction with HCS to develop the walkable and bike-able Sea Hawk District. | *2023* |
| 50. Provide city communication platforms to share school district messaging pertinent to Myrtle Beach families. | 50a. Cross-share postings on social media platforms. | *Daily* |
| | 50b. Invite district representatives to present relevant information at broadcasted City Council meetings. | *Quarterly* |
| 51. Establish a Coastal Carolina University Myrtle Beach Campus. | 51a. Provide an opportunity to utilize the historic Broadway Theater and adjacent historic buildings to house the CCU Theater Department in the city's ART District. | *2022* |
| | 51b. Explore opportunities for relocating the CCU Graduate Early Childhood Education facilities, including a public charter school, to the historic Presbyterian Church and Chapin Library building. | *2025* |
| | 51c. Explore opportunities for student housing along the downtown roadways connecting the schools of Theater and Early Childhood Education. | *2027* |

**Communications**

| Objective | Action | Timeframe |
|---|---|---|
| 52. Undertake a 3rd party survey of public opinion on a wide range of topics. | 52a. Draft a scope that includes all topics to be surveyed, target audiences, and clear goals. | *2022* |
| | 52b. Estimate a budget for a third-party consultant and expenses and identify a funding source. | *2022* |
| | 52c. Draft a Request for Proposals and put the project out to bid. | *2023* |
| | 52d. Hire a third-party survey team and assist as needed with survey implementation. | *2024* |
| | 52e. Draft plans of action based on the survey results. | *2025* |
| 53. Upgrade Council Chambers with new video monitors & audio system improvements. | 53a. Research optimal equipment to maximize in-chambers audio and visuals, as well as streaming and broadcast audio and video. | *2022* |
| | 53b. Examine the Chambers for physical and security limitations. | *2022* |
| | 53c. Create a schematic and a budget. Identify a funding source. | *2022* |
| | 53d. Purchase and install equipment. | *2022* |
| | 53e. Train users on new equipment operation and procedures. | *2022* |
| 54. Create, update and maintain content on all media platforms. | 54a. Study various platforms to determine best practices for information dispersal on each, recognizing that best practices evolve over time. | *Annually* |
| | 54b. Create a schedule for drafting and dispersing content. | *2022* |
| | 54c. Monitor each platform to maintain security and integrity. | *Daily* |
| 55. Provide proof-of-performance on city goals and objectives. | 55a. Monitor progress in achieving Comprehensive Plan goals, objectives and strategies. | *Annually* |

| | | |
|---|---|---|
| | 55b. Announce progress on media platforms as it occurs. | *Daily* |
| | 55c. Celebrate accomplishments with ribbon cuttings and parties that involve the entire community. | *Monthly* |
| **56. Illustrate and explain city projects and policies.** | 56a. Remain abreast of projects and new policies. | *Weekly* |
| | 56b. Maintain a current list, with prepared answers regarding the Who, What, When, Where, Why, and How of each. | *Weekly* |
| | 56c. Identify those for which pro-action is beneficial and promote/inform accordingly. | *Weekly* |
| | 56d. Communicate city projects and policies to residents via Neighborhood Watch meetings. | *Monthly* |

## Cultural Resources Element

Unprecedented growth and development has had a tremendous impact on Myrtle Beach's cultural, historic and natural integrity. The City of Myrtle Beach Cultural Resource Committee's mission is to "provided cultural leadership for the City of Myrtle Beach through the development of diverse, community-wide arts and cultural initiatives designed to enrich the lives and experiences of our citizens and visitors."

### Historic Preservation



Once Myrtle Beach was simply beach, swamp and dense forest. In the 1880s a small cluster of homes and businesses were built on the Withers Swash beside Kings Highway. This small village was the core upon which developers built New Town, later to be named Myrtle Beach. Near the end of the 19th century, the Myrtle Beach Farms Company started acquiring property east of the Waccamaw River from the Withers Family. The company recognized the value of the land for expansion of their farming industry and the beachfront to be used as a vacation spot for their employees.

The 1920s was a time of major expansion for Myrtle Beach. Houses and motels were developed along the beachfront and vacation cottages were scattered about the beach. Since the 1920s, expansion has been the major means by which Myrtle Beach has accommodated economic development. Local business people have redeveloped their properties as changes in the accommodations and amusement industries required new and larger facilities. Major disasters including Hurricanes Hazel and Hugo and changes in financing and marketing (such as the designation of Myrtle Beach as a metropolitan area) have provided their own impetus for redevelopment through the years.



As development occurs, the community strives to preserve history in a compatible and utilitarian way. Examples include:
- Swansgate apartments, transformed from the old Carver Training School
- Balsam Place Apartments, converted from the old Pam's Motel
- Charlie's Place, a former motel now housing a small businesses incubator and event space

- **The Myrtle Beach Atlantic Coastline Train Depot, rehabilitated space for civic meetings, weddings, family reunions, community events and more**
- **The Withers Family Indigo Plantation, now Withers Swash Park with trails, views, and interpretive signage**
- **General Robert Reed Recreation Center, Crabtree Gym, Warbird Park and Grand Park, all former Myrtle Beach Air Force Base properties**



Myrtle Beach has several listings on the National Register of Historic Places. The Downtown Historic District, certified in 2019, is recognized as a collection of buildings associated with the development of Myrtle Beach from 1927 to 1975. It includes portions of Main Street, Eighth Avenue North, Ninth Avenue North, North Kings Highway, Broadway Street and North Oak Street. Other National Register listings include the Myrtle Beach Train Depot, Pine Lakes International Country Club and the Myrtle Heights-Oak Park Historic District, which extends between 32nd and 46th Avenues North along Ocean Boulevard. Notably, in 2005, the Myrtle Beach Train Depot received the South Carolina Historic Preservation Honor Award from the S.C. Department of Archives and History.



Currently there are no city regulations in place to mandate historic preservation. As time passes more and more areas and buildings within the city will become eligible for historic preservation incentives as City leadership supports and promotes historic preservation as a positive economic impact priority. As the city works to become a sustainable city what better way to accomplish this goal than preserving our history for future generations.

## Arts

June 2022 marked the 25th anniversary of the Franklin G. Burroughs-Simeon B. Chapin Art Museum. The modern-day Art Museum is the former Springmaid Villa, a large beach house that was moved a considerable distance to its current location on South Ocean Boulevard. The wood-framed structure began life as the house of a textile magnate in the cabana section of Myrtle Beach. Built in 1924 at 5429 North Ocean Boulevard, the original home of Eugene and Emma Cannon was next door to the Ocean Forest Hotel. The Cannons sold the house to Colonel Elliot Springs, a former World War I Ace Fighter Pilot, in the 1940s, and his family renamed

CR-2

it "Springmaid Villa."  The Springs family and Springs Industries' executives enjoyed the home for several decades, until it changed hands again and was slated for demolition in 1975.  Local artist Gaye Fisher, then president of the Waccamaw Arts and Crafts Guild, was determined to resurrect the villa as an art museum and began a campaign to "save Springmaid Villa."  However, re-using the building required relocation.  To move the 150-ton structure, Waccamaw Arts and Crafts Guild member and Myrtle Beach City Councilman Harry Charles and wife Jane organized the three-day relocation using two flatbed trucks.  In the spring of 1984, a team of Myrtle Beach city employees, utility workers and Waccamaw Arts and Crafts Guild members worked side-by-side to make the eight-mile journey south to its new home, an undeveloped property donated by the Myrtle Beach Farms Company.  Fundraising commenced for the newly formed Springmaid Villa Art Museum Corporation, a non-profit organization charged with converting the property into a public art museum.  In June 1997, the 10,000 square foot art museum opened to the public and has been a Myrtle Beach gem for 25 years.  The museum was renamed as the Franklin G. Burroughs-Simeon B. Chapin Art Museum to honor the land donors and Myrtle Beach Farms' co-founders.  In 2001, the City of Myrtle Beach purchased the museum building and now maintains the exterior and grounds, making the museum more financially stable.  In June 2003, the museum began offering free admission for residents and visitors alike.

The city helps to support the arts through the ongoing development of the Arts & Innovation District, special events and festivals, and the allocation of accommodations tax funds to local arts groups and other tourism-oriented organizations.

As tourism is a major part of the Myrtle Beach economy, it is important to note that cultural tourism is a recognized economic driver. Studies reveal that the cultural tourist spends 38% more per day, stays 22% longer than the average traveler, travels more frequently and is more likely to share travel experiences with friends and on social media.



In 2001 City Council established the Cultural Arts Advisory Committee (now the Cultural Resources Committee). The committee serves in an advisory capacity to City Council through the City Manager. Committee accomplishments include:

- Collaboration with the Planning Commission on appropriate elements of the *Comprehensive Plan*.
- Writing a *Cultural Arts Plan* which was incorporated into the *Comprehensive Plan* in 2006
- Drafting an art in public places ordinance, including a mural ordinance
- "Carousel Horses on Parade" fundraiser for the creation of a cultural arts center
- The Mr. Joe White shoe painting contest

- Murals painted on the buildings at the local recreation centers
- The placement of the Mr. Joe White sculpture in the Historic Myrtle Beach Colored School Museum and Education Center
- Creation of the seating wall in Bathsheba Bowens Memorial Park.



The Myrtle Beach Cultural Resources Committee's mission is to "provided cultural leadership for the City of Myrtle Beach through the development of diverse, community-wide arts and cultural initiatives designed to enrich the lives and experiences of our citizens and visitors."

**Music**
In 1951 Songwriter Harrison Elliott wrote a new tune about Myrtle Beach. The sheet music for Elliott's "Myrtle Beach, S.C." was published by The South Carolina Musician in Andrews, S.C. Here's that blast from the past, to be sung *allegretto moderato*!

Myrtle Beach, S.C.
*Words and music by Harrison Elliott*

Come on to Myrtle Beach, S.C.
And swim the ocean blue with me.
Then we'll stroll in the sand
Of the nation's finest strand
Sweetheart, you and me.

And under Carolina skies
By the old Palmetto trees
Where the breezes below
I'll say I love you so
Down in Myrtle Beach, S.C.

Twenty-two years later, the country music group Alabama played for tips as the house band at The Bowery, just off Ocean Boulevard in downtown Myrtle Beach.  The group left Myrtle Beach for Nashville and a major record label contract in 1980.  The name "Alabama" came from a sign used as a backdrop on The Bowery's stage.  In 1997, Alabama released the song "Dancin', Shaggin On the Boulevard" as a tribute, with the song referencing Myrtle Beach's Magic Attic, Peaches Corner, the Sun Fun Festival and more. The song's music video shows footage of Myrtle Beach in the late 1990s.

**Cultural Resources Goal: to ensure our man-made and natural assets of the community will be protected and enhanced to ensure a high quality of life and healthy climate for economic development.**

### Historic Preservation

| Objective | Action | Timeframe |
|---|---|---|
| **1. Use historic preservation to enhance neighborhoods, meet community needs such as affordable housing, business diversification, cultural experiences, and walkability/bicycling.** | **1a. Identify historic properties that can be rehabilitated and reused by the public and private sectors** | *2023* |
| | **1b. Establish an historic preservation program that identifies, preserves, and protects lands, sites and structures that have historical or archaeological significance, based on four guiding principles\*** | *2022* |
| | **1c. Study the need to create historic guidelines for use when reviewing plans in historic areas.** | *2022* |
| | **1d. Document community history and local legends to give people a tangible record of their heritage.** | *2027* |
| | **1e. Explore creative ways to interact with our history such as augmented reality.** | *2022-2031* |
| **2. Market historic preservation as an economic driver for the area.** | **2a. Look to the past to plan for the future.** | *2022-2031* |
| | **2b. Market opportunities on public resources such as Non-Government Organization websites, the City Of Myrtle Beach website and social media outlets.** | *2022-2031* |

|  | 2c. Share resources and opportunities with potential investors and current stakeholders directly. | *2022-2031* |
|---|---|---|
|  | 2d. Explore the economic potential of a historic district of mid-century 2nd and 3rd row properties. | *2023* |
| 3. Establish historic preservation as a tourist attraction. | 3a. Preserve the historic resources in a manner that complements natural attractions to make Myrtle Beach a destination for the history, nature, or eco-tourist. | *2022-2031* |

*Guiding Principles of Historic Preservation:
- When historical and archaeological resources are destroyed, they are gone forever.
- Historic buildings and sites give Myrtle Beach much of its special character and community identity; therefore historic preservation is an important public service and a responsibility of city government.
- Not everything that is old is worth preserving, nor is historic preservation concerned primarily with the creation of museums or other public attractions. To be considered for preservation, a property must be demonstrably significant in history, architecture, or archaeology and it must also be adaptable to modern needs and uses.
- Historic preservation is entirely compatible with economic development. Everyone profits by recycling historically significant buildings and adapting them to new, economically viable uses.

## Arts and Culture

| Objective | Action | Timeframe |
|---|---|---|
| 4. Foster a civic environment where artistic expression and cultural diversity can flourish; where the influence of the arts on the local economy and as a factor in economic development is recognized; and where local government and city leaders legitimize the arts as an essential component of civic support, funding and decision making. | 4a. Create a diverse arts and culture approach to economic development that provides education and cultural enrichment for residents and visitors, recognition of local artists, and regional exposure. | *2022* |
|  | 4b. Create a policy to direct the inclusion of works of art in public works projects of the city and to place art on municipally owned or rented property. | *2024* |
|  | 4c. Create a policy to assess a public art fee or require on-site public art of equal value for eligible new | *2024* |

| | | |
|---|---|---|
| | construction projects. | |
| | 4d. Research and compile funding from various sources to establish a dedicated fund for distribution to local arts and cultural organizations. | *2024* |
| 5. Develop the Arts & Innovation District as an area inclusive to all cultural arts disciplines. | 5a. Research best practices and ideas to incorporate public art within the District. | *2022* |
| | 5b. Analyze opportunities for art and cultural elements within the district. | *2022* |
| | 5c. Define a brand and style for the district to attract like-minded business and visitors. | *2023* |
| | 5d. Study the interest and feasibility of creating satellite studios for established art and cultural organizations like the Art Museum and Brookgreen Gardens. | *2022* |
| 6. Establish cultural centers throughout the city to enrich our community through the promotion of arts, history, religion, and heritage of the diverse cultures that live, invest, and visit here. | 6a. Assess the need, desire and requirements for a one-roof Cultural Center in the heart of Myrtle Beach. | *2024* |
| | 6b. Complete a new Performing Arts Center inside the Downtown Historic Broadway Theater. | *2025* |
| | 6c. Replace the existing Chapin Memorial Library with a modern, expanded state-of the art facility. | *2026* |
| | 6d. Build a Children's museum within the Arts & Innovation District. | *2027* |
| | 6e. Update the Community performing Arts Center at the Myrtle Beach High School Auditorium. | *2025* |
| | 6f. Design and build a new Franklin G. Burroughs & Simeon B. Chapin Art Museum relocated in the heart of the new Arts & Innovation District. | *2031* |
| | 6g. Work with local arts organizations, cultural groups, foreign exchange and work visa programs, and other | *Annually* |

| | appropriate agencies to provide valuable insight for facilities development. | |
|---|---|---|
| **7. Support intergenerational, multi-cultural community arts programs.** | **7a. Enhance day-school arts programs.** | *Annually* |
| | **7b. Enhance after-school, evening, and summer arts programming for children and adults.** | *Annually* |
| | **7c. Work with local arts organizations and appropriate agencies to provide community-wide arts programs.** | *Annually* |
| **8. Provide all residents and visitors, as well as business and industry wishing to locate here, with information concerning the cultural arts.** | **8a. Strengthen the exchange of information and the coordination of activities of the arts organizations.** | *Annually* |
| | **8b. Work with the Coastal Carolina Association of Realtors, the MB International Airport and other public transit, Myrtle Beach Regional Economic Development Corporation, North Eastern Strategic Alliance, the Myrtle Beach Area Chamber of Commerce and media outlets in getting information to newcomers about the arts and culture opportunities available in this community.** | *Weekly* |
| **9. Expand cultural tourism through signature events in the city that promote the arts.** | **9a. Identify existing and potential cultural tourism opportunities in the area.** | *2024* |
| | **9b. Implement a marketing plan to bring visitors to the area that are interested in cultural tourism.** | *Annually* |

## Housing Element

Myrtle Beach is an attractive place to live for a number of reasons. Young professionals, growing families and empty nesters who are drawn to the area's mild weather and beaches set down roots here and enjoy the area's relatively low cost of living.

Since 1990, the average age of the community has continued to increase as the entire Grand Strand region has increasingly become a retiree magnet. With warm ocean breezes and average temperatures that range between 54°F and 75°F, many retirees have in-migrated from New York, Ohio, New Jersey, and West Virginia.

Myrtle Beach has many unique characteristics that influence housing development. These characteristics include:

- Reputation/status as a tourist destination and retirement community.
- A concentration of leisure and hospitality employment.
- Competition for employees within the broader region.
- Land cost/availability.
- Seasonal population flows.
- The size of the second home market.

### Household and Family Status

Household status is a primary indicator of social and economic conditions in the community. Occupancy is a concern since crowded housing conditions can cause community disruption.

- There were more than 13,000 households in Myrtle Beach in 2019.
- 55.6% of Myrtle Beach households are families, with an average family size of 2.36.
- 44.4% of Myrtle Beach households are nonfamily households.
- 45.7% of the households include individuals aged 60 or older.
- 19.6% of the households in Myrtle Beach have children under 18 years of age.
- A single female heads 10.2% of households in the City with no spouse present.

Homeownership rates have declined sharply among younger households:

- Homeownership rate among households headed by someone aged 25-34 is 20.30%.
- Homeownership rate among households headed by someone aged 65+ is 81.70%.

H-1

**Housing Type**

During the fiscal year ending June 30, 2021 the city permitted:

- $188,816,267 worth of residential construction
- 635 new single-family residences
- 11 manufactured homes

The highest growth in the City's housing stock over the past ten years is single-family detached homes and multi-family buildings (20+ unit buildings).

- 32.9% of housing units are single-family detached homes
- 30% of occupied units are in multi-family buildings of 20+ units
- 23.3% of occupied units are in multi-family buildings of 3-19 units

**Housing Occupancy and Affordability**

Myrtle Beach's housing market is irregular as many units are occupied on a seasonal basis:

- 4224 units occupied seasonally.
- 25,020 units occupied year-round.

The standard measurement of housing affordability is to compare household income to housing costs- no more than 30 percent of gross income should be spent on housing costs.

- An estimated 5,531 Myrtle beach households (40%) spend >30% of household income on housing costs
- An estimated 2,805 households (20.3%) spend >45% of household income on housing + transportation costs

Compared to the surrounding communities in Horry County, the City of Myrtle Beach has the highest home sale prices.

- $297,000 = median sales price (June 2021) for a single-family home on the Grand Strand
- 22% increase in single-family home prices June 2021/June 2020
- $175,000 = average sales price (June 2021) for a condominium on the Grand Strand
- 21% increase in condominium prices June 2021/June 2020
- 65% of single-family detached homes in Myrtle Beach list for $400,000 or more.
- 3% of single-family detached homes in Myrtle Beach list for less than $200,000.

The average full-time worker in Myrtle Beach can feasibly purchase a home priced at no more than $200,000.

The community has experienced a fairly significant hollowing out of middle-income households, which has important implications for housing. Higher-income households can put upward pressure on prices and rent, placing housing further out of reach for those with more modest incomes. There is widespread interest in seeing the housing needs of workers in several vital occupations met, including those in the education, entry-level/blue-collar, and service-oriented fields.

## Applicable Terms

Affordable Housing - any housing that serves families that are at or below 60 percent of median income.  Usually 0 to 60 percent; it is often a class defined specifically by local municipalities and most government programs as being in need of affordable housing. True affordable housing is for residents who are dependent on the government for subsidies to stay sheltered.

Workforce Housing - is between 61 percent and some upper figure; essentially middle-earners who are not dependent on government-subsidized rents. In some marketplaces like this may be 120 or 150 or 180 percent of median income. However, in most cases, roughly 80 to 120 percent would be considered to be the moderate income space associated with workforce housing. Workhouse housing simply refers to any housing that sits between high-end and affordable housing, typically designed for middle income workers. It is meant to "Fill the Gap" between the government housing system and the free market, to provide for workers who make enough to be disqualified from government assistance, but not enough to afford much of the new construction going up in areas across the US. Developing in this space comes with substantially fewer regulations when compared to government-sponsored affordable housing. As a developer, the tenant base will also be larger when working in the workforce housing sector. True affordable housing tenants are limited by the amount of government assistance available; with workforce housing a developer is only constrained by market demand.

Section 8 Housing- The Section 8 program provides a voucher to a family in the same way that most housing authorities issue vouchers. A government program; HUD program that allocates vouchers through the local housing authority and whatever market that project is in or where the tenant may want to live.

## Regulations, Incentives, and Programs

Myrtle Beach City Council amended the financial incentives available for specific new investment and redevelopment projects in designated areas to encourage further economic activity. Areas designated as redevelopment targets for these investments and the resulting vouchers include the area from Kings Highway to Ocean Boulevard, from 29th Avenue North to the southern intersection of Ocean Boulevard and Kings Highway, and the new Arts & Innovation District. Workforce housing is described as an opportunity for eligible project types.

Habitat for Humanity of Horry County is currently adopting plans and collaborating with developers to create mixed-use and single-family properties. The plans' outline includes homes below the range of $200,000 and rent at $875 or less. The incentives require the head of household to work inside the city limits.

The Housing Authority of Myrtle Beach (MBHA) and the East Carolina Housing Organization (ECHO aim to help those in the community find attainable housing opportunities and become self-sufficient. MBHA offers the following programs:

- Housing Choice Voucher Program (HCV)
- Veterans Affairs Supportive Housing (VASH)
- Family Self-Sufficiency Program (FSS)
- Homeless programs such as Continuum of Care.

ECHO offers:

- Transitional housing
- Long-term and short-term housing programs (in partnership HUD)

**Housing Goal: Housing is sustainable, attainable, diverse, and meets a broad range of consumer needs, including those in the education, entry-level/blue-collar, and service-oriented occupations.**

| Objective | Action | Timeframe |
|---|---|---|
| 1. Increase the housing supply utilizing objective criteria that will equitably distribute housing units across the city to meet future housing demand. | 1a. Identify the obstacles to high-density housing development. | *2022* |
| | 1b. Study the costs and benefits of housing at various density levels. | *2022* |
| | 1c. Incentivize new market rate apartments in downtown. | *2022* |
| | 1d. Remove obstacles and provide incentives for housing development at optimal density levels. Consider using city land, assets, private partnerships and the affordable housing fund. | *Annually* |
| | 1e. Plan accordingly for traffic generated by multi-family dwellings. | *2023* |
| 2. House individuals and families of all income levels. | 2a. Increase the supply of rental housing with rents of $875 or less to meet the needs of our service workforce. | *2028* |

| | | |
|---|---|---|
| | 2b. Increase the supply of "for sale" housing priced below $200,000 to meet the needs of our moderate-income workforce. | *2028* |
| | 2c. Develop a J-1 Student housing strategy. | *2022* |
| | 2d. Research and develop an employer-based housing program, by which employers provide attainable housing for their employees. | *2022* |
| | 2e. Plan for housing that allows residents to comfortably age in place. | *2028* |
| **3. Stabilize and improve historic neighborhoods in a prideful manner.** | 3a. Support Habitat for Humanity Neighborhood Revitalization efforts. | *2022* |
| | 3b. Consider a range of tools that are available through the state statutes to improve the basic living conditions or rental units through a set of minimum standards in areas where the age of the structure and/or substandard living conditions have been identified. | *2022* |
| | 3c. Explore the establishment of a Land Bank and a Community Land Trust (CLT) for center city low and moderate income neighborhoods. | *2023* |
| | 3d. Create and promote additional rehabilitation of low and moderate income housing through low-interest loans and grants. | *2024* |
| **4. Protect and preserved all neighborhoods, keeping them safe, secure, and aesthetically pleasing, with well-maintained supporting facilities and with convenient connections to nearby, supporting land uses.** | 4a. Make sustainability a priority when planning and revitalizing neighborhoods. | *2022* |
| | 4b. Protect and preserve neighborhoods from disruptive intrusions so that they remain vital parts of the city. | *Monthly* |
| | 4c. Establish neighborhood gateways into residential areas that would help identify the neighborhood. | *2028* |
| **5. Provide and/or ensure quality housing after a community disaster.** | 5a. Ensure residents can continue living in settings which are safe, sanitary, and secure. | *Within a week of the disaster* |
| | 5b. Ensure residents can continue living in settings which are attainable at levels comparable to resident's pre-disaster housing. | *Within 6 months of the disaster* |

| | **5c. Ensure residents can continue living in settings which are integrated with the rest of the community.** | ***Within 6 months of the disaster*** |
|---|---|---|
| | **5d. Ensure residents can continue living in settings which are accessible to public services and transportation.** | ***Within 6 months of the disaster*** |
| | **5e. Ensure residents can continue living in settings which are compliant with applicable regulations and standards.** | ***Within 6 months of the disaster*** |

## Resilience Element

The City of Myrtle Beach has been impacted by many hazards in our history. Resiliency explores the impacts of flooding or high water, and natural hazards on individuals, communities, institutions, businesses, economic development, public infrastructure and facilities, and public health, safety and welfare. An inventory of existing resiliency conditions, promotes resilient planning, design, and development, and is in coordination with adjacent and relevant jurisdictions and agencies. The current state of the City's resiliency is addressed and explores potential programs, policies, and projects that would increase our resiliency.

The City of Myrtle Beach's Emergency Management Division is one of 6,000 organizations to be nationally recognized as a "Weather Ambassador" by the National Weather Service (NWS). The Weather-Ready Nation Ambassadors™ program fosters communication and collaborations among non-profit, academic, private and government organizations so that our nation's communities are ready, responsive and resilient.

Repetitive natural hazards and their risk association in Myrtle Beach are as follows:

| High Risk | Flood, Wind, Tropical Storm/Hurricane |
|---|---|
| Moderate Risk | Ice Storm, Northeaster, Sea Level Rise, Erosion, Hail Storm, Tornado, Wildfire, Pandemic |
| Low Risk | Earthquake, Tidal Wave/Tsunami, Landslide, Sinkhole, Drought |

## Impacts of Flooding/High Water

*Myrtle Beach:* Located between the Intracoastal Waterway and Atlantic Ocean, floods take on multiple forms in the city limits. Floods have occurred from tidal sources (high tides, hurricanes, storm surge), swash areas (water comes from both tides and inland runoff), the Atlantic Intracoastal Waterway, and from rainwater ponding or street flooding in low-lying areas.

In 2022 the City of Myrtle Beach won renewal of its Class Five CRS Rating as part of the National Flood Insurance Program (NFIP). That means savings for Myrtle Beach property owners. CRS stands for Community Rating System, a Federal Emergency Management Agency (FEMA) program. For Myrtle Beach properties in a flood zone, the Class Five rating provides a 25% discount on flood insurance premiums. For properties inside the city but outside of a flood zone, a Class Five provides a 10% discount on flood insurance premiums. The discount is automatically granted to those with flood insurance in the city limits. Owners' savings are a tangible result of staff's efforts to protect lives and reduce property damage. The city team accomplished the renewed rating through a point system during a three-year verification cycle.

In addition, the City of Myrtle Beach has received the National Weather Service's StormReady and TsunamiReady certifications. The city organization first received the StormReady designation in 2003 and the TsunamiReady designation in 2006. The current certifications are good through August 2026.

As of 2021, the City of Myrtle Beach is projected to allocate $75 million to enhance its stormwater systems throughout the next several years. To keep track with development and update its existing infrastructure, the City's Capital Improvement Plan allots $30 million each for outfall maintenance and stormwater planning & maintenance.

*Individuals:*     Property Damage, Traffic Crashes, Entrapment, Infrastructure Damage, Flood Insurance Claims, "Repetitive Loss" properties

*Institutions, Business & Economic Development:*

Lack of affordable housing in the city results in a majority of employees commuting to work, crossing bodies of water in the process. In the aftermath of recent hurricanes, riverine flooding has impacted operations by stranding workers who were unable get into the city over flooded routes.

*Public Infrastructure, Facilities, Safety and Welfare:*

Myrtle Beach's critical facilities are located out of a regulatory flood zone, with the exception of Fire Station #2. Flooding has not been an issue in public facilities, but public infrastructure floods regularly, often as a form of design.

The high number of road closures due to rainfall flooding in the 20th century, has led to new design standards that avoid roadway flooding, such as inverted crown roadways.

**Other Local Impacts of Natural Disasters**

- Saturated root systems in collaboration with strong winds topple trees.
- Windborne debris causes personal injury and property damage.
- Icy tree limbs cause property and infrastructure damage.
- Icy road conditions cause unskilled drivers to crash.
- Excessive high temperatures lead to heat stress, exhaustion, hyperthermia, and stroke.
- Collapsed overhead power lines result in extended power outages.
- Panic and infrastructure damage impacts availability of goods and services.
- Workplace closures and job loss lead to rent and mortgage arrears and increased foreclosures.
- School closures impact education and family care.
- Labor costs to prepare city facilities prior to the inherent hazard and refurnishing the facilities during the aftermath.
- Recurring expenses increased in the wake of a storm include beach cleaning and grooming, debris management and collection, neighborhood policing, and utility repair.
- Economic impact of evacuated tourists, stay-at-home orders, and cancelled events.

**Inventory of Resiliency Conditions by Lifeline**

Community lifelines allow emergency managers to quickly characterize the incident and identify the root causes of priority issue areas, and distinguish the highest priorities and most complex issues from other incident information. The following lifelines were adopted through the National Response Framework in 2019, and consist of the following components:

| | | |
|---|---|---|
| Safety and Security | Energy | Hazardous Materials |
| Food, Water, Shelter | Communications | |
| Health and Medical | Transportation | |

| Myrtle Beach Program, Policy or Plan | Hazard Addressed | FEMA Community Lifeline Components |
|---|---|---|
| 5G cell infrastructure | All | *Safety & Security*<br>*Communications* |
| City-owned ambulances and partnership with County in Rescue Squads | All | *Safety & Security*<br>*Health & Medical* |
| Horry Georgetown Technical College Culinary Institute | All | *Food, Water, Shelter*<br>*Communications* |
| Underground Fiber network connecting City buildings | All | *Safety & Security*<br>*Communications* |
| Water delivery system | All | *Safety & Security*<br>*Food, Water, Shelter*<br>*Health & Medical* |
| Water treatment plant | All | *Safety & Security*<br>*Food, Water, Shelter*<br>*Health & Medical* |
| Building codes | Earthquake | *Safety & Security*<br>*Food, Water, Shelter* |
| Regional USAR teams | Earthquake | *Safety & Security* |
| Erosion control measures on Withers Swash Tributaries | Erosion | *Safety & Security* |
| Policies to protect dunes (stay off of them) | Erosion | *Safety & Security* |
| Renourishment | Erosion | *Safety & Security* |
| Sea oat planting projects | Erosion | *Safety & Security* |
| Three ocean outfall structures that each take 8-12 pipes off the beach | Erosion | *Health & Medical* |
| Bond rating good enough to help us raise money after an event | Financial | *Safety & Security* |

| | | |
|---|---|---|
| Reserve funds | Financial | *Safety & Security* |
| Fire codes for structures | Fire | *Safety & Security*<br>*Food, Water, Shelter* |
| Incident Action Plan framework in place for storm/disaster | Fire | *Safety & Security* |
| ISO 1 (Fire) | Fire | *Safety & Security* |
| Strong public outreach | Fire | *Safety & Security*<br>*Public Outreach* |
| Training | Fire | *Safety & Security* |
| "Tsunami-Ready" Community | Flood | *Safety & Security* |
| CFM training in multiple departments | Flood | *Safety & Security* |
| CRS program participation | Flood | *Safety & Security*<br>*Health & Medical*<br>*Communications*<br>*Transportation* |
| Freeboard (3 ft above BFE) | Flood | *Safety & Security*<br>*Health & Medical*<br>*Communications*<br>*Transportation* |
| ISO Class 5 (Floodplain) | Flood | *Safety & Security*<br>*Health & Medical*<br>*Communications*<br>*Transportation* |
| Non-conversion agreement | Flood | *Safety & Security*<br>*Food, Water, Shelter* |
| Ocean Rescue/Water Rescue Teams | Flood | *Safety & Security* |
| Open space at the frontal dune line owned by the city | Flood | *Safety & Security*<br>*Food, Water, Shelter* |
| Post-construction inspections of private stormwater systems to ensure they're working | Flood | *Safety & Security*<br>*Health & Medical* |
| Routine maintenance on the city's drainage structures | Flood | *Safety & Security*<br>*Health & Medical* |
| Stormwater goals from 2001 bond met | Flood | *Safety & Security* |

| | | |
|---|---|---|
| **Stormwater master plan in progress; Phase 1 complete** | **Flood** | *Safety & Security* |
| **HAZMAT team** | **Hazardous Materials/WMD** | *Safety & Security*<br>*Hazardous Materials* |
| **Regional WMD team** | **Hazardous Materials/WMD** | *Safety & Security*<br>*Hazardous Materials* |
| **"Storm-Ready" Community** | **Hurricane** | *Safety & Security*<br>*Food, Water, Shelter*<br>*Communications* |
| **BCEGs Class 3** | **Hurricane** | *Safety & Security* |
| **Building codes** | **Hurricane** | *Safety & Security*<br>*Food, Water, Shelter* |
| **Evacuation routes** | **Hurricane** | *Safety & Security*<br>*Transportation* |
| **Schools certified as shelters for Category 1 hurricanes** | **Hurricane** | *Safety & Security*<br>*Food, Water, Shelter* |
| **Solar Farm, S Kings Hwy** | **Hurricane** | *Safety & Security*<br>*Energy (Power & Fuel)* |
| **Strong public outreach via social media** | **Hurricane** | *Safety & Security*<br>*Communications* |
| **Underground utilities** | **Hurricane** | *Safety & Security*<br>*Energy (Power & Fuel)* |
| **Warning system – HyperReach** | **Hurricane** | *Safety & Security*<br>*Communications* |
| **Weather radios in hotels** | **Hurricane** | *Safety & Security*<br>*Communications* |
| **Facilities able to host/house mass vaccination clinics** | **Pandemic** | *Safety & Security*<br>*Health & Medical* |
| **Firefighters trained to vaccinate** | **Pandemic** | *Safety & Security*<br>*Health & Medical* |
| **Level I Trauma Center (Adult)** | **Pandemic** | *Safety & Security*<br>*Health & Medical* |
| **Level II Trauma Center (Pediatric)** | **Pandemic** | *Safety & Security* |

| | | *Health & Medical* |
|---|---|---|
| **Mask ordinances** | **Pandemic** | *Safety & Security* <br> *Health & Medical* |
| **Multiple departments trained in keeping FEMA records** | **Pandemic** | *Safety & Security* <br> *Health & Medical* |
| **Procurement proficient in finding resources** | **Pandemic** | *Safety & Security* <br> *Health & Medical* |
| **Strong public outreach** | **Pandemic** | *Safety & Security* <br> *Health & Medical* <br> *Communications* |
| **Dunes maintained** | **Storm Surge** | *Safety & Security* <br> *Food, Water, Shelter* |
| **Mosquito spraying, May - Oct annually** | **Pandemic** | *Health & Medical* |
| **Mosquito spraying after floods** | **Pandemic** | *Health & Medical* |
| **Mosquito trapping for DHEC to identify potential parasites, diseases** | **Pandemic** | *Health & Medical* |
| **Beach water sampling every week, annually** | **Pandemic** | *Health & Medical* <br> *Hazardous Materials* |
| **Clear, visible safety signage at every public beach access** | **All** | *Safety & Security* <br> *Health & Medical* <br> *Communications* |
| **Expanded capacity for the transfer station** | **All** | *Safety & Security* <br> *Health & Medical* |
| **Cleaning of 48 beach stormwater pipes, 3x per week** | **Pandemic** | *Safety & Security* <br> *Health & Medical* <br> *Hazardous Materials* |
| **Debris management plan in place** | **Hurricane** | *Safety & Security* <br> *Health & Medical* <br> *Communications* <br> *Transportation* <br> *Hazardous Materials* |
| **Sand fencing** | **Erosion** | *Safety & Security* |

| | | |
|---|---|---|
| Swift-water rescue team | **Flood** | *Safety & Security* |
| **Street sweeping done every week to keep debris, trash out of stormwater system** | **Flood** | *Safety & Security* *Transportation* |
| **Street sweeping done every day in the Boardwalk area to keep debris, trash out of stormwater system** | **Flood** | *Safety & Security* *Transportation* |

**Resilience Goal: Myrtle Beach will prioritize resiliency in all city plans, policies, actions, and regulations.**

| Objective | Action | Timeframe |
|---|---|---|
| **1. Ensure that all departments are aware of the risks from natural disasters, and have a departmental plan for operating after an event.** | **1a. Invite an outside training partner to bring a community resilience course to the city.** | *2023* |
| | **1b. Make resiliency a key component of team building efforts. Instill and maintain an "all hands on deck" camaraderie in times of disaster.** | *2025* |
| | **1c. Cross-train employees to do multiple jobs when the time comes.** | *2025* |
| | **1d. Make every city vehicle a potential response vehicle. Ensure they all have a first aid kit, a roll of tape to mark off an area, small traffic cones, a portable power source, phone chargers, and potable water.** | *2024* |
| | **1e. Train all employees in incident command principles, with annual updates on new practices and procedures. Have an annual disaster simulation event to evaluate procedures and analyze unexpected results.** | *2025* |
| **2. Prioritize policies that place safety and resiliency first.** | **2a. Make resiliency the focus of comprehensive plan edits. Review each element with the goal of finding ways to replace "sustainable" with "resilient."** | *Annually* |
| | **2b. Implement Crime Prevention Through Environmental Design (CPTED) policies.** | *2022* |
| | **2c. Implement resiliency development standards for properties on the oceanfront.** | *2025* |
| | **2d. Develop and implement a plan to return the city's ISO Building Code Effectiveness Grading Schedule (BCEGS) rating to Class 2/2.** | *2025* |

**Res-7**

|  | 2e. Develop and implement a plan to increase the National Flood Insurance Program Community Rating System (CRS) rating to Class 4. | *2025* |
|  | 2f. Create a cross-departmental Parks Safety Team to develop and implement a Parks and Open Space Activation Plan for safe and effective outdoor gathering during events in which indoor assembly is unsafe. | *2024* |
|  | 2g. Implement cooling stations near outdoor activity centers to help keep residents safe from heat impacts. | *2025* |
|  | 2h. Develop and implement a plan for encouraging low-impact design (LID) and green infrastructure. | *2026* |
|  | 2i. Incrementally relocate all utilities underground. | *Annually* |
|  | 2j. Inventory private stormwater and drainage systems, and ensure each is in control of a central ownership group. | *2028* |
| 3. Increase the city's financial resiliency. | 3a. Maintain sufficient financial reserves. | *Annually* |
|  | 3b. Create and communicate a clear emergency financial maintenance and austerity plan. | *2022* |
|  | 3c. Identify the true cost of single family housing to the city. | *2022* |

**Disaster Recovery Goal: Rebuild and redevelop in a manner that addresses resiliency, sustainability, and greater prosperity to secure the city's long-term success.**

| Objective | Action | Timeframe |
|---|---|---|
| 4. Be Proactive and Prepared. | 4a. Establish and maintain an inventory of critical capabilities, assets, and resources. | *Annually* |
|  | 4b. Identify appropriate legal authorities, triggers, and safeguards such that critical governmental and non-governmental functions and activities can be executed with maximum efficiency. | *2022* |
|  | 4c. Educate elected officials and policy makers on priorities and decision-making processes which support transparent and credible allocation of resources. | *Annually* |
|  | 4d. Establish relationships with public and private stakeholders who are key to the recovery process. | *Monthly* |

**Res-8**

| | | |
|---|---|---|
| | **4e. Establish and maintain an understanding of state and federal recovery funding resources.** | *Monthly* |
| | **4f. Pre-identify resources, providers, and restoration and reconstruction priorities.** | *Annually* |
| | **4g. Identify codes and ordinances relevant to recovery and uncover gaps and needs.** | *2022* |
| **5. Coordinate with Other Local Areas.** | **5a. Ensure the city is coordinating with local areas and recovery planning is synchronized. The city will support planning efforts in surrounding areas.** | *Annually* |
| **6. Establish and Maintain the City's Leadership Role.** | **6a. Define and execute recovery.** | *Define: 2022 Execute: As Disaster Strikes* |
| | **6b. Establish the City's leadership role in such a way it can integrate into federal, state, county, local, and regional recovery efforts and access external funding streams.** | *Annually* |
| **7. Leverage Existing Relationships with Private and Non-profit Partners.** | **7a. Provide leadership and participate to match needs to providers and to reduce resource overlaps and gaps.** | *Monthly* |
| **8. Promote Legitimacy and Credibility.** | **8a. Implement post-disaster recovery characterized by transparency, community participation, and intense stakeholder outreach and involvement.** | *During and immediately following a disaster* |
| **9. Focus on Fairness.** | **9a. Fairly and transparently resolve competing legitimate interests among diverse community organizations and economic drivers.** | *Monthly* |
| **10. Build on Existing Plans and Asset Prioritization.** | **10a. Base pre- and post-disaster decision making on existing deliberative plans and policies.** | *Annually* |
| **11. Provide Effective Command and Coordination.** | **11a. Utilize The Myrtle Beach Disaster Recovery Plan to guide the establishment and continuity of coordinated, effective, flexible, scalable, and responsive command and coordination.** | *Monthly* |
| **12. Maximize Funding Opportunities.** | **12a. Leverage state and federal recovery technical and financial assistance.** | *Annually* |
| | **12b. Identify and pursue additional sources of recovery funding and financing.** | *Monthly* |

| 13. Communicate recovery efforts effectively. | 13a. Communicate useful, practical, relevant, accurate, and timely information regarding services and resources to impacted communities and residents. | *Immediately after disaster strikes* |
| | 13b. Coordinate public communication locally and with the state and federal government. | *Immediately after disaster strikes* |

## Priority Investment Element

The City's capital improvements plan is a schedule for the financing and construction of physical assets such as buildings, streets, sewers, and recreation facilities. The plan extends over a 10 year planning period indicating the beginning and ending date of each project, the amount to be expended in each year, the methods of financing those expenditures and the anticipated operating costs that will be associated with them. The City defines a capital improvements project as a project to acquire or construct an asset generally with a value exceeding $25,000 and an expected life of 10 years or more. Capital improvement project appropriations continue in effect for the life of the project. It is characteristic that these projects span several years due to the scope of work being performed.

Virtually any new capital investment will require staffing, materials, power and other services if it is to serve its purpose to the community. Some capital projects will generate revenues to the City and will help to promote the community's general economic health and well-being, as well as enhance its quality of life. While it is difficult to quantify the exact costs of future operations and maintenance of a project, most can be estimated with reasonable accuracy based upon experience.

### Analysis of Projected Federal, State and Local Funds

Below is an inventory of available funding opportunities that have been used by the City of Myrtle Beach (*) or could be made available in the future.

- An *ad valorem tax, a tax per unit of property value, is levied upon all real property and certain classes of tangible personal property as that property is assessed and equalized for State and County purposes for any tax year. As a matter of local policy, only current taxes are used to meet recurring operating expenditures. Because of the difficulty in predicting when prior year delinquencies might become available, these delinquent taxes and penalties are used to support the Capital Projects Fund.
- A *building permit fee charged for a written warrant or license issued by a local building official that authorizes the construction or renovation of a building or structure at a specified location.
- The State imposes a *5 percent admissions tax on all places of amusement when an admission price has been charged. SC Code § 12-21-6510-6590 allows for municipal designation of an Admissions Tax District when a major tourism and recreation facility meets the minimum investment requirement of the State statute. Upon designation of the district, one-fourth of the license tax on admissions collected by the State is paid to the City and one-fourth is paid to a special State fund. Funds held by the State fund are distributed as infrastructure development grants to be used for additional infrastructure improvements within and serving the established district.

- Vendors of alcoholic beverages may purchase licenses from the State to allow them to sell alcoholic beverages on Sundays. A portion of the proceeds of these license fees collected from licensees, known as the ***Sunday Liquor Sale Revenue**, located inside the City is paid back to the City and may be used for purposes generally restricted to capital projects.

- The unappropriated and undesignated balance of the Capital Projects Fund may grow over time as a result of revenues coming in over estimates or expenditures coming in under budget. When unappropriated and undesignated ***Fund Balance** levels exceed that which is necessary for working capital purposes, the City Manager may recommend using the excess to fund new projects.

- ***Private participation** occurs on some occasions when the City will construct items of public infrastructure that benefit certain residential neighborhoods or commercial establishments. In many such instances, the financing consists of a combination of City funds and private funds contributed, on some matching basis, by the property owner or developer.

- The City levies a tax of one percent on all receipts from the rental of transient accommodation units, prepared foods and beverages and admissions charges in the City. Proceeds of this levy, known as the ***hospitality fee**, are restricted for use in the acquisition or construction of assets that support the City's tourism economy, either by direct expenditure or by the leveraging of debt.

- A ***local option tourism development fee** of one percent on all taxable sales may be used for out-of-market advertising. An amount equal to four percent must be used for property tax relief for primary residents of the city and an additional 16 percent may be used for either property tax relief or for capital projects related to tourism infrastructure.

- A ***local accommodations tax** of 0.5 percent is levied on all receipts from the rental of transient accommodation units in the city. Proceeds of this levy are restricted for use to the acquisition or construction of assets that support the city's tourism economy.

- A **transfer of development rights (TDR)** occurs when the City designates "Sending Areas" where the city desires more conservation, and "Receiving Areas" to establish the areas where the community desires more development. The property owners in the sending areas are allocated a number of development credits which can be sold to developers wishing to build in the receiving area. In return for selling their development credits, the landowner in the sending area agrees to place a permanent conservation easement on their land. The purchaser applies the acquired development credits to develop at a higher density than otherwise allowed on property within the receiving area.

- ***Tax increment financing** (TIF) is a method of funding public investments in an area slated for redevelopment (the TIF district) by recapturing, for a designated time period, all or a portion of the increased tax revenue that may result if the public investment in redevelopment stimulates private investment. As private investments add to the tax base within the

redevelopment area (TIF district), the increased tax revenues for a designated time period are placed in a special fund that can only be used for public purposes permitted by law (SC Code § 31-6) in the TIF district.

- *A **Municipal Improvement District** is any area designated by City Council within which an improvement plan is to be implemented. The purpose of the improvement plan is to preserve property values, prevent deterioration of urban areas, and preserve the tax base of the city while encouraging and promoting private or public development within the municipal improvement district.
- ***Impact fees** are financial payments made to a local government by a developer to fund a proportionate share of certain-off-site capital improvements. Impact fees do not always cover the actual capital costs of new construction but help in reducing the amount of the burden that is often shifted to the existing residents. These fees pay for infrastructure with bonds that are repaid through a property tax. Impact fees are typically a fee per unit paid at the time of development or purchase.
- ***Water and sewer impact fees** are used to acquire, construct and install the infrastructure necessary to ensure the delivery of safe drinking water to its customers, and to provide for the collection and transmission of sewage to be cleaned and returned to the waterways downstream.
- The ***Urban County US Housing and Urban Development (HUD) Entitlement Grant** program is designed to assist low and moderate income residents by improving infrastructure and public services. The City of Myrtle Beach and the City of Conway partner with Horry County in their status as an entitlement county. Horry County is the primary beneficiary of the US Department of Housing and Urban Development's Community Development Block Grant Program - Urban County Entitlement Grant. The City has a three-year agreement with Horry County to receive a percentage of those funds.
- The South Carolina Local Government Development Agreement Act, SC Code § 631-10 et seq. authorizes local governments to enter into formal voluntary ***development agreements** with developers for the completion of relatively large scale or multiphase development projects.
- ***Grants** represent discretionary, lump-sum funding for specific one-time projects. In most cases grantors require the City to spend additional dollars meeting local cash match requirements.
- **Priority Investment Zones**, authorized by the Priority Investment Act, SC Code § 6-29-510(D), allow local governments to adopt market based incentives to include density bonuses, relaxed zoning regulations such as lot area requirements or setbacks, reduced or waived fees, fast track permitting and design flexibility.
- The City participates in the ***Grand Strand Area Transportation Study (GSATS)** Study Team and has two representatives on the Policy Committee.  The Study Team is a stakeholder group comprised of local municipal and county planning officials that provide feedback on development of long-range regional metropolitan transportation plans (MTP).  Regional projects are ranked and prioritized in accordance with predetermined GSATS scoring criteria, and Federal Highway

PI-3

Administration funding received by the State is allocated to local projects based upon priority and readiness of the jurisdiction.

- On November 8, 2016, Horry County voters supported a one-cent capital projects sales tax for roadways (*Ride III). This tax went into effect on May 7, 2017 and will expire on April 30, 2025. The tax increases the level of sales tax in Horry County an additional penny on all retail sales, accommodations and prepared food/beverage. Groceries (unprepared food) are exempt from the sales tax. It is anticipated that Horry County will receive $592 million over the eight-year life of the one-cent capital projects sales tax.

## Intergovernmental Coordination

In compiling and prioritizing the Capital Improvement Plan, the City has worked in coordination with:

- Horry County
- The City of North Myrtle Beach
- The City of Surfside Beach
- Grand Strand Area Transportation Study (GSATS)
- Waccamaw Regional Council of Governments (COG)
- Coast Rapid Transit Authority
- Horry County Schools
- Coastal Carolina University
- Horry Georgetown Technical College
- Grand Strand Water and Sewer Authority
- Horry County Solid Waste Authority
- The State of South Carolina

## Capital Improvements Plan

The Comprehensive Plan and its elements serve as a guide for establishing a Capital Improvements Plan (CIP) for the City's public infrastructure and facilities and the annual budgeting process. The latest Capital Improvements Plan includes the following major projects:

General Pay as You Go:
- o  Renovation & Renewal Projects

Oceanfront/Historic Boardwalk District Projects:
- o  Boardwalk Revitalization & Extension
- o  Ocean Boulevard Decorative Railing

Arts & Innovation District Projects:
- o  Performing Arts Theater

PI-4

- o **Rails to Trails Project**
- o **Transportation & Utility Infrastructure**
- o **New COMB Library**

**Stormwater Projects:**
- o **Multi-year funding commitment to Flood Risk Mitigation Projects (Pass Through Drainage Areas)**
- o **Citywide Watershed-Based Stormwater Master Plan Implementation Projects**
- o **Stormwater Land Acquisition Bank for Flood Risk Mitigation**
- o **Neighborhood Drainage Improvement Projects**
- o **Stormwater System Inventory and Evaluation**

**Water & Sewer System Projects:**
- o **Upgrade Water Longitudinal Distribution Main, Sanitary Sewer Pump Stations, Gravity and Force Main Pipelines, Valve Replacements, and Sanitary Sewer System Inventory and Evaluation.**
- o **Focus on reducing inflow and infiltration into the sanitary sewer collection system with manhole and pipeline inspection and lining projects.**
- o **Advanced Metering Infrastructure.**

**Public Safety Projects:**
- o **Renovations to / Expansion of Fire Station 3**
- o **New Fire Station 7**
- o **Police Annex Expansion**

**Other City Facilities Projects:**
- o **MB Convention Center Renewal & Replacement**
- o **Whispering Pines Sand Bunker Renovation**
- o **Baseball Stadium Renewal & Replacement**

**Priority Investment Goal: Engage in long-term thinking and planning about capital improvements and facility needs, their funding sources, intergovernmental coordination, and planning of CIP projects based on the best available sustainable practices.**

PI-5

| Objective | Action | Timeframe |
|---|---|---|
| 1. Create a repository of current city plans, including the Comprehensive Plan, to be used as a reference when establishing the annual Capital Improvements Plan. | 1a. Gather plans from various city departments and coordinating agencies. | *2022* |
|  | 1b. Cross reference adopted plans for commonalities and economies of scale. | *As new plans are adopted* |
|  | 1c. Prioritize capital improvement projects across all plans. | *Annually* |
| 2. Forecast Federal, State, and local funds available for public infrastructure and facilities into the 10 year planning horizon. | 2a. Remain abreast of financial resources available through Federal, State, local, and private resources. | *Monthly* |
|  | 2b. Forecast CIP funding needs and correlated funding availability. | Annually |
| 3. Communicate and coordinate with adjacent municipalities, Horry County, Horry County Schools, Waccamaw COG, Coast RTA, state agencies, utilities, civic groups, charitable organizations and other relevant agencies to maintain and further the goal of becoming a sustainable community. | 3a. Create and maintain a list of all relevant agencies. | *2022* |
|  | 3b. Establish and maintain regular means of communication in order to coordinate local efforts and regional plans. | *Quarterly* |
|  | 3c. Provide each agency with written notification and an opportunity to comment on recommended public infrastructure and facility projects. | *As plans are submitted for review* |

## Land Use Element

The city consists of 15,720 acres made up of 33 zoning classifications that provide direction in determining the growth patterns for today and for the future.



Thirty-four percent (34%) of the city is zoned PUD (Planned Unit Development). Roughly 102.59 acres are in commercial PUDs, 4719.93 acres are in mixed-use PUDs, and 409.04 acres are in residential PUDs.

Roughly 3.5% of the city is zoned for wholesale and manufacturing uses, with 290 acres zoned WM (Wholesale/Manufacturing) and 257 acres zoned LM (Light Manufacturing).

Myrtle Beach surrounds 37 unincorporated areas of land falling under the jurisdiction of Horry County commonly referred to as "doughnut holes,". Development within these unincorporated areas will significantly impact the quality of life of City residents, but are not subject to the City's regulations.

**Building Permits**

The City of Myrtle Beach issued 8,482 building permits (all kinds) with a total construction value of $492,463,019 during the 2021 calendar year. That's up $128 million from 2020. The 2021 total includes $279,099,553 in residential construction and $213,363,466 in commercial construction. The numbers reflect 734 new single-family residences and 108 new commercial buildings during the year. Also included in the totals are 397 fences, 110 swimming pools, 24 demolitions and nine manufactured homes.

The City of Myrtle Beach issued 7,751 building permits during Fiscal Year 2022-23, with a total construction value of $426,013,733. That's 1,267 fewer permits and $139 million less in total value when compared to the previous year, a sign that construction has cooled some, post-COVID. Ending June 30, the Fiscal Year 2022-23 totals include $239,316,689 in residential construction and $186,697,044 in commercial construction. These numbers reflect 517 new single-family residences, 10 new multifamily buildings, 24 new commercial buildings, 264 roof permits, 207 fence permits, 104 new swimming pools, 24 demolitions and eight mobile homes, all within Myrtle Beach city limits.

**Residential Land Uses**

In 2021 US News and World Report determined that Myrtle Beach is the fastest growing place in the United States. The fastest-growing cities in the country are determined by the net migration of each metro area, which is measured by the growth or decline of the population over the past five years. The percent increase in that period of time is how U.S. News determines the metro areas where the most people are moving.

4,883.46 acres are designated for residential use, broken down roughly as follows:

- 2,310.08 acres/8,810 units Single Family
- 1,017.92 acres/2,290 units Vacant Residential Land
- 470.67 acres/1,375 units Time Share
- 230.76 acres/15,261 units Condominium- Free Simple Ownership

- 121 acres/2,375 units Townhouse

**The Cabana Section**
Established in the 1926 Myrtle Beach Estates Plan, the Cabana Section is a unique row of 25-foot oceanfront lots located between Hampton and Haskell Circles. Through heavy restrictions limiting development and use, and the installation of a Garden By The Sea and an exercise trail, the City is committed to maintaining this district as the largest corridor in the City with a public ocean view.

**Gateway and Downtown Opportunity Zones**
Congress established the Opportunity Zone program nationwide as a part of the Tax Cuts and Jobs Act of 2017. Its primary goal is to encourage long-term private investments in low-income areas, thereby encouraging job creation and economic growth. South Carolina designated 25 percent of its 538 qualifying census tracts as Opportunity Zones. Opportunity Zones 506 and 507 are in Myrtle Beach and include the following:

- <u>Arts & Innovation (ART) District</u>, is the pulse of downtown with wide sidewalks and tree lined streets. The district has the opportunity to draw locals and visitors year round with live performances, craft beers/sprits, small food hall and market in unique historic structures, and sidewalk cafes.
- <u>Historic Main Street</u>, contains Broadway and Main Street, the historic heart of downtown. Opportunities for this district include small independent services, professional offices, and retail sites available; an envisioned technology hub for the city.
- <u>Kings HWY Corridor</u>, includes HWY 17 Business with over 50,000 motorists daily in season and 20 million visitors annually. Opportunities that arise from this district include affordable under and undeveloped properties and special development incentives for technology, medical providers and experiential retail.
- <u>Oceanfront</u>, comprises two miles of the Atlantic Ocean with sandy beaches and the 1.5 mile Boardwalk and Withers Swash Boardwalk. Opportunities in this area include energy of the oceanfront spreads in three rows to Kings Highway and beyond, and affordable under developed land.
- <u>US HWY 501 Corridor</u>, holds the gateway to Myrtle Beach, the HWY 501 realignment creates a new gateway that spurs new development. Opportunities within this area include zoned highway commercial and mixed-use medium density land, with even more flexibility for zoning.
- <u>Warehouse & Big Box</u>, holds regional access through street and transit networks, surrounded by major corridors in and out of the city. Opportunities that lay in this area are affordable under and undeveloped land and buildings for rehabilitation or restoration.
- <u>Residential Communities</u>, covers well-established neighborhoods, city invested infrastructure, and a strong city government presence. Opportunities stemming from this area include affordable and available land rip for neighborhood revitalization, and a partnership scope with the city for affordable and workforce housing.

L-3

**Myrtle Beach Air Force Base Redevelopment**

**March 31, 2023, marked the 30th anniversary of the Myrtle Beach Air Force Base's closure. In its heyday, the base employed 5,000 people and was a major economic force in Horry County until its closure in 1993. As part of the Lands-to-Parks program, the Interior Department donated seven properties to the City of Myrtle Beach for the public's use: Whispering Pines Golf Course, General Robert H. Reed Recreation Center, Crabtree Memorial Gymnasium, the South Parks Maintenance Shop, Warbird Park, Bark Park South and several athletic fields. The Air Base Redevelopment Authority led the property's transformation into the modern-day Market Common District, removing old barracks and other buildings and installing new roads, parks and The Market Common itself. The people, places and planes of the former Myrtle Beach Air Force Base are remembered in more than 150 historical markers scattered throughout the district. Warbird Park features three of the planes that were stationed there, along with a Wall of Service for military and civilian personnel who served at the base. In 2019, the former base received a national "Excellence in Site Reuse" Award from the Environmental Protection Agency.**

**Development Incentives**

    Incentive Voucher for Demolition and New Construction**- project type & minimum investment:**

- **Transient Accommodations $5,000,000**
- **Multi-Family Residential $1,000,000**
- **Other Redevelopment Projects $100,000**

**Incentive Not To Exceed 2% of the Total Redevelopment Costs, Up To $2 Million**

    Incentive for Specific Targeted Businesses-

- **Technology, Medical Providers, & Experiential Retail**
- **Qualified Project = 2% Of Total Investment Up To $2 Million**
- **Qualified Project = 3% Of Total Investment Up To $2 Million In Specific Areas**
  - **Kings Highway Business Corridor- Structure Vacant > 1 Year**
  - **Carver Street Renaissance Area**
  - **The South Mixed-Use Area**

    Redevelopment District Floating Zone (RDZ) –

**Upgrade & Improve Physical, Social, & Economic Character of Area; Promote Mixed-Use Development**

- Retail/Residential Uses, Tourism-Related Business/Activity, Cultural Arts/Associated Businesses, Corporate Headquarters, Research/Development, High Technology Growth Business, Mixed-Use or Commercial with Combined Physical Improvements and Acquisition Costs
- Minimum Investment= $1 Million

**Special Property Tax Assessment for Rehabilitated Historic Properties;**

- Qualifying "Rehabilitated Historic Properties" or "Low to Moderate Income Rental Property"
- Property Owner Tax Relief for Rehabilitation Work

**State & Federal Incentives**

- Historic Tax Credit Program
- South Carolina Abandoned Buildings Revitalization Act
- New Market Tax Credits

**Land Use Goal: All land uses are based on best available sustainable practices while balancing the socio-economic needs of residents, business owners, and visitors, creating an environment where all can live, work, and play with pride and pleasure.**

**General Land Use**

| Objective | Action | Timeframe |
|---|---|---|
| 1. Design and construct development so that natural resources are preserved and man-made elements complement natural features of the community. | 1a. Inventory natural resources unique and endangered. | *2022* |
| | 1b. Adopt an ordinance mandating preservation of specific and categorical resources, allowing for flexibility in development regulations when necessary. | *2023* |
| | 1c. Review development plans within the context of the individual property. | *As plans are submitted for review* |
| 2. Link land use patterns to the transportation system while promoting sustainability, conserving public investments and promoting efficiency. | 2a. Consider the impact of every zoning, subdivision, and building decision on the transportation system (traffic impacts, bike lane/path connectivity, airport compatibility). | *As plans are submitted for review* |

| | | |
|---|---|---|
| 3. Avoid urban sprawl. | 3a. Focus expansion efforts inward by pursuing annexation of the unincorporated "donut holes." | *As plans are submitted for review* |
| | 3b. Support existing commercial ventures to maximize their financial and social contributions to the city. | *As plans are submitted for review* |
| | 3c. Support existing neighborhoods to maximize their economic and cultural contributions to the city. | *As plans are submitted for review* |
| | 3d. Adopt a city-county connectivity plan that provides opportunities for transportation connectors to neighborhoods and corridors outside the city limits, with no adverse impact to existing city neighborhoods and traffic patterns. | *2022* |
| 4. Create walkable mixed-use centers, corridors, and destinations providing a variety of housing, services, and commodities that meet the needs of residents, business owners, and tourists. | 4a. Create a promotional campaign to demonstrate to property owners and developers the benefits attainable in the city's mixed-use districts. | *2022* |
| | 4b. Identify viable locations for walkable mixed-use centers, corridors, and destinations. Adjust the zoning map where necessary. | *2023* |
| 5. Apply the principles of Crime Prevention Through Environmental Design (CPTED) in all zoning and development decisions. | 5a. Educate staff in all reviewing and permitting departments, and members of reviewing boards and commissions, on CPTED principles and applicability. | *2022* |
| | 5b. Create standards and regulations based on CPTED principles. | *2022* |
| | 5c. Promote CPTED principles to local developers. | *As plans are submitted for review* |
| 6. Compel private investment in public infrastructure to support the long-term viability of the community as development occurs. | 6a. Amend the subdivision regulations that establish standards for, and require installation of, roads, streetscapes, utilities, sidewalks, bikeways, and parks. | *2022* |
| 7. Update the City's Subdivision Regulations. | 7a. Seek the input of local surveyors, developers, and civil engineers to identify outdated requirements. | *2022* |
| | 7b. Look to subdivisions of the past to identify elements for improvement. | *2022* |

|  | 7c. Draft new regulations. | *2023* |

### Residential Land Use

| Objective | Action | Timeframe |
|---|---|---|
| **8. Provide for a variety of residential types and costs.** | **8a. Identify the characteristics of existing neighborhoods; analyze the needs for preservation and for evolution of each.** | *As plans are submitted for review* |
| **9. Strengthen neighborhoods.** | **9a. Study and document the cultural and natural features of each neighborhood.** | *2027* |
|  | **9b. Don't subdivide existing residential lots into parcels that are out of area and dimensional character with the established neighborhood.** | *2022* |
|  | **9c. Buffer residential back yards from primary roads.** | *2022* |
|  | **9d. Identify opportunities to create a unique sense of place for each neighborhood through centers, gateways, and other streetscape aspects.** | *2027* |
| **10. Protect neighborhood edges against intrusive land uses and their impacts.** | **10a. Consider potential impacts of zoning decisions on abutting neighborhoods.** | *As plans are submitted for review* |

### Commercial Land Use

| Objective | Action | Timeframe |
|---|---|---|
| **11. Provide business and employment opportunities, balancing the importance of tourism and the need to accommodate the expansion of business and employment opportunities in other sectors, while meeting institutional and recreational needs.** | **11a. In making zoning decisions, consider the effects on the land use balance.** | *As plans are submitted for review* |
|  | **11b. Support the Chamber of Commerce in its efforts to accommodate an expanded year-round tourism industry that taps new markets.** | *As plans are submitted for review* |
|  | **11c. Proactively search and recruit new tourist attractions.** | *Quarterly* |
| **12. Recognize and accommodate retail trends resulting from increasing internet sales and from Covid-19.** | **12a. Consider and implement zoning changes to encourage creative and forward-thinking retail development.** | *2023* |

| 13. Encourage public art, outdoor cafes, sidewalk sales, busking, and other activities to add life to walking routes. | 13a. Evaluate current regulations to identify existing opportunities and barriers. | *2023* |
| | 13b. Adopt regulations that allow the activities responsibly. | *2023* |
| | 13c. Promote opportunities. | *Monthly* |

**Industrial Land Use**

| Objective | Action | Timeframe |
| --- | --- | --- |
| 14. Protect land designated for industrial development from incompatible uses. | 14a. Adopt and maintain regulations establishing buffers, setbacks and performance standards. | *2022* |
| | 14b. In reviewing zoning and subdivision requests, consider short- and long-term effects of, and on, nearby industrial districts. | *As plans are submitted for review* |
| 15. Encourage appropriate and compatible industrial development in designated districts. | 15a. Adopt appropriate economic incentives to encourage compatible industrial development. | *2024* |
| | 15b. Plan and construct infrastructure necessary to facilitate future industrial development. | *2031* |
| | 15c. Assist where necessary to market available land. | *Monthly* |
| 16. Target small craft manufacturing for downtown infill development. | 16a. Identify compatible industries that may include distilleries, breweries, hot-rod garages, custom bicycle builders, and other creatives. | *2022* |
| | 16b. Create a marketing campaign to encourage local entrepreneurs and to attract established manufacturers. | *2022* |

**Agricultural Land Use**

| Objective | Action | Timeframe |
| --- | --- | --- |
| 17. Expand the opportunities for indoor urban farms. | 17a. Study the latest methods and technologies. | *2023* |
| | 17b. Determine appropriate locations; adjust zoning where necessary. | *2023* |

| | | |
|---|---|---|
| **18. Establish a marketplace designed to pair South Carolina farmers with Myrtle Beach restauranteurs.** | **18a. Research the characteristics of similar markets in cities with a predominance of restaurants.** | *2025* |
| | **18b. Work with the Clemson Exchange to reach farmers, inventory their products, and determine the logistics of bringing their goods to the Myrtle Beach market.** | *2026* |
| | **18c. Communicate with local restauranteurs to determine their raw materials and logistical needs.** | *2026* |
| | **18d. Identify a location, budget, and funding source.** | *2027* |
| | **18e. Develop and implement a management and marketing strategy.** | *2027* |
| | **18f. Build and open the marketplace.** | *2030* |

**Public and Quasi-Public Land Use**

| Objective | Action | Timeframe |
|---|---|---|
| **19. Provide opportunities and places for people of all ages to engage with one another.** | **19a. During the plan review process, identify opportunities for the creation of formal and informal gathering places that are convenient and accessible, whether by car, bike, foot, or public transportation.** | *As plans are submitted for review* |
| | **19b. In public infrastructure and facilities planning, seek out opportunities to create spaces of public engagement, both formal and informal, that are convenient and accessible, whether by car, bike, foot, or public transportation.** | *As plans are submitted for review* |
| | **19c. Consider where people already gather, and assess for possible comfort, flexibility, and accessibility enhancements.** | *2023* |
| **20. Define downtown with public anchors like City Hall and Chapin Library.** | **20a. Strategize development of the Town Common Neighborhood in the Arts and Innovation District Advanced Plan.** | *2022* |

| | | |
|---|---|---|
| | 20b. Work with the Federal General Services Administration to establish the Post Office as a downtown anchor, in its current location or within the Town Common Neighborhood. | *2025* |
| | 20c. Evaluate each major new anchor as a partner for additional private investment. | *As plans are submitted for review* |

**Parks and Recreation Land Use**

| Objective | Action | Timeframe |
|---|---|---|
| **21. Provide for active and passive recreational lands, with opportunities for regional facilities, urban plazas, and neighborhood parks throughout the city.** | **21a. Create new parks and open spaces in areas exposed to flooding or environmentally sensitive ecosystems.** | *As plans are submitted for review* |
| | **21b. Target streams, selected rights-of-way, and the rail bed for potential greenways.** | *As plans are submitted for review* |
| | **21c. Include public plazas or open space at all new public buildings.** | *As plans are drafted* |
| | **21d. Consider public/private partnerships to create meaningful public spaces.** | *As plans are submitted for review* |
| **22. Expand the park and greenway along Withers Swash.** | **22a. Acquire and retain properties or easements along the swash and tributaries between the Mary C. Canty Recreation Center and the ocean.** | *By 2028* |
| | **22b. Plan, install, and maintain an urban greenway that connects existing neighborhoods and attracts infill developers.** | *2031* |

**Open Space**

| Objective | Action | Timeframe |
|---|---|---|
| | **23a. Adopt regulations that preserve Withers Swash and Raccoon Run.** | *2022* |

| | | |
|---|---|---|
| **23. Establish public open spaces that are convenient and accessible to new and existing residential development.** | **23b. Utilize utility and transportation corridors and funding opportunities to link open spaces to create an open space system.** | *As plans are submitted for review* |
| **24. Require open spaces in residential developments.** | **24a. Establish a minimum usable open space requirement, either in the form of private yards or common areas.** | *2022* |

**Vacant or Undeveloped Land**

| Objective | Action | Timeframe |
|---|---|---|
| **25. Encourage infill development that is compatible relative to density and unity type using design guidelines that address density, massing, architecture, building materials, building setbacks, and screening.** | **25a. Inventory vacant lots and identify characteristics and opportunities unique to each lot.** | *2023* |
| | **25b. Adopt financial incentives for compatible infill development.** | *2024* |
| | **25c. Work with property owners, realtors, and developers to market and develop infill lots.** | *2024* |
| **26. Foster development of a major new destination on the former Pavilion Site.** | **26a. Engage and work with the site owner to develop a strategy.** | *2022* |
| | **26b. Utilize our connections with the Urban Land Institute and others to market the property to developers that share the city's vision.** | *Quarterly* |
| **27. Assemble and market tourism destination and opportunity sites identified in the Downtown Master Plan.** | **27a. Meet with property owners to establish a strategy for each property.** | *2023* |
| | **27b. Establish a cohesive marketing plan for distribution to local realtors.** | *2023* |

## Transportation Element

### Roadway Network

Myrtle Beach adopted a Complete Streets Policy in 2015 to provide a community in which all residents and visitors can safely and efficiently use the public right-of-way to meet their transportation needs regardless of their preferred mode of travel. As it evolves, the transportation system will advance the well being of travelers, supporting development goals, promoting healthy living, reducing negative environmental impacts, and meeting the needs of the diverse populations that comprise our community. This Complete Streets Policy suggests that a context-sensitive solution process and multi-modal approach be considered by the Planning and Public Works Departments during the development of all transportation facilities and projects within the city.

Myrtle Beach's network of streets consists of roughly 295.79 miles of residential roads, numbered avenues, and a few major highways, including U.S. 17 Business, U.S. 17 Bypass, and U.S. 501. New roadway and associated sidewalks, street trees, stormwater, sanitary sewer, and water utility systems are constructed primarily by private developers. These public rights-of-way are dedicated to the city for ownership at the completion of large-scale residential projects.

Prominent connectors and secondary roads that alleviate congestion during the high tourism season include:
- Oak Street
- Highway 15/Broadway St
- Robert M. Grissom Parkway
- Harrelson Boulevard/George Bishop Parkway
- Farrow Parkway/S.C. 707
- Highway 31

In an effort to improve neighborhood livability by reducing the negative impact of vehicular traffic on residential streets, the City operates under a policy pertaining to traffic calming construction requests from citizens. Traffic calming methods are carefully designed to promote safe and pleasant conditions for non-motorized street users while maintaining the safe movement of local residential vehicular traffic. The policy encourages citizen involvement in neighborhood traffic management plans, and prioritizes traffic calming projects through the efficient use of city resources.

The City participates in the Grand Strand Area Transportation Study (GSATS) Study Team, a stakeholder group comprised of local municipal and county planning officials that provide feedback on development of long-range regional metropolitan transportation

T-1

plans (MTP). The City also has two representatives on the GSATS Policy Committee that rank and prioritize regional projects in accordance with predetermined GSATS scoring criteria, and allocates Federal Highway Administration funding to local projects based upon priority and readiness of the jurisdiction.

The City is eligible to use C Program funds derived from the state gasoline user fee. The C Program is a partnership between SCDOT and the 46 counties to fund improvements of state roads, county roads, city streets, and other local transportation projects. From 2017 – 2019 the annual Horry County C Program allocations have ranged from $5M to $6M. Horry County is identified as a donor county. As such, Horry County receives an additional $1.7M - $1.8M in donor C Program funding every year to allocate to improvement projects. Myrtle Beach makes application to the Horry County Transportation Committee (CTC) to fund transportation projects within the city.

### Evacuation Routes

The South Carolina Emergency Management Division has partnered with the South Carolina Department of Public Safety (SCDPS), the lead agency for emergency traffic management, and the SC Department of Transportation (SCDOT) to provide information that pertains to emergency traffic management in the event of a hurricane. Routes depend on conditions at the time of evacuation. In the event of an evacuation real-time evacuation routes are promoted by the State, and may be found at https://www.scemd.org/prepare/know-your-zone/hurricane-traffic-management/.

### Bicycle & Pedestrian Facilities

The City of Myrtle Beach offers pedestrian or bicycle trails, paths, and mountain bike trails for many riders. The current length of pedestrian and bicycle facilities is 142 miles of sidewalks, 27 miles of bike paths, and 20 miles of bike lanes.

The City operates under a policy pertaining to sidewalk construction requests from citizens along local residential and neighborhood collector streets. The sidewalk system must be designed and constructed in such a manner that it will enhance pedestrian safety and minimize conflict with vehicular traffic. The Public Works Department annually updates a sidewalk request prioritization matrix. Projects within the matrix are referenced when selecting sidewalk improvement projects supported by the capital plan.

### Transit Services

Coast RTA Public Transit, a local bus service, serves Horry and Georgetown Counties, covering Myrtle Beach and most of the Grand Strand. The service offers eight bus routes covering the most popular parts of the Myrtle Beach area, such as North and South Ocean

Boulevard, Myrtle Beach Airport connector, and The Market Common shopping and dining district. The Coast RTA also offers a Para Transit service.

**Air Travel**
The Myrtle Beach International Airport, MYR, consists of a single 9,500-foot-long runway, terminal complex with a 128,000 square-foot passenger waiting area for commercial flights, a general aviation terminal, and aircraft storage and maintenance facilities. The airport's commercial carriers include:

| | | |
|---|---|---|
| Allegiant | Frontier | Spirit |
| American | Porter | Sun Country |
| Delta | Southwest | United |

In March 2021, the number of people arriving on flights (deplanements) totaled 74,725 compared to 88,319 in March 2019. Total passenger traffic in March 2021, including both arriving and departing passengers, totaled 141,081.

**Parking**
Myrtle Beach's parking management area is east of Kings Highway, from 29th Avenue South to 82nd Avenue North.  There are 2,400 parking meter spaces in areas where parking is in high demand. The meters are in effect from March 1 through October 31. Parking meters show indicators of how tourism is booming along South Carolina's popular beach. Parking meter revenue shows an increase in both March and April of 2021 compared to 2019.

**Transportation Goal: Develop a multi-modal transportation system that reduces dependence on the automobile, which includes public transit, walking, bicycling, golf carts, and air and water transportation based on land use patterns and the principles of sustainability.**

### General Transportation

| Objective | Action | Timeframe |
|---|---|---|
| 1. Coordinate with SCDOT, GSATS, Horry County, and neighboring municipalities to create a coordinated and connected regional multi-modal transportation system. | 1a. Establish standard procedures for transportation infrastructure connections across jurisdictional boundaries. | 2022 |
| | 1b. Collaborate with the SCDOT to have the area of 48th Avenue N to 21st Avenue N traffic signals upgraded to | 2022 |

| | | |
|---|---|---|
| | fiber optic to improve communications with emergency vehicles and surveillance cameras. | |
| | 1c. Maintain an active role on the GSATS Policy Committee, supporting and implementing the GSATS Metropolitan Transportation Plan and the SCDOT South Carolina Multimodal Transportation Plan "Charting a Course to 2040." | Quarterly |
| | 1d. Pursue contract services to perform annual road safety audits and traffic signal coordination studies. | Annually |
| | 1e. Communicate regularly with neighboring transportation planners and maintenance managers to coordinate efforts. | *Quarterly* |
| | 1f. Take an active role in RIDE 4 planning, advocating for more jurisdictional flexibility in fund applications. | *Annually* |
| | 1g. Evaluate transportation management improvement project requests based upon city policy and Manual on Uniform Traffic Control Device standards. | *As plans are submitted for review* |
| | 1h. Design, budget for within our capital plan, and construct transportation management improvement projects where needed. | *Annually* |
| 2. Create a wayfinding system that integrates and adapts to latest technology, to guide drivers, cyclists, pedestrians, and transit users safely and efficiently around town. | 2a. Identify best routes for best modes. | *2026* |
| | 2b. Identify popular destination areas. | *2026* |
| | 2c. Identify effective modes of communication for each audience. | *2026* |
| | 2d. Develop branding for cohesive messaging. | *2027* |
| | 2e. Identify installation and maintenance funding sources, and launch. | *2028* |
| 3. Establish a realistic system-wide maintenance program. | 3a. Study current conditions, identifying detailed short- and long-term maintenance requirements throughout. | *2022* |
| | 3b. Identify maintenance materials, equipment, and staffing needs. | *2022* |

| | 3c. Identify funding sources and budget accordingly. | *Annually* |
|---|---|---|
| **4. Establish an effective and efficient evacuation plan.** | **4a. Work with visitor accommodation establishments to establish evacuation needs and challenges for tourists.** | *2022* |
| | **4b. Work with neighborhood leaders, Neighborhood Watch Meetings, and homeowners associations to establish evacuation needs and challenges for residents.** | *2022* |
| | **4c. Coordinate efforts of transportation providers to meet all evacuation needs.** | *2022* |

**Roadway**

| Objective | Action | Timeframe |
|---|---|---|
| **5. Evaluate the condition of the roadways within our jurisdiction.** | **5a. Determine the optimal balance of in-house crews and contractor services to inventory and evaluate the pavement condition of our current city-owned roadway infrastructure to identify and prioritize repairs/rehabilitative needs based upon the increased utilization of our citywide road system.** | *Annually* |
| | **5b. Communicate with SCDOT to document the pavement condition of State-owned roadway segments within our jurisdiction and track scheduled resurfacing/rehabilitative projects occurring within our jurisdiction.** | *Quarterly* |
| | **5c. Proactively review these SCDOT project locations and perform any maintenance-related activities or upgrades prior to commencement of the project.** | *Quarterly* |
| | **5d. Reference the roadway condition assessment effort and develop annual project lists and corresponding budget values to meet the lifecycle maintenance needs of the roadway system.** | *Annually* |
| **6. Utilize a complete-streets strategy to balance the needs of all street users, with universal design** | **6a. Evaluate major intersections for safety design and maintenance needs.** | *2022* |

| | | |
|---|---|---|
| that guaranties accessibility for those with disabilities, planning a transportation network that allows residents to comfortably age in place. | 6b. Utilizing Ride III funding, coordinate downtown Hwy 501 realignment design with SCDOT, One Grand Strand, and the Bicycle & Pedestrian Advisory Committee in a way that improves accessibility, rationalizes the street grid, and creates a new gateway into downtown. | *2023* |
| | 6c. Implement the recommendations of the 2008 GSATS/City of Myrtle Beach Kings Highway Corridor Study, considering recommendations in the 2020 SCDOT Road Safety Assessment of US 17 Business (29th Ave S – 27th Ave N). | *Annually* |
| | 6d. Conduct a speed limit analysis of Kings Hwy to determine if adjustments are necessary to improve safety. | *2022* |
| | 6e. Compile lists of customer service requests or recommendations from city staff or consultants for bike and pedestrian safety improvements, traffic-calming improvements, and intersection improvements. | *Quarterly* |
| | 6f. Target the worst performing intersections for significant safety improvements that reduce conflicts, accidents, and injuries. Refer to the *Signalized Intersections Analysis and Recommendations* prepared by the Bicycle & Pedestrian Advisory Committee November 5, 2019 for recommended improvements to Oak St & 28th Ave N, Oak St & 29th Ave N, Hwy 17 Bypass & 62nd Ave N, and Kings Hwy & 17th Ave S. | *2022* |
| | 6g. Examine long segments of Kings Hwy lacking traffic signals (Farrow Pkwy – 17th Ave S, 29th Ave N – 38th Ave N, 48th Ave N – 62nd Ave N, 67th Ave N – 76th Ave N, with an eye for safe pedestrian crossings. | *2022* |

| | | |
|---|---|---|
| | 6h. Redesign and balance downtown travel lanes, sidewalks, bike lanes and parking according to the Downtown Master Plan. | *2025* |
| | 6i. Study the safety effects of flashing yellow lights at fire station locations, and consider integrating pedestrian signals. | *2022* |
| | 6j. Re-evaluate the City's Complete Street Policy to stay ahead of emerging trends in transportation, including ride-share drop-off areas and electric vehicle charging stations in roadway design. | *Annually* |
| | 6k. Utilize Ride III to coordinate with SCDOT to extend Fred Nash Blvd to Harrelson Blvd. | *2023* |
| 7. Make sure roadway resurfacing and rehabilitation needs keep pace with current City and SCDOT funding levels. | 7a. Maintain a running list of roadway resurfacing and rehabilitation needs, current and projected. | *Monthly* |
| | 7b. Identify funding sources and budget accordingly. | *Annually* |
| 8. Institute a neighborhoods road takeover program. | 8a. Inventory the ownership status of all roads within residential neighborhoods. | *2022* |
| | 8b. Assess roadway conditions of non-city-owned roads and draw comparisons to city road standards. | *2025* |
| | 8c. Work with neighborhood leaders and Homeowner's Associations to weigh the pros and cons of city roadway ownership. | *Annually* |
| | 8d. Utilize CTC and CDBG monies to bring neighborhood roads into compliance with city standards. | *Annually* |
| | 8e. As completed, transfer roadway ownership to the city. | *Annually* |
| | 8f. Establish a funding source for long-term maintenance. | *2025* |

**Bicycle & Pedestrian**

| Objective | Action | Timeframe |
|---|---|---|
| **9. Prioritize multi-modal bicycle and pedestrian safety infrastructure improvement projects.** | **9a. Implement the 2018 City of Myrtle Beach Bicycle and Pedestrian Master Plan.** | *Annually* |
| | **9b. Implement the recommendations of the 2019 SCDOT Mr. Joe White Ave Bicycle and Pedestrian Road Safety Audit.** | *Annually* |
| | **9c. Implement the recommendations of the 2019 SCDOT 21st Avenue N Bicycle and Pedestrian Road Safety Audit.** | *Annually* |
| | **9d. Study bicycle and pedestrian involved accident data to identify infrastructure safety needs.** | *Annually* |
| | **9e. Examine private bicycle and pedestrian infrastructure, existing and pending, to identify opportunities for leveraging public improvements in order to create a connected network.** | *As plans are submitted for review* |
| **10. Implement roadway-specific recommendations of the Bicycle & Pedestrian Advisory Committee and the Downtown Master Plan.** | **10a. Create bicycle- and pedestrian-prioritized corridors along 2nd Ave N, 5th Ave N, 7th Ave N, 8th Ave N, 9th Ave N, and 14th Ave N.** | *Annually* |
| | **10b. Plan and install sidewalks along the Avenues that connect the commercial segments of Ocean Blvd to Kings Hwy.** | *Annually* |
| | **10c. Re-sculpt 82nd Parkway with one lane in each direction and bike lanes to facilitate staff biking to and from Grand Strand Medical Center and to other health care establishments.** | *2026* |
| | **10d. Install Bike Boxes as recommended by the National Association of City Transportation Officials (NACTO) everywhere that bike lanes cross controlled intersections.** | *Annually* |
| | **10e. Create a marquee intersection in the ART District, utilizing public art and innovative technologies to produce a creative and iconic bicycle and pedestrian** | *2026* |

| | | |
|---|---|---|
| | crossing. This may include an artistic gateway bicycle and pedestrian bridge, artistic crosswalks, playful pedestrian signals, a "scramble cycle" where all cars are stopped and pedestrians can cross on the diagonal, and innovative features we haven't even dreamed yet. Suggested locations are Highway 501 & Broadway St, Highway 501 & Kings Hwy, or Mr Joe White Ave & Oak St. | |
| | 10f. Continue the proposed bike lanes on 9th Avenue N across Kings Hwy all the way to the Boardwalk. Install ample bicycle parking in the 10th Ave Streetend. Program a Pedestrian-Only cycle into the 9th/Kings traffic signal when the pedestrian button is pushed. | *2026* |
| | 10g. Continue the existing bike lanes on Mr. Joe White Ave across Kings Hwy all the way to the Ocean Boulevard. Install ample bicycle parking in Plyler Park. Program a Pedestrian-Only cycle into the Mr. Joe/Kings traffic signal when the pedestrian button is pushed. | *2022* |
| | 10h. Continue the existing bike lanes on 3rd Avenue S across Kings Hwy all the way to the Boardwalk. Install ample bicycle parking in the 3rd Ave Streetend. Program a Pedestrian-Only cycle into the 3rd S/Kings traffic signal when the pedestrian button is pushed. | *2023* |
| | 10i. Install new bike lanes on Broadway St. between Highway 501 and 3rd Ave S, connected to proposed Oak Street bike lanes and to the existing bike lanes on 3rd Ave S. | *2027* |
| | 10j. Reconfigure Oak Street between 38th Ave N and Mr. Joe White Ave with bike lanes on each side, to seamlessly connect with the proposed lanes in the ART District. | *2027* |

| | | |
|---|---|---|
| | 10k. Install sidewalks along both sides of Flagg and Chester Streets. | *2027* |
| 11. Use the underutilized railroad right-of-way as a bicycle and pedestrian way connecting the adjoining neighborhoods to transit, shopping, jobs, and recreation. | 11a. Reach an agreement with Horry County regarding corridor use and control. | *2022* |
| | 11b. Design the rail-trail and an adjoining Waterway Walk, establish a budget, and identify funding sources. | *2023* |
| | 11c. Build the trail. | *2023* |
| 12. Adopt standard bicycle and pedestrian pavement markings that clearly identify facilities to pedestrians, cyclists, and drivers. | 12a. Make ladder-style crosswalks the minimum standard throughout the city. | *2022* |
| | 12b. Make green Methyl Methacrylate (MMA) the standard surface for bike lanes and bike boxes, complete with frequent directional arrows and stencils located so as to be visible from every driveway and intersection. | *2022* |
| | 12c. Require the new standards for all new construction. Replace existing markings during routine maintenance. | *2022* |
| | 12d. Budget funding and personnel for long-term maintenance. | *Annually* |
| 13. Improve the safety and visibility of crosswalks utilized by large Convention Center crowds. | 13a. Reconfigure the intersection of 21st Ave N & Oak St as a pedestrian showcase, with high-visibility crosswalks, increased pedestrian-oriented lighting, and a pedestrian "scramble" segment in the traffic signal cycle. | *2022* |
| | 13b. Upgrade pedestrian safety elements in the intersection of 21st Ave N & Kings Hwy to accommodate abundant pedestrian traffic between the Convention Center and the beach. | *2022* |
| | 13c. Upgrade pedestrian safety elements in the intersection of 21st Ave N & Robert Grissom Pkwy to accommodate abundant pedestrian traffic between the Convention Center and the Broadway at the Beach. | *2022* |

| | | |
|---|---|---|
| **14. Improve the safety and visibility of crosswalks and bike lanes on Ocean Boulevard.** | **14a. Regulate delivery vehicles that hinder crosswalk visibility from parking in the center turn lane during peak hours.** | *2022* |
| | **14b. Regulate delivery vehicles parking in the bike lanes at all times.** | *2022* |
| | **14c. Regulate new construction to include adequate on-site loading and receiving facilities when feasible.** | *As plans are submitted* |
| **15. Reclaim pedestrian space on Ocean Boulevard.** | **15a. Work with private property owners to expand and activate sidewalks.** | *As plans are submitted for review* |
| **16. Expand and revitalize the Boardwalk southward to Withers Swash.** | **15a. Repair/replace existing decking.** | *2022* |
| | **16b. Replace sail shades.** | *2023* |
| | **16c. Expand the Boardwalk southward to connect to the Withers Swash Greenway.** | *2026* |
| **17. Build a public Bicycle Hub near the Rail Trail Trailhead at the Myrtle Beach Train Depot. Encourage creative, artistic, innovative design.** | **17a. Plan a facility that has bike lockers, space for a future bikeshare station, and kiosk maps of bike lanes and paths throughout the city.** | *2024* |
| | **17b. Identify a funding source and build the facility in conjunction with implementation of the Downtown Advanced Plan.** | *2026* |

### Golf Carts

| Objective | Action | Timeframe |
|---|---|---|
| **18. Accommodate golf cart usage safely and efficiently.** | **18a. Evaluate golf cart rental regulations.** | *2022* |
| | **18b. Study crash data to determine regulatory and enforcement needs.** | *2022* |
| | **18c. Evaluate and plan for current and future golf cart parking needs (quantity, location).** | *2022* |

### Transit

| Objective | Action | Timeframe |
|---|---|---|

| | | |
|---|---|---|
| **19. Work with Coast Rapid Transit Authority to operate routes and equipment as necessary to meet community needs.** | **19a. Establish a baseline on what increased investment in transit would do in terms of ridership and other transit investments.** | *2022* |
| | **19b. Develop plans for the bus system so that the urban form map can be refined to provide more geographically specific future land use policies and designations.** | *2023* |
| | **19c. Increase frequencies.** | *2022* |
| | **19d. Establish new transit service on Grissom Pkwy and Farrow Pkwy.** | *2022* |
| | **19e. Provide a vanpool program to support large employers getting people to work.** | *small-scale 2022, regional 2026* |
| | **19f. Provide a large-scale demand response system for seniors, without limitations on trip purpose.** | *2026* |
| | **19g. Work with Habitat for Humanity and workforce housing developers to identify and secure development sites along transit routes.** | *Quarterly* |
| | **19h. Expand the Entertainment Shuttle with better frequency, wider distribution and new rolling stock.** | *2031* |
| | **19i. Establish a fixed guideway system into downtown Myrtle Beach.** | *2031* |
| | **19j. Study adding mass transit options other than buses to the mix.** | *2031* |
| **20. Replace the Myrtle Beach Transit Center.** | **20a. Convene a planning group to look at potential locations.** | *2022* |
| | **20b. Work with representatives from various transportation modes (CoastRTA, Greyhound, taxi companies, etc) to consolidate efforts and space.** | *2022* |
| | **20c. Plan and construct the new center.** | *2026* |
| | **21a. Communicate with providers and local employers to understand passenger needs and long-term plans.** | *2023* |

| 21. Accommodate transit providers from Georgetown and Williamsburg Counties that bring the workforce into the city from afar. | 21b. Provide amenities as needed, maximizing efficiency in investment and service. | *2025* |
| 22. Improve the transit experience for Myrtle Beach riders. | 22a. Install 8 bus shelters at the CoastRTA stops where they are most needed. | *2022* |
| | 22b. Install sidewalk connections to all bus stops. | *2027* |

**Air Travel**

| Objective | Action | Timeframe |
| --- | --- | --- |
| 23. Support Horry County's MYR Master Plan. | 23a. Work closely with Horry County Airports in their planning process to ensure that airport plans square with Myrtle Beach land use plans. | *2022* |
| | 23b. Review airport-adjacent zoning requests for compatibility with the MYR Master Plan. | *As plans are submitted for review* |
| 24. Coordinate integration with ground transport. | 24a. Study the way in which airline passengers arrive at their final destinations (taxi, ride share, shuttle, bus, rental car). | *2024* |
| | 24b. Study the way in which tourists arriving by air travel around the city during their stay. | *2024* |
| | 24c. Work with all providers to coordinate cooperation to remove redundancies and build a system that maximizes service and efficiency. | *2026* |
| 25. Plan for advances in air mobility and its potential impact on the city. | 25a. Stay abreast of emerging technologies, including electric vertical takeoff and landing vehicles (eVTOIs), and their commercial viability. | *Monthly* |
| | 25b. Identify infrastructure needs and potential hub locations. | *2025* |

| | 25c. Identify and regulate potential conflicts with building heights, trees, residential neighborhoods, and view corridors. | *2025* |

**Parking**

| Objective | Action | Timeframe |
|---|---|---|
| 26. Develop a smart parking strategy. | 26a. Leverage shared public/private parking opportunities, and encourage shared private parking design. | *As plans are submitted for review* |
| | 26b. Analyze current and future public and private bicycle and golf cart parking needs; regulate and plan accordingly. | *2024* |
| | 26c. Balance on-street spaces with necessary ride share pick-up locations. | *2022* |
| | 26d. Expand public and private parking facility standards to account for curbside drop-off and pick-up of passengers and goods. | *2022* |
| | 26e. Weigh the economics of replacing surface parking lots with structured parking garages. | *2030* |

# Comprehensive Plan References

*Cityofmyrtlebeach.com*

*City of Myrtle Beach South Carolina POPULAR ANNUAL FINANCIAL REPORT For the Year Ended June 30, 2019*

*City of Myrtle Beach South Carolina COMPREHENSIVE ANNUAL FINANCIAL REPORT FISCAL YEAR ENDED JUNE 30, 2020*

*City of Myrtle Beach Downtown Master Plan* March 2019

*City of Myrtle Beach Arts and Innovation District Advanced Planning and Architecture* 2020

*City of Myrtle Beach Comprehensive Plan – Becoming a Sustainable City* 2011

*City of Myrtle Beach Disaster Recovery Plan* 2021

*2019 Myrtle Beach Parks, Recreation, and Sports Tourism Need Assessment and Strategic Plan prepared by Clemson Parks, Recreation and Tourism Management*

*2012 Beach Management Plan for the City of Myrtle Beach*

*Myrtle Beach Tree City USA Report,* 1997

*Myrtle Beach Complete Streets Policy,* R2015-35 June 23, 2015

*New Directions achieves success in first five years* Myrtle Beach Point of View News and Information July 25, 2018

MB Chamber of Commerce: *https://www.myrtlebeachareacvb.com/industry-research*

*Myrtle Beach 2019 Economic Impact Study –May 2020–* prepared by Equat!on Research for the Myrtle Beach Area Chamber of Commerce

*The Economic Impact of Visit Myrtle Beach* Prepared by Tourism Economics for the Myrtle Beach Area Chamber of Commerce

South Carolina Emergency Management Division https://www.scemd.org/prepare/know-your-zone/hurricane-traffic-management/

US Census Bureau

US Department of Housing and Urban Development *HUD Exchange* [https://www.hudexchange.info/grantees/find-a-grantee/?params=%7B%27grantees%27:%5B%5D,%27state%27:%27SC%27,%27programs%27:%5B3,6%5D,%27coc%27:true%7D](https://www.hudexchange.info/grantees/find-a-grantee/?params=%7B%27grantees%27:%5B%5D,%27state%27:%27SC%27,%27programs%27:%5B3,6%5D,%27coc%27:true%7D)

US Fish and Wildlife Service *South Carolina List of At-Risk, Candidate, Endangered, and Threatened Species/Species by County* [https://www.fws.gov/charleston/pdf/Endangered/species_by_county/species_list_by_all_counties.pdf](https://www.fws.gov/charleston/pdf/Endangered/species_by_county/species_list_by_all_counties.pdf)

*Homeless in South Carolina Statistics 2020. Homeless Estimation by State*  US Interagency Council on Homelessness ([https://www.usich.gov/homelessness-statistics/sc/](https://www.usich.gov/homelessness-statistics/sc/))

*New Directions: Hope Starts Here, Annual Report* Fiscal year 2020. [https://helpnewdirections.org/new-directions-of-horry-county/](https://helpnewdirections.org/new-directions-of-horry-county/)

*City of Myrtle Beach Workforce Housing Needs Assessment* Habitat for Humanity April 20, 2021

*Annual Report Horry County Schools Inspiring Possibilities* 2019

*Myrtle Beach Area Convention and Visitors Bureau Annual Report for 2020*

*Understanding South Carolina's "Swash" Cycle,* National Estuarine Research reserve System Science Collaborative, December 2018

*Prepare for Takeoff* by Jo Pena, Planning Magazine Winter 2021.

*The Path to More Affordable, Sustainable Housing* by Roderick Hall, Planning Magazine December 2020.

*Grand Strand sees record-breaking home prices in June, demand outpaces supply* by Donovan Harris, WPDE ABC 15 News, Monday, July 19th 2021

*Fastest-Growing Places in the U.S. in 2021-2022*, US News & World Report [https://realestate.usnews.com/places/rankings/fastest-growing-places?src=usn_mayoroffice&fbclid=IwAR0baD8oNwPwdETWSdOhM1_rsWFFIPL5EQ5XYYk4tyrpY8GeUjj-XvIJfXo](https://realestate.usnews.com/places/rankings/fastest-growing-places?src=usn_mayoroffice&fbclid=IwAR0baD8oNwPwdETWSdOhM1_rsWFFIPL5EQ5XYYk4tyrpY8GeUjj-XvIJfXo)

World Population Review [https://worldpopulationreview.com/us-cities/myrtle-beach-sc-population](https://worldpopulationreview.com/us-cities/myrtle-beach-sc-population)

First Floor Development Portfolio [https://www.firstfloor.biz/portfolio-item/myrtle-beach-middle-school/](https://www.firstfloor.biz/portfolio-item/myrtle-beach-middle-school/)

*State of the Climate in 2020* compiled by the National Oceanic and Atmospheric Administration (NOAA) National Centers for Environmental Information, August 2021.



THIS PAGE IS INTENTIONALLY LEFT BLANK

