ORDINANCE 2024-69

CITY OF MYRTLE BEACH
COUNTY OF HORRY
STATE OF SOUTH CAROLINA

TO AMEND THE CODE OF ORDINANCES, CITY OF MYRTLE BEACH, APPENDIX A ZONING ARTICLE 18 OVERLAY ZONES TO ADD NEW SECTION 1808 SHORT TERM RENTAL CONVERSION OVERLAY ZONE FOR COMMERCIAL DISTRICTS EAST OF KINGS HIGHWAY PREVENTING CONVERSION OF SHORT-TERM RENTAL USE TO LONG-TERM RENTAL USE

IT IS HEREBY ORDAINED that the City of Myrtle Beach Code of Ordinances, Appendix A Zoning, Article 18 Overlay Zones is hereby amended to add new Section 1808 as follows:

Section 1808. Short-Term Rental Conversion (STRC) Overlay Zone

1808.A    Purpose:  To sustain the economic vitality of the Myrtle Beach oceanfront by preserving and enhancing tourist accommodations between Kings Highway and the Atlantic Ocean.

1808.B    Conversion Prohibited:  No building or structure consisting of more than two (2) units, including each unit within such building or structure, that was constructed or used as a Visitor Accommodation, commonly known as short term rental, may be used for rental or lease for ninety (90) continuous days or more.  It shall be a violation of this prohibition to enter into successive leases or rental agreements, each for less than ninety (90) days, for the purpose of allowing an occupant to remain for more than ninety (90) continuous days.

1808.C    Location:  This section applies to all commercial uses listed in City of Myrtle Beach Code of Ordinances, Appendix A Zoning, Article 14, Section 1407.C located between Kings Highway and the Atlantic Ocean within the municipal limits.

1808.D    Exception:  Owners of units within the overlay zone that are legally operating with a business license for long term rental at the time of adoption may continue to use the licensed unit as a long-term rental so long as the owner maintains the business license for long term rental.

This ordinance will take effect upon second reading.

*[signature]*
BRENDA BETHUNE, MAYOR

ATTEST:

*[signature]*
JENNIFER ADKINS, CITY CLERK

1st Reading: 12-3-2024
2nd Reading: 12-10-2024

1

Exhibit E
Page 1 of 1