COPY

Original

March 12, 2024

Sandcastle Resort South Beach (Long)
8447 Wilshire Blvd 400
Beverly Hills, CA 90211

Ref. 111-42974

The City of Myrtle Beach Zoning Department has disapproved your business license application for 2207 S Ocean Blvd. The Zoning Department has disapproved your application for the following reason(s):

**Property needs to be brought into compliance with all applicable codes in regards to the change of use from hotel to long term residential.**

You are not to engage in this business until you have complied with the requirements of the City Code of Ordinances. If you open or operate this business without a business license, you will be issued a Uniform Ordinance Summons for violation of the City Code, which carries a fine of up to $1087.00 or thirty days in jail. Each day a violation continues is considered a separate offense. Please resolve this issue within 15 days from the date of this letter. If you have any questions, please contact Zoning Officer Charles Rowe at 843-918-1179 or Zoning Officer Matthew Brooks at 843-918-1166.

Sincerely,

THE CITY OF MYRTL[E BEACH]
Business License Div[ision]

---

**Certified Mail Return Receipt (PS Form 3811):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Sandcastle Resort South Beach
   8447 Wilshire Blvd 400
   Beverly Hills, CA 90211

   9590 9402 6103 0209 4768 86

2. Article Number (Transfer from service label)
   7014 0510 0000 3368 1270

COMPLETE THIS SECTION ON DELIVERY
- A. Signature X [signature] — ☐ Agent ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**Exhibit F**
**Page 1 of 1**